**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-M-1662 (MJW)

ROBERT HUNTSMAN and CLEAN FLICKS OF COLORADO, L.L.C.

Plaintiffs,

and

NOVA GROUP INC. d/b/a, TRILOGY STUDIOS, INC., CLEANFLICKS, LLC, ASR
MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS,
FAMILY SHIELD TECHNOLOGIES, LLC, CLEARPLAY, INC., CLEAN CUT
CINEMAS, FAMILY SAFE MEDIA, EDITMYMOVIES, FAMILYFLIX, USA LLC,
and PLAY IT CLEAN VIDEO, L.L.C.

Counterclaim-Defendants.

v.

STEVEN SODERBERGH, ROBERT ALTMAN, MICHAEL APTED, TAYLOR
HACKFORD,
CURTIS HANSON, NORMAN JEWISON, JOHN LANDIS, MICHAEL MANN,
PHILLIP
NOYCE, BRAD SILBERLING, BETTY THOMAS, IRWIN WINKLER, MARTIN
SCORCESE, STEVEN SPIELBERG, ROBERT REDFORD, SYDNEY POLLACK,
METRO-GOLDWYN-MAYER STUDIOS, INC., TIME WARNER
ENTERTAINMENT CO., L.P., SONY PICTURES ENTERTAINMENT, INC.,
DISNEY ENTERPRISES, INC., DREAMWORKS L.L.C.,  UNIVERSAL CITY
STUDIOS, INC., TWENTIETH CENTURY FOX FILM CORPORATION, and
PARAMOUNT PICTURES CORPORATION,

Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

Defendant in Intervention and Counterclaimant in Intervention.

**REQUEST FOR 90-DAY EXTENSION**
**TO FILE RESPNSE TO NEW LEGISLATION**

Third Party Defendant, CLEANFLICKS, LLC has requested a first ninety-day extension of time to file its response to the *Order To Respond To New Legislation* served upon them through present counsel, Jeffrey N. Aldous, on May 18, 2005. As the Court is aware, Mr. Aldous filed his *MOTION FOR WITHDRAWAL OF COUNSEL, NOTICE TO CORPORATE CLIENT* in February 2004. The Court has yet to rule on this motion and Mr. Aldous has been informed that CLEANFLICKS MEDIA, INC., the successor to CLEANFLICKS, LLC will likely engage new counsel within 90 days and said new counsel will want to address the effect of the new legislation with respect to its client. Accordingly, a first 90 day extension is being sought on behalf of Third Party Defendant, CLEANFLICKS, LLC.

Respectfully submitted this 14th day of June, 2005.

LEEFE, GIBBS, SULLIVAN, DUPRE & ALDOUS

Jeffrey N. Aldous, Esq.
4262 Imperial Way
Provo, Utah 84604
Tel. (801) 221-1877
Fax. (801) 221-0664
E-mail ALDOUSJEFF@aol.com

Attorneys for Third Party Defendant
CLEANFLICKS, LLC

CERTIFICATE OF SERVICE

I hereby certify that on this 14th day of June, 2005, I personally caused this

REQUEST FOR 90-DAY EXTENSION TO FILE RESPONSE TO NEW

LEGISLATION to be placed in the United States Mail, postage prepaid, in an envelope

addressed as follows:

Scott J. Mikulecky, Esq.
SHERMAN & HOWARD, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, Colorado 80903

David N. Schachter, Esq.
SHERMAN & HOWARD, LLC
633 17th Street, Suite 3000
Denver, Colorado 80202

Mark Wielga, Esq.
TEMKIN, WIELGA & HARDT
1900 Wazee Street, Suite 303
Denver, Colorado 80202

Ernest J. Getto
Latham & Watkins
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562

Daniel Scott Schecter
Latham & Watkins
633 W. 5th St., #4000
Los Angeles, California 90071

D.J. Poyfair, Esq.
SHUGHART, THOMSON & KILROY, P.C.
1050 Seventeenth Street, Suite 2300
Denver, Colorado 80265

Mark F. Wright
Wright Law Group, PLLC
7201 West Oakland, Suite 2
Chandler, Arizona 85226

Kathleen E. Craigmile, Esq.
Cameron T. Chandler, Esq.
Bennington Johnson Biermann & Craigmile, LLC
370 17th Street, Suite 2480
Denver, Colorado 80202

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, Colorado 80027

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, New York 10154

Natalie Hanlon-Leh
Thomas B. Kelley, Esq.
Faegre & Benson LLP
370 17th Street, Ste. 2500
Denver, Colorado 80202-4004

Andrew P. Bridges, Esq.
Winston & Strawn LLP
101 California St. #3900
San Francisco, CA 94111

Carolyn J. Fairless, Esq.
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO 80202-2617

James W. Hubbell, Esq.
Kelly, Haglund, Garnsey & Kahn LLC
1441 18th Street, #300
Denver, CO 80202-1255