IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-CV-1662-RPM-MJW**

**ROBERT HUNTSMAN**,
et al.,
    Plaintiffs,

and

**TRILOGY STUDIOS, INC.**,
et al.,
    Counterclaim Defendants

**v.**

**STEVEN SODERBERGH**,
et al.,
    Defendants and Counterclaimants

and

**THE DIRECTORS GUILD OF AMERICA**,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

**METRO-GOLDWYWN-MAYER STUDIOS, Inc.**,
**TIME WARNER ENTERTAINMENT COMPANY, L.P.**,
**SONY PICTURES ENTERTAINMENT**,
**DISNEY ENTERPRISES, Inc.**,
**DREAMWORKS L.L.C.**,
**UNIVERSAL CITY STUDIOS, Inc.**,
**TWENTIETH CENTURY FOX FILM Corporation**, and,
**PARAMOUNT PICTURES Corporation**,
    Co-defendants and Counterclaimants.

_____

**MOTION PICTURE STUDIOS' MOTION FOR PERMISSION TO FILE A PORTION OF EXHIBIT L TO THE DECLARATION OF JONATHAN ZAVIN UNDER SEAL IN CONNECTION WITH THE STUDIOS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES**

_____

Co-defendants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation, collectively referred to herein, together with their subsidiaries and affiliates, as the "Studios," through their attorneys Loeb & Loeb LLP and Faegre & Benson LLP, hereby move pursuant to D.C. Colo. LR 7.2 for the entry of an Order permitting the Studios to file under seal, a portion of Exhibit L to the Declaration of Jonathan Zavin (hereinafter, "Exhibit L") attached to the Studios' Opening Brief in Support of Their Motion for Partial Summary Judgment Against the Mechanical Editing Parties ("Opening Brief").

1. On June 15, 2005, the Studios filed a Motion for Partial Summary Judgment Against the Mechanical Editing Parties. At the time of the filing of their Opening Brief, the Studios were attempting to confer with counsel for the Mechanical Editing Parties regarding how the Studios should file exhibits designated as "Highly Confidential Information" in the course of discovery. The Studios are requesting this relief because counsel for CleanFilms confirmed that certain testimony, previously designated as "Highly Confidential Information," be filed under seal.

2. Pursuant to Paragraph 21 of the Confidentiality Stipulation and Protective Order entered June 6, 2003 (the "Protective Order"), the parties must file under seal any submission that, in whole or in part, contains, incorporates, reflects, describes or attaches any "Confidential Information" or "Highly Confidential Information" (as those terms are defined in the Protective

Order).  The documents to be filed under seal are to be delivered to the Clerk of the Court with directions that the sealed materials shall not be available for public inspection.

3. The Studios hereby seek permission to file under seal a portion of Exhibit L, which contains material designated as "Highly Confidential Information" by Counterclaim-Defendant ASR Management Corporation d/b/a CleanFilms f/k/a MyCleanFlicks ("CleanFilms"), pursuant to Paragraph 3 of the Protective Order.

4. Simultaneously with the filing this Motion, the Studios have submitted the relevant portion of Exhibit L provisionally under seal.

5. In order to maintain the confidentiality provisions of the Protective Order and to protect the confidential information and confidential designation of the deposition testimony contained in Exhibit L, these materials should be filed under seal.

6. In support of this request for permission to file portions of Exhibit L under seal, the Studios submit the Declaration of Natalie Hanlon-Leh, Esq., attached hereto, certifying that the Studios' motion meets the standards for non-disclosure articulated in *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978), as applied in *United States v. Hickey*, 767 F.2d 705, 708-09 (10th Cir. 1985) and *Crystal Grower's Corp. v. Dobbins*, 616 F.2d 458, 461 (10th Cir. 1980).

7. There are no countervailing considerations that would warrant public access to the Studios' motion and the accompanying exhibit.

8. The Studios certify that all other requirements under the Protective Order for the filing of material under seal have been met.

9.	Pursuant to D.C. Colo. L.R. 7.1(A), the undersigned counsel hereby certifies that counsel for the Studios conferred by telephone with Mark Wright, Esq., counsel for CleanFilms on June 17 and June 22, 2005, and the Studios are authorized to represent that CleanFilms does not object to the relief sought herein.

WHEREFORE, the Studios respectfully request that the Court enter an Order directing that the Clerk of the Court shall file a portion of Exhibit L to the Declaration of Jonathan Zavin attached to the Studios' Opening Brief, and that the Clerk shall not make the portion of Exhibit L available for public inspection absent an Order of the Court.

