IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-CV – 1662-RPM - MJW**

**ROBERT HUNTSMAN**,
et al.,
    Plaintiffs,

and

**TRILOGY STUDIOS, INC.**,
et al.,
    Counterclaim Defendants

**v.**

**STEVEN SODERBERGH**,
et al.,
    Defendants and Counterclaimants

and

**THE DIRECTORS GUILD OF AMERICA**,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

**METRO-GOLDWYWN-MAYER STUDIOS, Inc.**,
**TIME WARNER ENTERTAINMENT COMPANY, L. L.P.**,
**SONY PICTURES ENTERTAINMENT**,
**DISNEY ENTERPRISES, Inc.**,
**DREAMWORKS L.L.C.**,
**UNIVERSAL CITY STUDIOS, Inc.**,
**TWENTIETH CENTURY FOX FILM Corporation**, and,
**PARAMOUNT PICTURES Corporation**,
    Co-defendants and Counterclaimants.

_____

**DECLARATION OF NATALIE HANLON-LEH IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION FOR PERMISSION TO FILE A PORTION OF EXHIBIT L TO THE DECLARATION OF JONATHAN ZAVIN UNDER SEAL IN CONNECTION WITH THE STUDIOS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES**

_____

I, Natalie Hanlon-Leh, swear or affirm and state under penalty of perjury:

1. I am an attorney with Faegre & Benson LLP. I am counsel-of-record for Co-defendants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation, collectively referred to herein, together with their subsidiaries and affiliates, as the "Studios."

2. I have reviewed the Studios' Motion for Permission to File a Portion of Exhibit L to the Declaration of Jonathan Zavin Under Seal In Connection With the Studios' Motion For Partial Summary Judgment Against the Mechanical Editing Parties. Portions of Exhibit L, certain deposition testimony of Chad Fullmer, has been designated as Highly Confidential by Counterclaim-Defendant ASR Management Corporation d/b/a CleanFilms f/k/a MyCleanFlicks ("CleanFilms") pursuant to Paragraph 3 of the Protective Order.

3. Pursuant to the confidentiality provisions in the Protective Order, the Studios seek permission to file the relevant portions of Exhibit L under seal.

4. On behalf of the Studios, I submit that the information contained in the relevant portions of Exhibit L meet the standards for non-disclosure articulated in *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978), as applied in *United States v. Hickey*, 767 F.2d 705, 708-09 (10th Cir. 1985) and *Crystal Grower's Corp. v. Dobbins*, 616 F.2d 458, 461 (10th Cir. 1980).

5. I am not aware of any countervailing considerations that would warrant public disclosure of Exhibit L.

6. I declare that the foregoing is true and correct to the best of my knowledge.

Dated this 22nd day of June, 2005.

s/Natalie Hanlon-Leh

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2005, a true and correct copy of the foregoing **DECLARATION OF NATALIE HANLON-LEH IN SUPPORT OF MOTION PICTURE STUDIOS' MOTION FOR PERMISSION TO FILE A PORTION OF EXHIBIT L TO THE DECLARATION OF JONATHAN ZAVIN UNDER SEAL IN CONNECTION WITH THE STUDIOS' MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES** was sent via e-mail and placed in the United States mail, postage prepaid, correctly addressed to the following:

**For Studios Co-Defendants:**
Jonathan Zavin, Esq.
Jacques M. Rimokh, Esq.
Christian D. Carbone, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York  10154-0037
Fax – (212) 407-4990

**For Directors Defendants:**
Mark Wielga, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
TEMKIN WIELGA & HARDT LLP
1900 Wazee Street, Suite 303
Denver, Colorado 80202
Fax – (303) 292-4921

Robert S. Giolito, Esq.
General Counsel
DIRECTORS GUILD OF AMERICA
7920 Sunset Boulevard
Los Angeles, California 90046
Fax – (310) 289-2031

Ernest J. Getto, Esq.
LATHAM & WATKINS
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Fax – (415) 395-8095

Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Tehmina Jaffer, Esq.
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Fax – (213) 891-8763

| **For Plaintiffs**: | |
|---|---|
| Scott J. Mikulecky, Esq. | |
| SHERMAN & HOWARD LLC | David N. Schachter, Esq. |
| 90 South Cascade Avenue, Suite 1500 | SHERMAN & HOWARD LLC |
| Colorado Springs, Colorado 80903 | 633 Seventeenth Street, Suite 3000 |
| Fax – (719) 635-4576 | Denver, Colorado 80202 |
| | Fax – (303) 298-0940 |

| **For Counterclaim Defendant Family Shield Technologies**: | |
|---|---|
| D. J. Poyfair | Cheryl Burbach |
| Jennifer Schaffner | SHUGHART THOMSON & KILROY, P.C. |
| Chris Strohmenger | 120 West 12th Street |
| SHUGHART THOMSON & KILROY, PC | Kansas City, Missouri 64105 |
| 1050 17th Street, Suite 2300 | Fax – (816) 374-0509 |
| Denver, Colorado 80265 | |
| Fax – (303) 572-7883 | |

| **For Counterclaim Defendant Family Flix, U.S.A., L.L.C. and Clean Films, Inc.**: | |
|---|---|
| Mark F. Wright | Cameron T. Chandler |
| WRIGHT LAW GROUP, PLLC | BENNINGTON JOHNSON BIERMANN & CRAIGMILE, LLC |
| 7201 West Oakland, Suite 2 | 370 17th Street, Suite 3500 |
| Chandler, Arizona 85226-2462 | Denver, Colorado 80202 |
| Fax –  (480) 753-9400 | Fax – (303) 629-5718 |

| **For Counterclaim Defendant Cleanflicks LLC**: | **For Counterclaim Defendant ClearPlay, Inc.**: |
|---|---|
| Jeffrey N. Aldous | Andrew P. Bridges |
| LEEFE, GIBBS, SULLIVAN, DUPRE, & ALDOUS | Jennifer A. Golinveaux |
| 4262 Imperial Way | Winston & Strawn |
| Provo, Utah 84604 | 101 California Street |
| Fax – (801) 221-0664 | San Francisco, CA  94111-5802 |

| **For Counterclaim Defendant The NovaGroup d/b/a Trilogy Studios, Inc.**: | **For Counterclaim Defendant CleanCut Cinemas**: |
|---|---|
| Thomas P. Howard, Esq. | Mark F. Wright |
| 245 Century Circle, Suite 206 | WRIGHT LAW GROUP, PLLC |
| Louisville, Colorado 80027 | 7201 West Oakland, Suite 2 |
| Fax – (303) 665-3821 | Chandler, Arizona  85226-2462 |
| | Fax –  (480) 753-9400 |

s/Natalie Hanlon-Leh

5