IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-CV-1662 – RPM - MJW**

**ROBERT HUNTSMAN**,
et al.,
   Plaintiffs,

and

**TRILOGY STUDIOS, INC.,**
et al.,
   Counterclaim Defendants

**v.**

**STEVEN SODERBERGH**,
et al.,
   Defendants and Counterclaimants

and

**THE DIRECTORS GUILD OF AMERICA**,
   Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

**METRO-GOLDWYWN-MAYER STUDIOS, Inc.**,
**TIME WARNER ENTERTAINMENT COMPANY, L.P.**,
**SONY PICTURES ENTERTAINMENT**,
**DISNEY ENTERPRISES, Inc.**,
**DREAMWORKS L.L.C.**,
**UNIVERSAL CITY STUDIOS, Inc.**,
**TWENTIETH CENTURY FOX FILM Corporation**, and,
**PARAMOUNT PICTURES Corporation**,
   Co-defendants and Counterclaimants.

---

**MOTION FOR PERMISSION TO SUBSTITUTE EXHIBITS V AND W TO THE
DECLARATION OF JONATHAN ZAVIN ATTACHED TO THE MOTION PICTURE
STUDIOS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR PARTIAL
SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES**

---

Co-defendants Metro-Goldwyn-Mayer Studios Inc. ("MGM"), Time Warner Entertainment Company, L.P. ("Time Warner"), Sony Pictures Entertainment ("Sony"), Disney Enterprises, Inc. ("Disney"), DreamWorks L.L.C., Universal City Studios, Inc. (now known as Universal City Studios, L.L.P.) ("Universal"), Twentieth Century Fox Film Corporation ("Fox"), and Paramount Pictures Corporation ("Paramount"), collectively referred to herein, together with their subsidiaries and affiliates, as the "Studios," through their attorneys Loeb & Loeb LLP and Faegre & Benson LLP, hereby move for this Court to enter an Order permitting the Studios to substitute Exhibits V and W to the Declaration of Jonathan Zavin attached to their Opening Brief in Support of Their Motion for Partial Summary Judgment Against the Mechanical Editing Parties ("Opening Brief").

1.      Pursuant to Paragraph 21 of the Confidentiality Stipulation and Protective Order entered June 6, 2003 (the "Protective Order"), the parties must file under seal any submission that, in whole or in part, contains, incorporates, reflects, describes or attaches any "Confidential Information" or "Highly Confidential Information" (as those terms are defined in the Protective Order).

2.      During the course of discovery in this case, the documents now designated as Exhibits V and W to the Declaration of Jonathan Zavin were designated by Counterclaim defendant Play It Clean as "Confidential Information" pursuant to paragraph 3 of the Protective Order.  At the time of filing their Opening Brief and the Declaration of Jonathan Zavin, the Studios did not have permission from counsel for Counterclaim defendant Play it Clean to waive the "confidentiality" designation of Exhibits V and W.  Therefore, the Studios inserted a document stating Exhibits V and W were designated as "Confidential" by the Counterclaim

defendants and noted that the parties were conferring about the appropriate confidentiality

designation of these exhibits, including whether the documents needed to be filed under seal

     3.      Counsel have conferred with Scott Mikulecky, counsel for Play It Clean, who has

indicated that these Exhibits V and W <u>do</u> <u>not</u> need to be submitted under seal and may be filed in

the public court file.

     4.      The Studios now seek permission to substitute Exhibits V and W to the

Declaration of Jonathan Zavin attached to their Opening Brief, by substituting the attached

Exhibits V and W for the documents currently filed under Tabs V and W.

     5.      Pursuant to D.C. Colo. L.R. 7.1(A), undersigned counsel for the Studios hereby

certifies that the Studios conferred by electronic mail correspondence with Scott Mikulecky

counsel for Play It Clean on June 16, 2005, and the Studios are authorized to represent that Play

It Clean,  does not object to the relief sought herein.

     WHEREFORE, the Studios respectfully request that the Court enter an Order directing

that the Clerk of the Court substitute the attached Exhibits V and W to the Declaration of

Jonathan Zavin attached to the Studios Opening Brief, for the documents currently under Tabs V

and W.

