# EXHIBIT V

0213

# Play it Clean Video
## "Edited Movies for Families"

435-688-1233                                    1036 Skyline Drive
                St.George, UT 84770

### Application for Video Co-op

Name: _____ Phone: _____

Address _____ _____ City, State, Zip. _____

Credit Card Number _____ _____ Exp. Date _____

Driver License _____ Email Address: _____

Family members eligible to check out videos:  (only family members living in the same home qualify)

_____  _____

_____  _____

### Choose Membership Level

(PLEASE CIRCLE)

**Platinum Level**
    $25 per month, no per movie fee, three movies checked out at a time, unlimited movies per month, and 5-day return.   Six-month min. membership required.

**Gold Level**
    $20 per month, no per movies fee, two movie out at a time, 10 movies per month 3 day return.  Three-month min. membership required.

**Silver Level**
    $35 per year, $3.50 per tape, $4.50 per DVD unlimited number of movies at a time, and 3 day return.

If for any reason I wish to cancel my membership I agree to return all outstanding videos at time of cancellation. I agree that if any videos are lost or damaged, my credit card will be charged for replacement videos.
I agree not to copy or duplicate any movie.
I agree to return the movies on or before the return dates or have my credit card charged in the amount of $2.00 per day per video.
If I sign up for the *Platinum or Gold Level* I authorize Play it Clean Video to charge my credit card for the monthly fee of that level.
I understand that the *Platinum and Gold Level* are a minimum of three month memberships and that my account will continue to be charged until Play it Clean Video is notified of a cancellation.
I understand that membership in non-transferable, and if I do so, I forfeit my membership.
I agree not to copy, duplicate or loan out videos.
I will be responsible for return check charges of $20.00 per check.

Member signature _____ Date _____

EXHIBIT
6
Susette M. Snider, CRR

CFOC/PICV 000024
CONFIDENTIAL