# EXHIBIT W

0209

April 9, 2003                                                    Page #  1
--------------------------------------------------------------------------
DESC                                              STOCK_NUM
--------------------------------------------------------------------------

| DESC | STOCK_NUM |
|------|-----------|
| SHAKESPEARE IN LOVE | 1003 |
| GHOST | 1006 |
| LAST OF THE MOHICANS | 1008 |
| BONE COLLECTOR | 1009 |
| BONE COLLECTOR | 1010 |
| MY FELLOW AMERICANS | 1011 |
| MAVERICK | 1013 |
| TOMMY BOY | 1017 |
| STAND BY ME | 1018 |
| BREAKFAST CLUB | 1019 |
| MESSAGE IN A BOTTLE | 1020 |
| PLANES, TRAINS AND AUTOMOBILES | 1021 |
| FEW GOOD MEN, A | 1022 |
| AIRFORCE ONE | 1023 |
| SHAWSHANK REDEMPTION | 1024 |
| PERFECT MURDER | 1025 |
| IN THE LINE OF FIRE | 1026 |
| BACKDRAFT | 1028 |
| RUSHMORE | 1029 |
| WORLD IS NOT ENOUGH | 1035 |
| RISING SUN | 1036 |
| CLIFFHANGER | 1037 |
| MASK | 1039 |
| CLIFFHANGER | 1040 |
| SLEEPING WITH THE ENEMY | 1041 |
| RANDOM HEARTS | 1042 |
| SIEGE, THE | 1043 |
| HURRICANE | 1044 |
| SCREAM 2 | 1048 |
| NOTTING HILL | 1049 |
| JERRY MAGUIRE | 1050 |
| TOP GUN | 1051 |
| FORREST GUMP | 1052 |
| MASK OF ZORRO | 1053 |
| TWISTER | 1054 |
| TWILIGHT | 1055 |
| KINDERGARTEN COP | 1056 |
| CRIMSON TIDE | 1058 |
| NEGOTIATOR | 1060 |
| HURRICANE | 1061 |
| NEGOTIATOR | 1063 |
| IRON GIANT (EDITED) | 1064 |
| JINGLE ALL THE WAY | 1065 |
| SPLASH | 1066 |
| HURRICANE | 1067 |
| ROCK | 1069 |
| ROCK | 1070 |
| GLADIATOR | 1072 |
| GLADIATOR | 1073 |
| GLADIATOR | 1075 |
| ENGLISH PATIENT | 1076 |
| SCENT OF A WOMAN | 1077 |
| ERIN BROCKOVICH | 1079 |
| PLANES, TRAINS AND AUTOMOBILES | 1080 |

EXHIBIT
2
Suzette M. Snider, CRR

CFOC/PICV 000078
CONFIDENTIAL

0210

RAINMAN                                         1081
PEACEMAKER                                      1082

April 9, 2003                                                    Page #   2
-------------------------------------------------------------------------
DESC                                     STOCK_NUM
-------------------------------------------------------------------------
STARSHIP TROOPERS                               1084
SPEED                                           1085
WITNESS                                         1086
HEAT                                            1087
TRUE LIES                                       1088
APOLLO 13                                       1089
GAME                                            1090
ALIENS                                          1091
ROMANCING THE STONE                             1092
UNCLE BUCK                                       1093
SCROOGED                                        1095
DOWN PERISCOPE                                  1096
COURAGE UNDER FIRE                              1097
PATCH ADAMS                                     1099
ENGLISH PATIENT                                 1100
RANDOM HEARTS                                   1101
EDGE                                            1102
HUNT FOR RED OCTOBER                            1103
DANCES WITH WOLVES                              1104
NEVER BEEN KISSED                               1105
LEGENDS OF THE FALL                             1106
GATTACA                                         1107
EXECUTIVE DECISION                              1108
ONE FLEW OVER THE CUCKOOS NEST                  1110
MATRIX                                          1111
GLADIATOR                                       1112
MY BEST FRIEND'S WEDDING                        1114
GOOD WILL HUNTING                               1115
OCTOBER SKY                                     1116
RED VIOLIN, THE                                 1117
TRUE CRIME                                      1119
CON AIR                                         1120
CON AIR                                         1121
TERMINATOR 2: JUDGEMENT DAY                     1123
TERMINATOR                                      1124
SNAKE EYES                                      1126
AIR FORCE ONE                                   1129
CRIMSON TIDE                                    1130
KISS THE GIRLS                                  1133
SAINT                                           1135
DOUBLE JEOPARDY                                 1137
DOUBLE JEOPARDY                                 1138
LEAGUE OF THEIR OWN                             1139
THIRTEENTH WARRIOR, THE                         1141
MERCURY RISING                                  1143
GENERALS DAUGHTER                               1145
GENERALS DAUGHTER                               1146
AMERICAN PRESIDENT                              1148
TOMBSTONE                                       1150
christmas vacation                              1151
JERRY MAGUIRE                                   1154
BIG                                             1157
Breakdown                                       1158

CFOC/PICV 000079
CONFIDENTIAL

0211

```
POWDER                              1159
CITY SLICKERS                       1160
UNDER SIEGE                         1161
```

April 9, 2003                                                    Page #  3
---------------------------------------------------------------------------
DESC                                     STOCK_NUM
---------------------------------------------------------------------------
```
FOUR WEDDINGS AND A FUNERAL         1162
ERASER                              1163
USUAL SUSPECT                       1165
ULEE'S GOLD                         1166
AIR FORCE ONE                       1168
ELIZABETH                           1169
ALL OF ME                           1170
MAN IN THE IRON MASK                1171
DEVIL'S OWN                         1173
TALENTED MR RIPLEY                  1175
INSTINCT                            1177
CITY OF ANGELS                      1178
JACKAL                              1180
JACKAL                              1182
MATRIX                              1184
PATRIOT                             1191
AMISTAD                             1196
AMISTAD                             1197
WEDDING SINGER                      1198
EVENT HORIZON                       1201
EVENT HORIZON                       1202
BROKEN ARROW                        1205
CLEAR AND PRESENT DANGER            1206
AS GOOD AS IT GETS                  1208
HONEYMOON IN VEGAS                  1210
BLOWN AWAY                          1211
ARMAGEDDON                          1213
ARMAGEDDON                          1214
DIE HARD                            1215
DIE HARD                            1216
dead man walking                    1218
ENEMY OF THE STATE                  1219
DEEP BLUE SEA                       1222
FIRST BLOOD                         1224
PATRIOT GAMES                       1226
CONSPIRACY THEORY                   1227
BRAVEHEART                          1231
BRAVEHEART                          1232
MEET JOE BLACK                      1233
GREEN MILE                          1235
GREEN MILE                          1236
GREEN MILE                          1237
SAVING PRIVATE RYAN                 1238
SAVING PRIVATE RYAN                 1239
SCHINDLER'S LIST                    1240
SAVING PRIVATE RYAN                 1241
TITANIC                             1244
SABRINA                             1247
ROSEWOOD                            1248
PLATOON                             1249
LAST OF THE MOHICANS                1251
RAISING ARIZONA                     1252
```

CFOC/PICV 000080
CONFIDENTIAL

0212

| | |
|---|---|
| HAPPY GILMORE | 1254 |
| BODYGUARD | 1255 |
| MIDSUMMER NIGHTS DREAM | 1256 |
| I KNOW WHAT YOU DID LAST SUMMER | 1257 |

