IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-CV-1662-RPM-MJW**

**ROBERT HUNTSMAN**,
et al.,
   Plaintiffs,

and

**TRILOGY STUDIOS, INC.**,
et al.,
   Counterclaim Defendants

**v.**

**STEVEN SODERBERGH**,
et al.,
   Defendants and Counterclaimants

and

**THE DIRECTORS GUILD OF AMERICA**,
   Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

**METRO-GOLDWYWN-MAYER STUDIOS, Inc.**,
**TIME WARNER ENTERTAINMENT COMPANY, L.P.**,
**SONY PICTURES ENTERTAINMENT**,
**DISNEY ENTERPRISES, Inc.**,
**DREAMWORKS L.L.C.**,
**UNIVERSAL CITY STUDIOS, Inc.**,
**TWENTIETH CENTURY FOX FILM Corporation**, and,
**PARAMOUNT PICTURES Corporation**,
   Co-defendants and Counterclaimants.

_____

**MOTION BY THE MOTION PICTURE STUDIOS
TO SUBMIT REPLY TO THE SUBMISSION OF
CLEARPLAY AND FAMILY SHIELD
ADDRESSING THE EFFECT OF THE PASSAGE OF
THE FAMILY ENTERTAINMENT AND COPYRIGHT ACT OF 2005**

_____

The Motion Picture Studios (the 'Studios"),[1] by their attorneys, Loeb & Loeb LLP and Faegre & Benson LLP, respectfully move this Court for leave to submit their Reply to the statements of ClearPlay, Inc. ("ClearPlay") and Family Shield Technologies, LLC ("Family Shield"). The proposed Reply is submitted with this motion. As grounds for this motion, the Motion Picture Studios show to the Court:

1. Counsel for the Studios have contacted counsel for ClearPlay and Family Shield and requested authority to represent that this motion is "unopposed," pursuant to D.C.COLO.L.CIV.R. 7.1.b. Counsel for ClearPlay has indicated that ClearPlay would not oppose the motion. Counsel for Family Shield have not responded to this request as of the time of filing.

2. The Studios' Reply responds to the arguments raised by ClearPlay and Family Shield in their respective submissions in response to the Court's Order of May 16, 2005, asserting that the Court may decide the merits of mooted claims and, based thereon, further determine the issue of attorney's fees.

3. The Motion Picture Studios should be afforded the opportunity to respond to these contentions by ClearPlay and Family Shield as set forth in the brief that is submitted with this

---

[1] The Co-defendant Motion Picture Studios are Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, together with their subsidiaries and affiliates).

motion. The acceptance for filing of the response submitted with this motion will not prejudice the rights of any other party, nor will it delay these proceedings.

Respectfully submitted this 1st day of July 2005,

              s/ Thomas B. Kelley
              Thomas B. Kelley
              Natalie Hanlon-Leh
              Christopher P. Beall
              FAEGRE & BENSON LLP
              3200 Wells Fargo Center
              1700 Lincoln Street
              Denver, Colorado 80203
              Telephone: (303) 607-3500
              Facsimile: (303) 607-3600
              tkelley@faegre.com
              nhanlon-leh@faegre.com
              cbeall@faegre.com

              Jonathan Zavin
              Jacques M. Rimokh
              Christian D. Carbone
              LOEB & LOEB LLP
              345 Park Avenue
              New York, New York 10154
              Telephone: (212) 407-4000
              Facsimile: (212) 407-4990
              jzavin@loeb.com

              Attorneys For Co-Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation

# CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of July 2005, I electronically filed the foregoing **MOTION BY THE MOTION PICTURE STUDIOS TO SUBMIT REPLY TO THE SUBMISSION OF CLEAR PLAY AND FAMILY SHIELD ADDRESSING THE EFFECT OF THE PASSAGE OF THE FAMILY ENTERTAINMENT AND COPYRIGHT ACT OF 2005** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following persons at the given e-mail addresses:

**Jeffrey Nahinu Aldous**
ALDOUSJEFF@aol.com

**Eric Michael Bono**
EricB@bairdkiovsky.com

**Andrew P. Bridges**
abridges@winston.com

**Cameron T. Chandler**
ctc@benningtonjohnson.com

**Bennett L. Cohen**
bcohen@stklaw.com

**Kathleen E. Craigmile**
kec@benningtonjohnson.com

**Erika Zimmer Enger**
enger.erika@dorsey.com

**Carolyn J. Fairless**
fairless@wtklaw.com

**Thomas P. Howard**
thoward@thowardlaw.com

**James W. Hubbell**
jhubbell@khgk.com

**Nathan Michael Longenecker**
longenecker@twhlaw.com

**Scott Joseph Mikulecky**
Smikulec@sah.com

**Darwin (D.J.) K. Poyfair**
djpoyfair@stklaw.com

**Mark A. Wielga**
wielga@twhlaw.com

**Jonathan Zavin**
jzavin@loeb.com

I also hereby certify that on 1st day of July, 2005, a true and correct copy of the foregoing **MOTION BY THE MOTION PICTURE STUDIOS TO SUBMIT REPLY TO THE SUBMISSION OF CLEAR PLAY AND FAMILY SHIELD ADDRESSING THE EFFECT OF THE PASSAGE OF THE FAMILY ENTERTAINMENT AND COPYRIGHT ACT OF 2005** was placed in the U.S. mail, properly addressed, postage prepaid to the following non-CM/ECF participants.

Ernest J. Getto
Latham & Watkins
505 Montgomery St., #1900
San Francisco, CA  94111

David N. Schachter
Sherman & Howard
633 17th St., #3000
Denver, CO  80202

Jennifer Anne Schaffner
Shughart, Thomson & Kilroy, P.C.
1050 17th St., #2300
Denver, CO  80265

                               s/ Thomas B. Kelley
                               Thomas B. Kelley
Attorney for Motion Picture Studio Defendants
FAEGRE & BENSON LLP
1700 Lincoln St., #3200
Denver, CO  80203
Phone: (303) 607-3500
FAX:   (303) 607-3500
tkelley@faegre.com

DNVR1:60308288.01