IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-M-1662 (MJW)

ROBERT HUNTSMAN, *et al.*,

    Plaintiffs and Counterclaim Defendants

vs.

STEVEN SODERBERGH, *et al.*,

    Defendants and Counterclaimants.

---

**CLEARPLAY'S UNOPPOSED MOTION FOR LEAVE TO FILE A SUPPLEMENTAL RESPONSE TO THE COURT'S MAY 16, 2005 ORDER, AS A REPLY TO THE MOTION PICTURE STUDIOS' SUPPLEMENTAL RESPONSE**

---

Counterclaim Defendant and Counterclaimant ClearPlay Inc. ("ClearPlay") hereby requests leave to file a supplemental response as a reply to the supplemental response by the Motion Picture Studios (the "Studios") to the Court's order requesting the parties' views of the effect of the Family Entertainment and Copyright Act, Public Law No. 109-9, 119 Stat. 223 (April 27, 2005). ClearPlay's proposed supplemental response is filed together with this Motion.

Counsel for the Studios have indicated that they do not oppose this motion.

The sole purpose of the proposed supplemental response is to respond to points first raised by the Studios against ClearPlay in their proposed Supplemental Response filed earlier today. The acceptance for filing of ClearPlay's accompanying Supplemental Response will not prejudice any party or delay proceedings.

July 1, 2005

Respectfully submitted,

/s/ Andrew P. Bridges
ANDREW P. BRIDGES
JENNIFER A. GOLINVEAUX
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, California 94111
Telephone: (415) 591-1000

Attorneys for CLEARPLAY INC.

SF:110279.2