IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-M-1662 (MJW)

ROBERT HUNTSMAN, *et al.*,

    Plaintiffs and Counterclaim Defendants

vs.

STEVEN SODERBERGH, *et al.*,

    Defendants and Counterclaimants.

## [PROPOSED] ORDER
## GRANTING CLEARPLAY LEAVE TO FILE A SUPPLEMENTAL RESPONSE

    This matter comes before this Court on the motion of ClearPlay Inc. ("ClearPlay") for leave to file a supplemental response as a reply to the supplemental response by the Motion Picture Studios (the "Studios") to the Court's order requesting the parties' views of the effect of the Family Entertainment and Copyright Act, Public Law No. 109-9, 119 Stat. 223 (April 27, 2005),

    The Court GRANTS the motion and DIRECTS the Clerk to file the proposed supplemental response.

    IT IS SO ORDERED.

                                              _____
                                              U.S. District Judge Richard Matsch

Dated: _____