**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-M-1662 (MJW)

ROBERT HUNTSMAN, *et al*.,

    Plaintiffs and Counterclaim Defendants

vs.

STEVEN SODERBERGH, *et al*.,

    Defendants and Counterclaimants.

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2005, I electronically filed ClearPlay's Motion for Leave to File Supplemental Response to the Court's May 16, 2005 Order, in Reply to the Studios' Supplemental Response, with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Jeffrey Nahinu Aldous   ALDOUSJEFF@aol.com,

Christopher P. Beall   cbeall@faegre.com, treed@faegre.com

Eric Michael Bono   EricB@bairdkiovsky.com, SaraS@bairdkiovsky.com

Cameron T. Chandler   ctc@benningtonjohnson.com, ram@benningtonjohnson.com

Bennett L. Cohen   bcohen@stklaw.com, lking@stklaw.com

Kathleen E. Craigmile   kec@benningtonjohnson.com, kms@benningtonjohnson.com

Erika Zimmer Enger   enger.erika@dorsey.com, goo! dner.vicky@dorsey.com

Carolyn J. Fairless   fairless@wtklaw.com, hart@wtklaw.com

Natalie Marie Hanlon-Leh    nhanlon-leh@faegre.com, dcamp@faegre.com

Thomas P. Howard    thoward@thowardlaw.com, lderby@thowardlaw.com

James W. Hubbell    jhubbell@khgk.com, randerson@khgk.com

Thomas Buchan Kelley    tkelley@faegre.com, cruder@faegre.com

Nathan Michael Longenecker    longenecker@twhlaw.com, fisk@twhlaw.com

Scott Joseph Mikulecky    Smikulec@sah.com, efiling@sah.com

Darwin (D.J.) K. Poyfair    djpoyfair@stkl!aw.com, hroyall@stklaw.com

David N. Schachter    dschachter@sah.com,

Mark A. Wielga    wielga@twhlaw.com, fisk@twhlaw.com

Jonathan Zavin    jzavin@loeb.com,

and I hereby certify that I have mailed or served the document by email directly to the following non CM/ECF participant:

Ernest J. Getto  ernie.getto@lw.com

July 1, 2005                    Respectfully submitted

                                       s/Andrew P. Bridges
Attorney for Counterclaim Defendant and Counterclaimant ClearPlay Inc.
WINSTON & STRAWN LLP
101 California Street, 39th Floor
San Francisco, California  94111
Telephone (415) 591-1482
Fax (415) 591-1400
abridges@winston.com