IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01662-RPM

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, LLC,

        Plaintiffs,

and

NOVA GROUP INC. d/b/a TRILOGY STUDIOS, INC.;
CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
FAMILY SHIELD TECHNOLOGIES, LLC;
CLEARPLAY, INC.;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO,

        Counterclaim defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;

SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

_____

## ORDER
_____

      This matter having come before the Court on the Motion by the Motion Picture

Studios to Submit Reply to the Submission of Clearplay and Family Shield

Addressing the Effect of the Passage of the Family Entertainment and Copyright Act of

2005, filed on July 1, 2005, and Clearplay's Unopposed Motion for Leave to File a

Supplemental Response to the Court's May 16, 2005 Order, as a Reply to the Motion

Picture Studios' Supplemental Response, filed on July 1, 2005, and the Court being

fully advised, it is

      ORDERED that the Motion by the Motion Picture Studios to Submit Reply to the

Submission of Clearplay and Family Shield Addressing the Effect of the Passage of

the Family Entertainment and Copyright Act of 2005 is granted and it is

FURTHER ORDERED that Clearplay's motion to file a supplemental response

is granted and the Clerk is directed to file the supplemental response (Doc. 258-2)

tendered on July 1, 2005, with Clearplay's motion.

DATED: July 6th, 2005.

BY THE COURT:

s/Richard P. Matsch

_____

Richard P. Matsch, Senior District Judge