Respectfully submitted this 22nd day of June, 2005,

        s/ Natalie Hanlon-Leh
Thomas B. Kelley
Natalie Hanlon-Leh
Christopher P. Beall
FAEGRE & BENSON LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, Colorado 80203
Telephone: (303) 607-3500
Facsimile: (303) 607-3600
nhanlon@faegre.com

Jonathan Zavin
Jacques M. Rimokh
Christian D. Carbone
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone: (212) 407-4000
Facsimile: (212) 407-4990
jzavin@loeb.com

5

Attorneys For Co-Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation

### CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2005, a true and correct copy of the foregoing **MOTION PICTURE STUDIOS' MOTION FOR PERMISSION TO FILE A PORTION OF EXHIBIT L TO THE DECLARATION OF JONATHAN ZAVIN UNDER SEAL IN CONNECTION WITH THE STUDIOS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES** was sent via e-mail and placed in the United States mail, postage prepaid, correctly addressed to the following:

**For Studios Co-Defendants:**
Jonathan Zavin, Esq.
Jacques M. Rimokh, Esq.
Christian D. Carbone, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York  10154-0037
Fax – (212) 407-4990

**For Directors Defendants:**

| | |
|---|---|
| Mark Wielga, Esq. | |
| Erika Zimmer Enger, Esq. | Ernest J. Getto, Esq. |
| Nathan M. Longenecker, Esq. | LATHAM & WATKINS |
| TEMKIN WIELGA & HARDT LLP | 505 Montgomery Street, Suite 1900 |
| 1900 Wazee Street, Suite 303 | San Francisco, California 94111-2562 |
| Denver, Colorado 80202 | Fax – (415) 395-8095 |
| Fax – (303) 292-4921 | |
| | |
| Robert S. Giolito, Esq. | Daniel Scott Schecter, Esq. |
| General Counsel | Catherine S. Bridge, Esq. |
| DIRECTORS GUILD OF AMERICA | Tehmina Jaffer, Esq. |
| 7920 Sunset Boulevard | LATHAM & WATKINS |
| Los Angeles, California 90046 | 633 West Fifth Street, Suite 4000 |
| Fax – (310) 289-2031 | Los Angeles, California 90071 |
| | Fax – (213) 891-8763 |

| | |
|---|---|
| **For Plaintiffs**:<br>Scott J. Mikulecky, Esq.<br>SHERMAN & HOWARD LLC<br>90 South Cascade Avenue, Suite 1500<br>Colorado Springs, Colorado 80903<br>Fax – (719) 635-4576 | David N. Schachter, Esq.<br>SHERMAN & HOWARD LLC<br>633 Seventeenth Street, Suite 3000<br>Denver, Colorado 80202<br>Fax – (303) 298-0940 |
| **For Counterclaim Defendant Family Shield Technologies**:<br>D. J. Poyfair<br>Jennifer Schaffner<br>Chris Strohmenger<br>SHUGHART THOMSON & KILROY, PC<br>1050 17th Street, Suite 2300<br>Denver, Colorado 80265<br>Fax – (303) 572-7883 | Cheryl Burbach<br>SHUGHART THOMSON & KILROY, P.C.<br>120 West 12th Street<br>Kansas City, Missouri 64105<br>Fax – (816) 374-0509 |
| **For Counterclaim Defendant Family Flix, U.S.A., L.L.C. and Clean Films, Inc.**:<br>Mark F. Wright<br>WRIGHT LAW GROUP, PLLC<br>7201 West Oakland, Suite 2<br>Chandler, Arizona 85226-2462<br>Fax –  (480) 753-9400 | Cameron T. Chandler<br>BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC<br>370 17th Street, Suite 3500<br>Denver, Colorado 80202<br>Fax – (303) 629-5718 |
| **For Counterclaim Defendant Cleanflicks LLC**:<br>Jeffrey N. Aldous<br>LEEFE, GIBBS, SULLIVAN, DUPRE, & ALDOUS<br>4262 Imperial Way<br>Provo, Utah 84604<br>Fax – (801) 221-0664 | **For Counterclaim Defendant ClearPlay, Inc.**:<br>Andrew P. Bridges<br>Jennifer A. Golinveaux<br>Winston & Strawn<br>101 California Street<br>San Francisco, CA  94111-5802 |
| **For Counterclaim Defendant The NovaGroup d/b/a Trilogy Studios, Inc.**:<br>Thomas P. Howard, Esq.<br>245 Century Circle, Suite 206<br>Louisville, Colorado 80027<br>Fax – (303) 665-3821 | **For Counterclaim Defendant CleanCut Cinemas**:<br>Mark F. Wright<br>WRIGHT LAW GROUP, PLLC<br>7201 West Oakland, Suite 2<br>Chandler, Arizona  85226-2462<br>Fax –  (480) 753-9400 |

s/Natalie Hanlon-Leh