     Respectfully submitted this 22nd day of June , 2005,


                       <u>s/ Natalie Hanlon-Leh</u>
                       Thomas B. Kelley
                       Natalie Hanlon-Leh
                       Christopher P. Beall
                       FAEGRE & BENSON, LLP
                       3200 Wells Fargo Center
                       1700 Lincoln Street
                       Denver, Colorado 80203

Telephone:  (303) 607-3500
Facsimile:  (303) 607-3600
nhanlon-leh@faegre.com

Jonathan Zavin
Jacques M. Rimokh
Christian D. Carbone
LOEB & LOEB LLP
345 Park Avenue
New York, New York 10154
Telephone:   (212) 407-4000
Facsimile:   (212) 407-4990
jzavin@loeb.com

Attorneys For Co-Defendants-Counterclaimants
Metro-Goldwyn-Mayer Studios Inc., Time
Warner Entertainment Company, L.P., Sony
Pictures Entertainment, Disney Enterprises, Inc.,
DreamWorks L.L.C., Universal City Studios
LLP, Twentieth Century Fox Film Corporation,
and Paramount Pictures Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of June, 2005, a true and correct copy of the foregoing **MOTION FOR PERMISSION TO SUBSTITUTE EXHIBITS V AND W TO THE DECLARATION OF JONATHAN ZAVIN ATTACHED TO THE MOTION PICTURE STUDIOS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES** was sent via e-mail and placed in the United States mail, postage prepaid, correctly addressed to the following:

**For Studios Co-Defendants:**
Jonathan Zavin, Esq.
Jacques M. Rimokh, Esq.
Christian D. Carbone, Esq.
LOEB & LOEB LLP
345 Park Avenue
New York, New York  10154-0037
Fax – (212) 407-4990

**For Directors Defendants:**

Mark Wielga, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
TEMKIN WIELGA & HARDT LLP
1900 Wazee Street, Suite 303
Denver, Colorado 80202
Fax – (303) 292-4921

Ernest J. Getto, Esq.
LATHAM & WATKINS
505 Montgomery Street, Suite 1900
San Francisco, California 94111-2562
Fax – (415) 395-8095

Robert S. Giolito, Esq.
General Counsel
DIRECTORS GUILD OF AMERICA
7920 Sunset Boulevard
Los Angeles, California 90046
Fax – (310) 289-2031

Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Tehmina Jaffer, Esq.
LATHAM & WATKINS
633 West Fifth Street, Suite 4000
Los Angeles, California 90071
Fax – (213) 891-8763

**For Plaintiffs**:
Scott J. Mikulecky, Esq.
SHERMAN & HOWARD LLC
90 South Cascade Avenue, Suite 1500
Colorado Springs, Colorado 80903
Fax – (719) 635-4576

David N. Schachter, Esq.
SHERMAN & HOWARD LLC
633 Seventeenth Street, Suite 3000
Denver, Colorado 80202
Fax – (303) 298-0940

**For Counterclaim Defendant Family Shield Technologies**:
D. J. Poyfair
Jennifer Schaffner
Chris Strohmenger
SHUGHART THOMSON & KILROY, PC
1050 17th Street, Suite 2300
Denver, Colorado 80265
Fax – (303) 572-7883

Cheryl Burbach
SHUGHART THOMSON & KILROY, P.C.
120 West 12th Street
Kansas City, Missouri 64105
Fax – (816) 374-0509

**For Counterclaim Defendant Family Flix, U.S.A., L.L.C. and Clean Films, Inc.**:
Mark F. Wright
WRIGHT LAW GROUP, PLLC
7201 West Oakland, Suite 2
Chandler, Arizona 85226-2462
Fax – (480) 753-9400

Cameron T. Chandler
BENNINGTON JOHNSON BIERMANN
& CRAIGMILE, LLC
370 17th Street, Suite 3500
Denver, Colorado 80202
Fax – (303) 629-5718

**For Counterclaim Defendant Cleanflicks LLC**:
Jeffrey N. Aldous
LEEFE, GIBBS, SULLIVAN, DUPRE, &
ALDOUS
4262 Imperial Way
Provo, Utah 84604
Fax – (801) 221-0664

**For Counterclaim Defendant Play It Clean**:
Andrew P. Bridges
Jennifer A. Golinveaux
Winston & Strawn
101 California Street
San Francisco, CA  94111-5802

**For Counterclaim Defendant The NovaGroup d/b/a Trilogy Studios, Inc.**:
Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, Colorado 80027
Fax – (303) 665-3821

**For Counterclaim Defendant CleanCut Cinemas**:
Mark F. Wright
WRIGHT LAW GROUP, PLLC
7201 West Oakland, Suite 2
Chandler, Arizona  85226-2462
Fax – (480) 753-9400

s/ Natalie Hanlon-Leh

DNVR1:60307151.01