April 9, 2003                                                                     Page #   4

| DESC | STOCK_NUM |
|---|---|
| BLADE RUNNER | 1258 |
| FRENCH KISS | 1259 |
| I STILL KNOW WHAT YOU DID LAST SUMMER | 1260 |
| ON GOLDEN POND | 1261 |
| FIRM | 1262 |
| APOLLO 13 | 1264 |
| ON DEADLY GROUND | 1265 |
| EXCALIBUR | 1266 |
| NET | 1267 |
| MURDER AT 1600 | 1270 |
| TOTAL RECALL | 1271 |
| REGARDING HENRY | 1272 |
| MIRROR HAS TWO FACES | 1273 |
| ARLINGTON ROAD | 1274 |
| MURDER OF CROWS | 1275 |
| GI JANE | 1277 |
| SLEEPY HOLLOW | 1279 |
| L.A.. CONFIDENTIAL | 1281 |
| GUNG HO | 1282 |
| OVERBOARD | 1283 |
| RUGRATS IN PARIS | 1284 |
| HARRIET THE SPY | 1285 |
| REMEMBER THE TITANS | 1287 |
| e.t. | 1288 |
| TOY STORY 2 | 1291 |
| LITTLE BIG LEAGUE | 1292 |
| BABE | 1295 |
| TOY STORY | 1296 |
| ONE HUNDRED & ONE DALMATIONS | 1297 |
| LOVE LETTER, THE | 1303 |
| HOME ALONE 3 | 1305 |
| FLINTSTONES | 1306 |
| DRIVING MISS DAISY | 1308 |
| SOMEWHERE IN TIME | 1310 |
| EMMA | 1311 |
| DRAGONHEART | 1312 |
| MUPPETS IN SPACE | 1315 |
| BUDDY | 1317 |
| MEET THE PARENTS | 1318 |
| MEET THE PARENTS | 1319 |
| MEET THE PARENTS | 1320 |
| BLAST FROM THE PAST | 1322 |
| RAINMAKER | 1323 |
| RULES OF ENGAGMENT | 1324 |
| RULES OF ENGAGEMENT | 1325 |
| RULES OF ENGAGEMENT | 1326 |
| RONIN | 1329 |
| GLADIATOR | 1330 |
| DOC HOLLYWOOD | 1332 |
| GLADIATOR | 1335 |
| GLADIATOR | 1337 |

CFOC/PICV 000081
CONFIDENTIAL

0213

```
LITTLE VAMPIRE, THE                      1338
LOST IN SPACE                            1339
BACHELOR                                 1340
MISSION TO MARS                          1347
GODFATHER                                1349
```

April 9, 2003                                          Page #  5
-------------------------------------------------------------------------
DESC                                     STOCK_NUM
-------------------------------------------------------------------------
```
RANSOM                                   1354
MISS CONGENIALITY                        1355
DRAGONHEART A NEW BEGINNING              1356
SLEEPLESS IN SEATTLE                     1357
PARENT TRAP, THE                         1359
MEMPHIS BELLE                            1360
GROUNDHOG DAY                            1362
ONLY YOU                                 1367
EVER AFTER                               1370
IT COULD HAPPEN TO YOU                   1371
lITTLE WOMEN                             1372
CONTACT                                  1373
TRUMAN SHOW                              1375
FATHER OF THE BRIDE                      1376
SANDLOT                                  1381
RETURN TO ME                             1383
RUDY                                     1384
THREE KINGS                              1388
ANGELA'S ASHES                           1390
CITY HALL                                1392
MISSION IMPOSSIBLE 2                     1393
MISSION IMPOSSIBLE 2                     1396
LETHAL WEAPON 4                          1400
ELIZABETH                                1402
REUNION/ CAROL BURNETT, A                1403
DORF GOES FISHING                        1404
OCTOBER SKY                              1407
TO KILL A MOCKINGBIRD                    1409
NIGHT RIDE HOME                          1410
SIMON BIRCH                              1412
HUCK FINN                                1414
LITTLE LORD FAUNTLEROY                   1415
SWITCHING GOALS                          1417
IRON WILL                                1418
NORTH                                    1420
VEGGIE TALES: ESTHER                     1421
DOUBLE JEOPARDY                          1422
MISS CONGENIALITY                        1423
MISS CONGENIALITY                        1425
SCREAM 3                                 1429
WHAT LIES BENEATH                        1430
WHAT LIES BENEATH                        1433
PATRIOT GAMES                            1434
CLEAR & PRESENT DANGER                   1435
PERFECT MURDER                           1437
DOUBLE JEOPARDY                          1439
BREAKDOWN                                1440
ENTRAPMENT                               1441
CLEAR & PRESENT DANGER                   1442
MR. HOLLAND'S OPUS                       1444
```

CFOC/PICV 000082
CONFIDENTIAL

0214

```
SANDLOT                              1445
YOU'VE GOT MAIL                      1447
SAVING PRIVATE RYAN                  1448
MYSTERY, ALASKA                      1449
ANY GIVEN SUNDAY                     1451
ANY GIVEN SUNDAY                     1452
```

April 9, 2003                                                        Page #  6
------------------------------------------------------------------------------
DESC                                      STOCK_NUM
------------------------------------------------------------------------------

```
PATRIOT                              1453
PATRIOT                              1454
PATRIOT                              1455
THOMAS CROWN AFFAIR                  1461
GREEN MILE                           1463
SAVING PRIVATE RYAN                  1464
SHAKESPEARE IN LOVE                  1465
BRAVEHEART                           1469
ONE TRUE THING                       1471
ONE TRUE THING                       1472
MYSTERY, ALASKA                      1473
RANSOM                               1474
MATRIX                               1476
RED VIOLIN                           1478
GREEN MILE                           1479
RED VIOLIN                           1480
DOUBLE JEOPARDY                      1481
WHAT LIES BENEATH                    1482
WHAT LIES BENEATH                    1485
SCOOBY-DOO                           1486
LAST WINTER, THE                     1488
ROOKIE OF THE YEAR                   1489
ROCKY AND BULLWINKLE                 1491
SENSE AND SENSIBILITY                1492
PATRIOT/STEVEN SEGAL                 1493
SHAWSHANK REDEMPTION                 1495
GREAT EXPECTATIONS                   1496
U-571                                1497
U-571                                1498
ENEMY OF THE STATE                   1502
DIE HARD WITH A VENGEANCE            1503
ERIN BROCKOVICH                      1506
MISSION TO MARS                      1509
JERRY MAGUIRE                        1511
STEPMOM                              1512
STEPMOM                              1513
X-MEN                                1517
FOR LOVE OF THE GAME                 1520
MAXIE                                1524
FLY BOY                              1525
PRINCE AND THE SURFER, THE           1526
WHEN A MAN LOVES A WOMAN             1530
HIGHLANDER                           1532
SHAFT                                1534
SHAFT                                1535
SHAFT                                1537
PATRIOT, THE                         1540
CONTENDER                            1547
CONTENDER                            1548
```

CFOC/PICV 000083
CONFIDENTIAL

0215

| DESC | STOCK_NUM |
|------|-----------|
| LEGEND OF BAGGER VANCE | 1550 |
| LEGEND OF BAGGER VANCE | 1551 |
| HIGHLANDER-ENDGAME | 1556 |
| FUGITIVE | 1558 |
| BROKEN ARROW | 1560 |
| NEGOTIATOR | 1561 |
| MEN OF HONOR | 1565 |

April 9, 2003                                                                                     Page #  7

| DESC | STOCK_NUM |
|------|-----------|
| U.S. MARSHALS | 1566 |
| U.S. MARSHALS | 1567 |
| HAMLET | 1568 |
| HAMLET | 1569 |
| NURSE BETTY | 1572 |
| BILLY ELLIOT | 1575 |
| BILLY ELLIOT | 1577 |
| RECESS SCHOOL'S OUT | 1578 |
| STEPMOM | 1579 |
| THOMAS CROWN AFFAIR | 1581 |
| SLEEPY HOLLOW | 1582 |
| CHARLIE'S ANGELS | 1586 |
| CROUCHING TIGER HIDDEN DRAGON | 1589 |
| NURSE BETTY | 1590 |
| NURSE BETTY | 1591 |
| CAST AWAY | 1592 |
| CAST AWAY | 1593 |
| CROUCHING TIGER HIDDEN DRAGON | 1597 |
| FINDING FORRESTER | 1604 |
| FINDING FORRESTER | 1605 |
| STARMAN | 1606 |
| Joy Luck Club, THE | 1610 |
| SIEGE, THE | 1621 |
| GREEN MILE, THE | 1649 |
| PRACTICAL MAGIC | 1652 |
| PELICAN BRIEF, THE | 1653 |
| SIX DAYS SEVEN NIGHTS | 1655 |
| PRINCESS BRIDE, THE | 1656 |
| PELICAN BRIEF, THE | 1657 |
| MAN WHO KNEW TOO LITTLE, THE | 1658 |
| CHICKEN RUN | 1659 |
| INDIAN IN THE CUPBOARD, THE | 1660 |
| RETURN OF THE KING, THE | 1661 |
| JURASSIC PARK | 1666 |
| RED VIOLIN, THE | 1680 |
| SHADOW OF THE VAMPIRE | 1683 |
| RED VIOLIN, THE | 1684 |
| SHADOW OF THE VAMPIRE | 1686 |
| MUCH ADO ABOUT NOTHING | 1687 |
| VERTICAL LIMIT | 1688 |
| VERTICAL LIMIT | 1689 |
| Pay it Foreward | 1690 |
| HIGHLANDER ENDGAME | 1691 |
| GLADIATOR | 1695 |
| ARMAGEDDON | 1700 |
| SHAKESPEARE IN LOVE | 1703 |
| ENEMY OF THE STATE | 1732 |
| PRACTICAL MAGIC | 1746 |

CFOC/PICV 000084
CONFIDENTIAL

0216

```
TWELVE MONKEYS (12 MONKEYS)               1757
TWENTY EIGHT DAYS (28 DAYS)               1781
SAVING PRIVATE RYAN                       1820
SAVING PRIVATE RYAN                       1821
TIME TO KILL, A                           1874
UNFORGIVEN                                1966
BRING IT ON                               1967
Frequency                                 1973
```

April 9, 2003                                    Page #  8

| DESC | STOCK_NUM |
|------|-----------|
| AIR FORCE ONE | 1983 |
| blade | 1996 |
| BRING IT ON | 2143 |
| URBAN LEGENDS FINAL CUT | 2239 |
| ERIN BROCKOVICH | 2265 |
| SPACE COWBOYS | 2352 |
| REMEMBER THE TITANS | 2374 |
| GONE IN 60 SECONDS | 2378 |
| AIR FORCE ONE | 2432 |
| patriot | 2433 |
| MEXICAN, THE | 2443 |
| LEGALLY BLONDE | 2459 |
| TOMB RAIDER | 2509 |
| SCORE | 2525 |
| FINAL FANTASY | 2560 |
| TITUS | 2561 |
| FIGHT CLUB | 2630 |
| DOUBLE JEOPARDY | 2643 |
| DON'T SAY A WORD | 2683 |
| BRIGHAM CITY | 2726 |
| HOMETOWN LEGEND | 2825 |
| WE WERE SOLDIERS | 2832 |
| BADGE, THE | 3006 |
| WATERBOY, THE | 4002 |
| STATE AND MAIN | 4004 |
| MISS CONGENIALITY | 4008 |
| PRACTICAL MAGIC | 4011 |
| PRACTICAL MAGIC | 4012 |
| BEAUTIFUL | 4014 |
| BEAUTIFUL | 4015 |
| PLEDGE, THE | 4017 |
| PLEDGE, THE | 4018 |
| SIXTEEN CANDLES | 4019 |
| LEGEND | 4020 |
| VERTICAL LIMIT | 4021 |
| CIVIL ACTION, A | 4034 |
| Men In Black | 4037 |
| Men In Black | 4038 |
| WHERE THE HEART IS | 4071 |
| FINDING FORRESTER | 4075 |
| MY COUSIN VINNY | 4094 |
| WHERE THE HEART IS | 4103 |
| Enemy Of the State | 4110 |
| My Cousin Vinnie | 4114 |
| ERIN BROCKOVICH | 4115 |
| ERIN BROCKOVICH | 4120 |
| Young Frankenstein | 4155 |

CFDC/PICV 000085
CONFIDENTIAL

0217

| | |
|---|---|
| DDING PLANNER, THE | 4217 |
| Y IT FORWARD | 4234 |
| ERES SOMETHING ABOUT MARY | 4235 |
| ERES SOMETHING ABOUT MARY | 4238 |
| VILS ADVOCATE | 4241 |
| VILS ADVOCATE | 4242 |
| SH HOUR | 4243 |
| SH HOUR | 4244 |
| SH HOUR | 4245 |

ril 9, 2003                                                           Page #  9

| :SC | STOCK_NUM |
|---|---|
| SS THE GIRLS | 4246 |
| N AIR | 4251 |
| NORITY REPORT | 4400 |
| rendipity | 4499 |
| IDGET JONE'S DIARY | 4519 |
| ung Guns II | 4521 |
| ST CASTLE, THE | 4529 |
| TREME MEASURES | 4552 |
| FTEEN NINUTES (15 MINUTES) | 4565 |
| ULIN ROUGE | 4603 |
| NAL FANTASY | 4635 |
| breakable | 4701 |
| XTH DAY, THE (6TH DAY) | 4762 |
| XTH DAY, THE (6TH DAY) | 4766 |
| XTH DAY, THE (6TH DAY) | 4767 |
| PLACEMENTS, THE | 4800 |
| KE PLACID | 4802 |
| LENCE OF THE LAMBS, THE | 4804 |
| KE PLACID | 4805 |
| RRIS BUELLER'S DAY OFF | 4806 |
| YOTE UGLY | 4807 |
| ULLS, THE | 4808 |
| KE PLACID | 4809 |
| LENCE OF THE LAMBS, THE | 4810 |
| ADE | 4811 |
| NTES PEAK | 4812 |
| PLACEMENTS, THE | 4814 |
| FT, THE | 4815 |
| wn to earth | 4816 |
| TTLE MERMAID, THE | 4817 |
| LLOCK | 4818 |
| LLOCK | 4819 |
| IRTEEN DAYS | 4821 |
| IRTEEN DAYS | 4822 |
| Y IT FORWARD | 4824 |
| BROTHER, WHERE ART THOU? | 4825 |
| BROTHER, WHERE ART THOU? | 4826 |
| ANGHAI NOON | 4827 |
| ANGHAI NOON | 4828 |
| ANGHAI NOON | 4829 |
| RENT TRAP, THE | 4830 |
| lly Madison | 4833 |
| OLE NINE YARDS, THE | 4834 |
| ACH, THE | 4836 |
| OD WILL HUNTING | 4839 |
| OCOLAT | 4840 |

CFOC/PKGV 000086
CONFIDENTIAL

0218

```
CHOCOLAT                              4841
END OF DAYS                           4845
ALMOST FAMOUS                         4846
O BROTHER, WHERE ART THOU             4850
SHANGHAI NOON                         4852
DR. DOOLITTLE 2                       4854
ALMOST FAMOUS                         4855
ENEMY OF THE GATES                    4859
CENTER STAGE                          4861
UNBREAKABLE                           4863
```

April 9, 2003                                    Page # 10
--------------------------------------------------------
DESC                              STOCK_NUM
--------------------------------------------------------
```
WHOLE NINE YARDS, THE                 4864
CATS AND DOGS                         4865
MAN ON THE MOON                       4866
BOUNCE                                4867
DARK CITY                             4869
CHAMBER, THE                          4870
SWORDFISH                             4871
CHAMBER, THE                          4873
LOSING ISAIAH                         4874
enemy at the gates                    4875
HOW THE GRINCH STOLE CHRISTMAS        4877
ENEMY OF THE STATE                    4881
BEST IN SHOW                          4882
BEST IN SHOW                          4884
BOUNCE                                4886
LOSING ISAIAH                         4887
PLEASANTVILLE                         4889
PLEASANTVILLE                         4890
pleasantville                         4891
PUSHING TIN                           4892
PUSHING TIN                           4893
SEVENTH SIGN, THE                     4894
SEVENTH SIGN, THE                     4895
MIGHTY, THE                           4896
MIGHTY, THE                           4897
OTHER SISTER, THE                     4898
OTHER SISTER, THE                     4899
TUESDAYS WITH MORRIE                  4900
MIGHTY, THE                           4901
HOLIDAY IN THE SUN                    4902
EVERYONE SAYS I LOVE YOU              4903
BLUES BROTHERS, THE                   4905
JERK, THE                             4906
SCREAM                                4907
SCREAM 2                              4908
SCREAM 3                              4909
ROB ROY                               4910
PEARL HARBOR                          4912
GODFATHER, THE                        4913
RED PLANET                            4915
FALLEN                                4917
FALLEN                                4918
pearl harbor                          4919
FINAL FANTASY                         4922
FINAL FANTASY                         4923
```

CFOC/PICV 000087
CONFIDENTIAL

0219

| | |
|---|---|
| ALONG CAME A SPIDER | 4926 |
| RAMBO: FIRST BLOOD PART TWO | 4927 |
| RAMBO: FIRST BLOOD PART TWO | 4928 |
| LONG KISS GOODNIGHT, THE | 4930 |
| LONG KISS GOODNIGHT, THE | 4931 |
| COLOR PURPLE, THE | 4932 |
| TRADING PLACES | 4934 |
| LEGEND OF BAGGER VANCE, THE | 4935 |
| BONE COLLECTOR, THE | 4936 |
| COLOR PURPLE, THE | 4938 |
| PEARL HARBOR | 4939 |

April 9, 2003                                                        Page # 11

| DESC | STOCK_NUM |
|---|---|
| WHATS COOKING | 4940 |
| BODY, THE | 4941 |
| BODY, THE | 4943 |
| WHAT'S COOKING? | 4944 |
| KNIGHTS TALE, A | 4949 |
| MEMENTO | 4950 |
| WHOLE NINE YARDS, THE | 4952 |
| JERK, THE | 4953 |
| WHAT'S COOKING? | 09002 |
| SIXTH SENSE, THE | 09005 |
| MEXICAN, THE | 09007 |
| MEXICAN, THE | 09008 |
| FAMILY MAN, THE | 09010 |
| FAMILY MAN, THE | 09011 |
| FAMILY MAN, THE | 09012 |
| PITCH BLACK | 09014 |
| SLEEPING WITH THE ENEMY | 09015 |
| I KNOW WHAT YOU DID LAST SUMMER | 09016 |
| BIG GREEN, THE | 09017 |
| LEGALLY BLONDE | 09019 |
| LEGALLY BLONDE | 09020 |
| ALONG CAME A SPIDER | 09024 |
| ALONG CAME A SPIDER | 09025 |
| ALONG CAME A SPIDER | 09026 |
| thirteen days | 09027 |
| FALLEN | 09029 |
| MEXICAN, THE | 09031 |
| UNTOUCHABLES, THE | 09032 |
| TIME TO KILL | 09035 |
| DISC THE REAL WORLD OF HARRY POTTER | 09037 |
| rush hour 2 | 09039 |
| RUSH HOUR 2 | 09040 |
| RUSH HOUR 2 | 09042 |
| RUSH HOUR 2 | 09043 |
| AMERICA'S SWEETHEARTS | 09044 |
| AMERICA'S SWEETHEARTS | 09045 |
| PIANO, THE | 09048 |
| PIANO, THE | 09049 |
| PIANO, THE | 09051 |
| TOMB RAIDER | 09053 |
| CROSSE POINTE BLANK | 09054 |
| RUSH HOUR 2 | 09057 |
| SOMEONE LIKE YOU | 09060 |
| COOL RUNNINGS | 09061 |

CFOC/PICV 000088
CONFIDENTIAL

0220

| COOL RUNNINGS | 09062 |
| COOL RUNNINGS | 09063 |
| MEN OF HONOR | 09064 |
| THREE KINGS | 09065 |
| SLEEPING WITH THE ENEMY | 09066 |
| ALONG CAME A SPIDER | 09067 |
| ALONG CAME A SPIDER | 09068 |
| ANTITRUST | 09070 |
| SCORE, THE | 09071 |
| SCORE, THE | 09072 |
| MEXICAN, THE | 09075 |
| ANTITRUST | 09079 |

April 9, 2003                                                    Page # 12

| DESC | STOCK_NUM |
| --- | --- |
| PONETTE | 09081 |
| GHOST OF MARS | 09083 |
| GHOST OF MARS | 09085 |
| PLANET OF THE APES | 09087 |
| PLANET OF THE APES | 09088 |
| PLANET OF THE APES | 09089 |
| Godfather part II, THE | 09090 |
| FIFTEEN MINUTES (15 MINUTES) | 09091 |
| psycho | 09092 |
| Titus | 09093 |
| ROUNDERS | 09094 |
| PITCH BLACK | 09096 |
| THROW MOMMA FROM THE TRAIN | 09097 |
| EVOLUTION | 09098 |
| MOULIN ROUGE | 09100 |
| ALL THE PRETTY HORSES | 09103 |
| jeepers creepers | 09104 |
| SCARY MOVIE 2 | 09105 |
| SCARY MOVIE 2 | 09106 |
| SCARY MOVIE 2 | 09107 |
| ALL THE PRETTY HORSES | 09108 |
| TRAFFIC | 09109 |
| PONETTE | 09112 |
| INSIDER, THE | 09113 |
| INSIDER, THE | 09114 |
| SIXTY ONE (61) | 09116 |
| DRIVEN | 09117 |
| SIX DEGREES OF SEPARATION | 09118 |
| PRINCESS DIARIES, THE | 09120 |
| LONG RIDERS, THE | 09124 |
| TRAFFIC | 09130 |
| air force one | 09132 |
| GLASS HOUSE, THE | 09134 |
| GLASS HOUSE, THE | 09135 |
| PREDATOR | 09138 |
| DISH, THE | 09139 |
| SCREAM | 09140 |
| HEIST | 09142 |
| DROWNING MONA | 09145 |
| HEIST | 09148 |
| OFFICE SPACE | 09149 |
| FAST AND THE FURIOUS, THE | 09150 |
| FAST AND THE FURIOUS, THE | 09151 |

CFOC/PICV 000089
CONFIDENTIAL

0221

| DESC | STOCK_NUM |
|---|---|
| FAST AND THE FURIOUS, THE | 09155 |
| CONTENDER, THE | 09156 |
| RAT RACE | 09157 |
| RAT RACE | 09158 |
| RAT RACE | 09159 |
| JURASSIC PARK III | 09160 |
| BRIDGET JONE'S DIARY | 09161 |
| FIGHT CLUB | 09162 |
| FIGHT CLUB | 09163 |
| ALL DOGS GO TO HEAVEN | 09164 |
| RUGRATS DECADE OF DIAPERS VOLUME 1 | 09165 |
| RUGRATS DECADE OF DIAPERS VOLUME 2 | 09166 |
| ANDRE | 09167 |

April 9, 2003                                                     Page # 13

| DESC | STOCK_NUM |
|---|---|
| PAULIE | 09168 |
| SILVER WOLF | 09169 |
| GRIZZLY FALLS | 09170 |
| ACROSS THE GREAT DIVIDE | 09171 |
| TRAINING DAY | 09174 |
| TRAINING DAY | 09175 |
| VACATION PARTIES - MARY KATE AND ASHLEY | 09177 |
| ATLANTIS | 09178 |
| CURSE OF THE JADE SCORPION, THE | 09180 |
| GLASS HOUSE, THE | 09182 |
| SPITFIRE GRILL, THE | 09183 |
| GLASS HOUSE, THE | 09184 |
| THREE THOUSAND MILES TO GRACELAND | 09186 |
| curse of the jade scorpion | 09187 |
| Atlantis | 09188 |
| SOUTH OF HEAVEN WEST OF HELL | 09190 |
| STARTUP.COM | 09191 |
| WONDER BOYS | 09192 |
| HEARTS IN ATLANTIS | 09193 |
| CROCODILE DUNDEE IN LOS ANGELES | 09194 |
| ENTER THE DRAGON | 09195 |
| CAPTAIN CORELLI'S MANDOLIN | 09198 |
| CAPTAIN CORELLI'S MANDOLIN | 09199 |
| CASPER A SPIRITED BEGINNING | 09200 |
| SOMETHING TO TALK ABOUT | 09201 |
| SOMETHING TO TALK ABOUT | 09202 |
| DESPERATE MEASURES | 09204 |
| BLUE STREAK | 09206 |
| HEARTS IN ATLANTIS | 09209 |
| SWORDFISH | 09211 |
| CAPTAIN CORRELLI'S MANDOLIN | 09213 |
| EXTREME MEASURES | 09215 |
| FARGO | 09219 |
| FARGO | 09220 |
| OCEAN'S ELEVEN | 09221 |
| HOOSIERS | 09222 |
| TALENTED MR RIPLEY, THE | 09224 |
| FALLING DOWN | 09225 |
| MY GIANT | 09226 |
| RIVER WILD, THE | 09227 |
| RIVER WILD, THE | 09228 |
| RIVER WILD, THE | 09229 |

CFOCJPICV 000090
CONFIDENTIAL

0222

| DESC | STOCK_NUM |
|------|-----------|
| RIVER WILD, THE | 09230 |
| HORSE WHISPERER, THE | 09231 |
| HORSE WHISPERER, THE | 09232 |
| SHAFT | 09234 |
| OCEAN'S ELEVEN | 09235 |
| POWDER | 09239 |
| TWIN DRAGONS | 09240 |
| FLETCH | 09242 |
| WHITE SQUALL | 09245 |
| WHITE SQUALL | 09246 |
| OUT OF TOWNERS, THE | 09247 |
| TWENTY EIGHT DAYS (28 DAYS) | 09248 |
| MUSIC OF THE HEART | 09250 |
| MUSIC OF THE HEART | 09251 |

April 9, 2003                                             Page # 14

| DESC | STOCK_NUM |
|------|-----------|
| MUSIC OF THE HEART | 09252 |
| KISS OF THE DRAGON | 09253 |
| MUMFORD | 09258 |
| MUMFORD | 09259 |
| ANGEL EYES | 09261 |
| angel eyes | 09262 |
| DUETS | 09264 |
| SNOW FALLING ON CEDARS | 09265 |
| LAST CASTLE | 09266 |
| LAST CASTLE, THE | 09268 |
| JAY JAY THE JET PLANE | 09270 |
| BEAR IN THE BIG BLUE HOUSE | 09271 |
| HARRY POTTER | 09273 |
| HARDBALL | 09275 |
| DON'T SAY A WORD | 09276 |
| DON'T SAY A WORD | 09277 |
| Don't Say a Word | 09278 |
| HARDBALL | 09280 |
| HARDBALL | 09282 |
| QUICK AND THE DEAD, THE | 09284 |
| QUICK AND THE DEAD, THE | 09285 |
| QUICK AND THE DEAD, THE | 09286 |
| HARD RAIN | 09287 |
| SPACE COWBOYS | 09290 |
| CENTER STAGE | 09291 |
| GALAXY QUEST | 09293 |
| PREDATOR | 09294 |
| robocop | 09295 |
| Dirty Rotten Scoundrels | 09296 |
| DIRTY ROTTEN SCOUNDRELS | 09298 |
| ARTIFICIAL INTELLEGENCE | 09299 |
| ARTIFICIAL INTELLEGENCE | 09302 |
| DROP ZONE | 09305 |
| DROP ZONE | 09306 |
| DAYLIGHT | 09308 |
| DAYLIGHT | 09309 |
| IN LOVE AND WAR | 09311 |
| IN LOVE AND WAR | 09312 |
| GODFATHER III, THE | 09313 |
| SHINE | 09315 |
| SHINE | 09316 |

CFOC/PICV 000091
CONFIDENTIAL

0223

| DESC | STOCK_NUM |
|------|-----------|
| BRIDGET JONES DIARY | 09317 |
| BANDITS | 09318 |
| BANDITS | 09319 |
| Young Guns II | 09320 |
| YOUNG GUNS | 09322 |
| angel eyes | 09323 |
| fight club | 09324 |
| BANDITS | 09328 |
| SAVING SILVERMAN | 09329 |
| CAPE FEAR | 09331 |
| ZOOLANDER | 09332 |
| BEING JOHN MALKOVICH | 09333 |
| VARSITY BLUES | 09334 |
| SCOOBY-DOO ZOMBIE ISLAND | 09336 |
| CAPE FEAR | 09338 |

April 9, 2003                                              Page # 15

| DESC | STOCK_NUM |
|------|-----------|
| FACE OFF | 09340 |
| BAD BOYS | 09342 |
| ZOOLANDER | 09343 |
| ZOOLANDER | 09344 |
| BUBBLE BOY | 09345 |
| BUBBLE BOY | 09346 |
| ART OF WAR, THE | 09348 |
| THREE THOUSAND MILES TO GRACELAND | 09349 |
| YOUNG GUNS | 09350 |
| SIMPLE WISH, A | 09351 |
| LOST IN YONKERS | 09352 |
| MEN IN BLACK | 09353 |
| BLAZING SADDLES | 09356 |
| CADDYSHACK | 09358 |
| WINNING LONDON | 09361 |
| max keeble' big move | 09362 |
| SOUNDER | 10053 |
| O BROTHER WHERE ART THOU? | 10054 |
| JIMMY NEUTRON BOY GENIUS | 10056 |
| BUBBLE BOY | 10058 |
| BAD BOYS | 10059 |
| MEMENTO | 10061 |
| OCEANS ELEVEN | 10062 |
| IT'S A WONDERFUL LIFE | 10064 |
| MR. BLANDINGS BUILDS HIS DREAM HOUSE | 10065 |
| CREW, THE | 10067 |
| THIRTEEN DAYS | 10068 |
| HARD RAIN | 10069 |
| BRAVEHEART | 10070 |
| BULL DURHAM | 10071 |
| ALI | 10073 |
| FACE/OFF | 10075 |
| FOOLS RUSH IN | 10076 |
| ALI | 10077 |
| ALI | 10080 |
| DOMESTIC DISTURBANCE | 10081 |
| DOMESTIC DISTURBANCE | 10082 |
| CLIENT, THE | 10083 |
| K-PAX | 10084 |
| K-PAX | 10085 |

CFOC/PICV 000092
CONFIDENTIAL

0224

```
SERENDIPITY                              10087
VANILLA SKY                              10090
VANILLA SKY                              10091
VANILLA SKY                              10092
BEAUTIFUL MIND, A                        10093
BEAUTIFUL MIND                           10094
OCEAN'S ELEVEN                           10095
BEAUTIFUL MIND, A                        10096
SPY GAMES                                10097
DOMESTIC DISTURBANCE                     10098
SPY GAME                                 10099
SPY GAME                                 10100
SPY GAME                                 10101
BAD BOYS                                 10102
SMART HOUSE                              10103
FLUBBER                                  10104
```

April 9, 2003                                                    Page # 16
--------------------------------------------------------------------------
DESC                                     STOCK_NUM
--------------------------------------------------------------------------
```
FOX AND THE HOUND, THE                   10105
SECRET GARDEN, THE                       10106
SNOW WHITE AND THE SEVEN DWARFS          10107
THIRTEEN GHOSTS                          10108
OTHERS, THE                              10112
HUSH                                     10113
HUSH                                     10114
DOMESTIC DISTURBANCE                     10115
MUSKETEER, THE                           10117
LIFE & TIMES OF hANK GREENBERG           10120
JUMANJI                                  10121
MULAN                                    10122
SWAN PRINCESS, THE                       10123
LITTLE PRINCESS                          10124
POCAHONTAS II                            10125
CINDERELLA                               10126
SLEEPING BEAUTY                          10127
BAMBI                                    10128
POCAHONTAS                               10129
PETER PAN                                10130
WIZARD OF OZ, THE                        10131
ALLADIN AND THE KING OF THIEVES          10132
LION KING, THE                           10133
LITTLE MERMAID, THE                      10134
ALADDIN                                  10135
BEAUTY AND THE BEAST                     10136
SPACE JAM                                10137
DAVY CROCKET                             10138
LITTLE HOUSE ON THE PRAIRIE/CHRISTMAS    10139
BEST OF VICTOR BORGE                     10140
TAE BO                                   10141
MAN FROM SNOWY RIVER, THE                10143
FLIPPER                                  10144
JAMES AND THE GIANT PEACH                10145
BABYSITTERS CLUB, THE                    10146
LIFE 50TH ANNIVERSARY                    10147
WALLACE & GROMIT: GRAND DAY OUT          10148
SECRET GARDEN, THE                       10149
BABE                                     10150
```

CFOC/PICV 000083
CONFIDENTIAL

0225

| DESC | STOCK_NUM |
|------|-----------|
| LES MISERABLES | 10151 |
| TALL TALE | 10152 |
| DISNEYS TOM AND HUCK | 10153 |
| IRON GIANT, THE | 10154 |
| TRIMWALK INDOOR/DENISE AUSTIN | 10156 |
| LIVING ARTS YOGA FOR WEIGHT LOSS | 10157 |
| CRUNCH/TAE  BOXING | 10158 |
| EVOLUTION | 10159 |
| CASPER | 10160 |
| KNIGHT'S TALE, A | 10161 |
| HOOSIERS | 10162 |
| MATRIX | 10163 |
| BLACK HAWK DOWN | 10164 |
| CHAIN REACTION | 10165 |
| CHAIN REACTION | 10166 |
| MAJESTIC, THE | 10167 |
| MAJESTIC, THE | 10168 |

April 9, 2003                                                    Page # 17

| DESC | STOCK_NUM |
|------|-----------|
| MAJESTIC, THE | 10169 |
| JERRY MAGUIRE | 10170 |
| don't say a word | 10171 |
| BOUNTY, THE | 10172 |
| HAUNTING, THE | 10173 |
| HAUNTING, THE | 10174 |
| LAST OF THE MOHICANS, THE | 10176 |
| PROOF OF LIFE | 10177 |
| BLACK HAWK DOWN | 10179 |
| BLACK HAWK DOWN | 10180 |
| BLACK HAWK DOWN | 10181 |
| HAUNTING, THE | 10182 |
| HAUNTING, THE | 10184 |
| INVISIBLE MOM 2, THE | 10185 |
| INVISIBLE MOM, THE | 10186 |
| wishbone Dog Days of the west | 10187 |
| what about bob | 10188 |
| OTHERS, THE | 10189 |
| HUSH | 10190 |
| HARTS WAR | 10191 |
| HARTS WAR | 10192 |
| HARTS WAR | 10193 |
| ONE FINE DAY | 10194 |
| ONE FINE DAY | 10195 |
| ONE FINE DAY | 10196 |
| TWIN DRAGONS | 10197 |
| Harts War | 10198 |
| Royal Tenenbaums, THE | 10199 |
| Story of Us, THE | 10200 |
| Riding in Cars With Boys | 10201 |
| John Q | 10202 |
| John Q | 10203 |
| John Q | 10204 |
| Story of Us, THE | 10205 |
| Get Shorty | 10207 |
| Drop Dead Gorgeous | 10208 |
| Drop Dead Gorgeous | 10209 |
| Royal Tenenbaums, THE | 10210 |

CFOC/PICV 000084
CONFIDENTIAL

0226

| DESC | STOCK_NUM |
|------|-----------|
| Royal Tenenbaums, THE | 10211 |
| Rat Race | 10212 |
| GOSFORD PARK | 10213 |
| JOHN Q | 10215 |
| GOSFORD PARK | 10217 |
| IN THE BEDROOM | 10218 |
| IN THE BEDROOM | 10219 |
| IN THE BEDROOM | 10220 |
| IN THE BEDROOM | 10222 |
| STORY OF US | 10223 |
| RETURN TO NEVER LAND | 10224 |
| GET SHORTY | 10225 |
| ROOKIE, THE | 10226 |
| ROOKIE, THE | 10227 |
| DRAGONFLY | 10228 |
| BEHIND ENEMY LINES | 10229 |
| BEHIND ENEMY LINES | 10230 |
| GOSFORD PARK | 10231 |

April 9, 2003                                   Page # 18

| DESC | STOCK_NUM |
|------|-----------|
| BEHIND ENEMY LINES | 10232 |
| DRAGONFLY | 10233 |
| ROYAL TENEBAUMS, THE | 10235 |
| SHOWTIME | 10236 |
| SHOWTIME | 10237 |
| Showtime | 10238 |
| HIGH CRIMES | 10239 |
| HIGH CRIMES | 10240 |
| HIGH CRIME | 10241 |
| HIGH CRIMES | 10242 |
| ONE, THE | 10243 |
| ONE, THE | 10244 |
| CORKY ROMANO | 10245 |
| CORKY ROMANO | 10246 |
| I AM SAM | 10247 |
| I AM SAM | 10248 |
| I AM SAM | 10249 |
| I AM SAM | 10250 |
| JOY RIDE | 10252 |
| JOY RIDE | 10253 |
| JOY RIDE | 10254 |
| LEGALLY BLONDE | 10255 |
| IN THE BEDROOM | 10256 |
| HIGH CRIMES | 10257 |
| ROYAL TENENBAUMS, THE | 10258 |
| HIGH CRIMES | 10259 |
| DINSOSAUR   DVD | 10260 |
| DISNEYS THE KID    DVD | 10261 |
| BILLBOARD DAD | 10264 |
| WE WERE SOLDIERS | 10265 |
| WE WERE SOLDIERS | 10266 |
| WE WERE SOLDIERS | 10267 |
| WE WERE SOLIDERS | 10268 |
| COUNT OF MONTE CRISTO, THE | 10269 |
| THE COUNT OF MONTY CRISTO | 10270 |
| COUNT OF MONTE CRISTO, THE | 10271 |
| PANIC ROOM | 10272 |

CFDC/PICV 000095
CONFIDENTIAL

0227

| DESC | STOCK_NUM |
|------|-----------|
| PANIC ROOM | 10273 |
| WALK TO REMEMBER | 10274 |
| PANIC ROOM | 10275 |
| PANIC ROOM | 10276 |
| CHANGING LANES | 10277 |
| CHANGING LANES | 10278 |
| CHANGING LANES | 10279 |
| MANSFIELD PARK | 10280 |
| MANSFIELD PARK | 10281 |
| MURDER BY NUMBERS | 10283 |
| HARRY POTTER | 10284 |
| PANIC ROOM | 10285 |
| MURDER BY NUMBERS | 10286 |
| MOTHMAN PROPHECIES | 10287 |
| MURDER BY NUMBERS | 10288 |
| COLLATERAL DAMAGE | 10289 |
| COLLATERAL DAMAGE | 10290 |
| RIDING IN CARS WITH BOYS | 10291 |
| MURDER BY NUMBERS | 10292 |

April 9, 2003                                    Page # 19

| DESC | STOCK_NUM |
|------|-----------|
| MOTHMAN PROPHECIES | 10293 |
| MOTHMAN PROPHECIES | 10294 |
| KATE & LEOPOLD | 10295 |
| KATE & LEOPOLD | 10296 |
| ENOUGH | 10297 |
| ENOUGH | 10298 |
| KATE & LEOPOLD | 10299 |
| MATRIX | 10300 |
| COLLATERAL DAMAGE | 10301 |
| SCOOBY-DOO: WINTER WONDERDOG | 10302 |
| SCOOBY DOO, THE MOVIE | 10303 |
| MONSTER INC. | 10304 |
| SINGLE'S WARD | 10305 |
| STIR OF ECHOES | 10306 |
| STIR OF ECHOES | 10307 |
| STIR OF ECHOES | 10308 |
| ENOUGH | 10309 |
| SINGLE'S WARD | 10310 |
| ONE CHRISTMAS | 10311 |
| CHRISTMAS IN CONNECTICUT | 10312 |
| ONE MAGIC CHRISTMAS | 10313 |
| RUGRATS' CHRISTMAS | 10314 |
| MARY-KATE AND ASHLEY'S CHRISTMAS | 10315 |
| WHITE CHRISTMAS | 10316 |
| WINDTALKERS | 10317 |
| WINDTALKERS | 10318 |
| PANIC ROOM | 10319 |
| ENOUGH | 10320 |
| MR DEEDS | 10321 |
| MR DEEDS | 10322 |
| SHALLOW HAL | 10323 |
| JOE SOMEBODY | 10324 |
| JOE SOMEBODY | 10325 |
| TO GILLIAN ON HER 37TH BIRTHDAY | 10326 |
| WINDTALKERS | 10327 |
| TO GILLIAN ON HER 37TH BIRTHDAY | 10328 |

CFOC/PICV 000096
CONFIDENTIAL

0228

```
MR DEEDS                                10329
LIFE OR SOMETHING LIKE IT                10330
LIFE OR SOMETHING LIKE IT                10331
SARAH, PLAIN AND TALL                    10332
PASTIME                                  10334
BUMBLEBEE FLIES ANYWAY                   10335
REMAINS OF THE DAY                       10336
INFINITY                                 10337
BARBIE IN THE NUTCRACKER                 10338
MURDER BY NUMBERS                        10339
WINDTALKERS                              10340
INSOMNIA                                 10341
INSOMNIA                                 10342
SUM OF ALL FEARS, THE                    10343
AMELIE                                   10344
SUM OF ALL FEARS, THE                    10345
SUM OF ALL FEARS, THE                    10346
PROOF OF LIFE                            10347
YA-YA SISTERHOOD                         10348
SPIDERMAN                                10349
```

April 9, 2003                                                   Page # 20
--------------------------------------------------------------------------
DESC                                 STOCK_NUM
--------------------------------------------------------------------------

```
SPIDERMAN                                10350
WHEN HARRY MET SALLY                     10351
WHEN HARRY MET SALLY                     10352
MONSTERS, INC.                           10353
SUM OF ALL FEARS                         10354
bridget jones diary                      10355
SAVING PRIVATE RYAN                      10356
BRAVEHEART                               10357
YA-YA SISTERHOOD                         10358
HOME ALONE                               10359
SANTA CLAUSE, THE                        10360
STAR OF CHRISTMAS/VEGGIE TALES, THE      10361
YA YA SISTERHOOD                         10362
FARGO                                    10363
FARGO                                    10364
YA YA SISTERHOOD                         10365
JOE SOMEBODY                             10366
WHEN IN ROME (MARY KATE AND ASHLEY)      10367
SKULLS II                                10368
SKULLS II                                10369
BAD COMPANY                              10370
BAD COMPANY                              10371
PRIMAL FEAR                              10372
LETHAL WEAPON 2                          10373
MEN IN BLACK II                          10374
MEN IN BLACK II                          10375
ICE AGE                                  10376
SHALLOW HAL                              10377
SPIRIT                                   10379
YA YA SISTERHOOD                         10380
CAST AWAY                                10381
Hope FLoats                              10382
Stuart Little 2                          10383
Lilo & Stitch                            10384
VARISTY BLUES                            10385
```

CFOC/PICV 000097
CONFIDENTIAL

0229

```
LETHAL WEAPON 3                     10386
LETHAL WEAPON 3                     10387
VARISTY BLUES                       10388
LILO & STITCH                       10389
SANTA CLAUSE                        10390
K*19:THE WINDOW MAKER               10391
K*19:THE WINDOWMAKER                10392
K*19: THE WINDOWMAKER               10393
K*19: THE WINDOWMAKER               10394
BAD COMPANY                         10395
MEN IN BLACK II                     10396
MR..DEEDS                           10397
LIKE MIKE                           10398
LORD OF THE RINGS                   10399
Like Mike                           10400
Minority Report                     10401
JFK                                 10402
Crocodile Hunter, THE               10403
Minority Report                     10404
Minority Report                     10405
Minority Report                     10406
```

April 9, 2003                                           Page # 21

| DESC | STOCK_NUM |
| --- | --- |
| Country Bears, THE | 10407 |
| Country Bears, THE | 10408 |
| TRAPPED | 10409 |
| STRIPES | 10410 |
| TRAPPED | 10411 |
| TRAPPED | 10412 |
| BLOOD WORK | 10413 |
| BLOOD WORK | 10414 |
| BLOOD WORK | 10415 |
| IRIS | 10416 |
| IRIS | 10417 |
| XXX | 10418 |
| XXX | 10419 |
| XXX | 10420 |
| HEY ARNOLD THE MOVIE | 10421 |
| Life or something like it | 10422 |
| Signs | 10423 |
| Signss | 10424 |
| Signs | 10425 |
| BADGE, THE | 10426 |
| BADGE, THE | 10427 |
| BADGE, THE | 10428 |
| BLUE CRUSH | 10429 |
| BLUE CRUSH | 10430 |
| QUIZ SHOW | 10431 |
| ABOUT A BOY | 10432 |
| ABOUT A BOY | 10433 |
| UNDERCOVER BROTHER | 10434 |
| ABOUT A BOY | 10435 |
| BLUE CRUSH | 10436 |
| SuperFire | 10437 |
| SuperFire | 10438 |
| Bourne Identity, THE | 10439 |
| Bourne Identity, THE | 10440 |

CFOC/PICV 000098
CONFIDENTIAL

0230

| DESC | STOCK_NUM |
|---|---|
| Bourne Identity, THE | 10441 |
| Simone | 10442 |
| MASTER OF DISGUISE, THE | 10443 |
| MASTER OF DISGUISE, THE | 10444 |
| SERVING SARA | 10445 |
| SERVING SARA | 10446 |
| FAMILY TREE | 10447 |
| TRUTH AND CONVICTION | 10448 |
| EXTREME DAYS | 10449 |
| SNOW QUEEN | 10450 |
| AMERICAN PROPHET | 10451 |
| REAR WINDOW | 10452 |
| Tin Cup | 10453 |
| Possession | 10454 |
| Possession | 10455 |
| Possession | 10456 |
| My Big Fat Greek Wedding | 10457 |
| PEARL HARBOR | 10458 |
| My Big Fat Greek Wedding | 10459 |
| My Big Fat Greek Wedding | 10460 |
| My Big Fat Greek Wedding | 10461 |
| SWEET HOME ALABAMA | 10462 |

April 9, 2003                                                                Page # 22

| DESC | STOCK_NUM |
|---|---|
| SWEET HOME ALABAMA | 10463 |
| BANGER SISTERS, THE | 10464 |
| BANGER SISTERS, THE | 10465 |
| SO I MARRIED AN AXE MURDERER | 10466 |
| CHARLOTTE GRAY | 10467 |
| CHARLOTTE GRAY | 10468 |
| APOCALYPSE NOW | 10469 |
| SWEET HOME ALABAMA | 10470 |
| SWEET HOME ALABAMA | 10471 |
| CITY BY THE SEA | 10472 |
| CITY BY THE SEA | 10473 |
| CITY BY THE SEA | 10474 |
| CITY BY THE SEA | 10475 |
| FOUR FEATHERS, THE | 10476 |
| FOUR FEATHERS, THE | 10477 |
| FOUR FEATHERS, THE | 10478 |
| UNDER SIEGE 2 | 10479 |
| SPY KIDS 2 | 10480 |
| SPY KIDS 2 | 10481 |
| ROAD TO PERDITION | 10482 |
| ROAD TO PERDITION | 10483 |
| ROAD TO PERDITION | 10484 |
| ONE HOUR PHOTO | 10485 |
| ONE HOUR PHOTO | 10486 |
| ONE HOUR PHOTO | 10487 |
| TUCK EVERLASTING | 10488 |
| TUCK EVERLASTING | 10489 |
| GREEN MILE, THE | 10490 |
| TUXEDO, THE | 10491 |
| ROAD TO PERDITION | 10492 |
| MASK, THE | 10493 |
| TUXEDO, THE | 10494 |
| RING, THE | 10495 |

CFOC/PICV 000099
CONFIDENTIAL

0231

| | |
|---|---|
| RING, THE | 10496 |
| WHITE OLEANDER | 10497 |
| WHITE OLEANDER | 10498 |
| I-SPY | 10499 |
| I-SPY | 10500 |
| SWIMFAN | 10501 |
| SWIMFAN | 10502 |
| SWIMFAN | 10503 |
| INSPECTOR GADGET 2 | 10504 |
| INSPECTOR GADGET 2 | 10505 |
| MAID IN MANHATTAN | 10506 |
| MAID IN MANHATTAN | 10507 |
| MAID IN MANHATTAN | 10508 |
| MOONLIGHT MILE | 10509 |
| MOONLIGHT MILE | 10510 |
| MOONLIGHT MILE | 10511 |
| GOOD, BAD, UGLY THE | 10512 |
| GOOD, BAD, UGLY THE | 10513 |
| DAYS OF THUNDER | 10514 |
| MAID IN MANHATTAN | 10515 |
| BRAVEHEART | 10516 |
| GLADIATOR | 10517 |
| PROOF OF LIFE | 10539 |

April 9, 2003                                                          Page # 23

| DESC | STOCK_NUM |
|---|---|
| OCEAN'S ELEVEN | 10692 |
| Hart's war | 10778 |
| SILVER MEMBERSHIP SALE | A |
| SILVER RENEWAL | AA |
| GOLD MEMBERSHIP SALE | B |
| GOLD UPGRADE RENEWAL | B UP |
| GOLD RENEWAL | BB |
| PLATINUM MEMBERSHIP | C |
| PLATINUM RENEWAL | CC |
| COPPER MEMBERSHIP | D |
| COPPER RENEWAL | DD |
| GOLD UPGRADE | E |
| GOLD UPGRADE RENEWAL | EE |
| | LATE |
| | MISC. |
| PEWTER MEMBERSHIP | P |
| | RENEWAL |
| | REPAIR |
| Rewind Fee | REWIND |
| VIDEO SALE | VIDEO |
| CANDY | X |

CFOC/PICV 000100
CONFIDENTIAL