**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 02-M-1662-(MJW)

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.L.C.

      Plaintiffs,

and

FAMILY SHIELD TECHNOLOGIES, LLC,
CLEARPLAY INC., and
TRILOGY STUDIOS, INC., et al.

      Counterclaim-Defendants,

v.

STEVEN SODERBERGH,
ROBERT ALTMAN, et al.

      Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,

      Defendant in Intervention and Counterclaimant in Intervention.
_____

**FAMILY SHIELD'S UNOPPOSED MOTION FOR LEAVE TO SUBMIT SUR-REPLY
TO STUDIOS REPLY TO FAMILY SHIELD'S RESPONSE TO 5/16/05 ORDER TO
ADDRESS EFFECT OF NEW LEGISLATION**
_____

Family Shield Technologies, LLC, ("Family Shield"), by its attorneys Shughart Thomson & Kilroy, P.C., requests leave to submit a short Sur-reply to the Studios' July 1, 2005 Reply to Family Shield's June 15, 2005 submission regarding the effect of the Family Entertainment and Copyright Act of 2005 upon this action. The proposed Sur-reply is submitted with this motion.

1. Counsel for Family Shield has contacted counsel for the Studios, who do not oppose this submission.

2. The sur-reply addresses the effect of *Buckhannon Board & Care Home, Inc. v. W.Va. Dept. of Health and Human Services*, 532 U.S. 598 (2001) on this Court's analysis of whether Family Shield may be considered a prevailing party for fee-shifting purposes – authority raised in the Studios' Reply.

3. The acceptance of this Sur-reply will not prejudice any party or delay the upcoming hearing currently set for July 21, 2005.

DATED:  July 14, 2005.                    Respectfully submitted,

SHUGHART THOMSON & KILROY, P.C.


s/ Bennett L. Cohen_____
D.J. Poyfair
Bennett L. Cohen
1050 Seventeenth Street, Suite 2300
Denver, CO 80265
Telephone:  (303) 572-9300
Facsimile:  (303) 572-7883
**DC Box 26**

Attorneys for Family Shield Technologies, LLC

### CERTIFICATE OF SERVICE

I certify that, on this 14th day of July, 2005, a true and correct copy of the foregoing pleading was electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification to all parties in the case who are able to receive such electronic notification.  Additionally, the pleading is also being served by U.S. mail, postage prepaid, to the following:

Mark Wielga, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202
COUNSEL FOR DIRECTORS

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
COUNSEL FOR DIRECTORS

Jonathan Zavin, Esq.
Jacques M. Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154
COUNSEL FOR STUDIOS

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hanlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
COUNSEL FOR STUDIOS

Mark Wright, Esq.
The Wright Law Group
7201 W. Oakland, Suite 2
Chandler, AZ 85226
COUNSEL FOR CLEANCUT CINEMAS

Kenneth R. Bennington, Esq.
Kathleen E. Craigmile, Esq.
Cameron T. Chandler, Esq.
Bennington Johnson Bierman & Craigmile, LLC
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203
COUNSEL FOR FAMILY FLIX USA, LLC

Scott J. Mikulecky, Esq.
Sherman & Howard L.L.C.
90 S. Cascade Avenue, Suite 1500
Colorado Springs, CO 80903
COUNSEL FOR PLAINTIFFS

David N. Schachter, Esq.
Sherman & Howard L.L.C.
633 17th Street, Suite 3000
Denver, CO 80202
COUNSEL FOR PLAINTIFFS

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT 84604
COUNSEL FOR CLEANFLICKS, LLC

Robert S. Giolito, General Counsel
Directors Guild of America
7920 Sunset Boulevard
Los Angeles, CA 90046
COUNSEL FOR DGA

Carolyn J. Fairless, Esq.
Wheeler, Trigg & Kennedy, P.C.
D.C. Box 19
1801 California Street, Suite 3600
Denver, CO 80203
COUNSEL FOR ELECTRONIC FRONTIER FOUNDATION

1739402.1                    2

| | |
|---|---|
| James W. Hubbell, Esq.<br>1441 18th Street<br>Denver, CO 80202<br>COUNSEL FOR INTEL CORPORATION | Andrew P. Bridges<br>Terri Y. Chen<br>Wilson Sonsini Goodrich & Rosati<br>650 Page Mill Road<br>Palo Alto, CA 94304-1050<br>ATTORNEYS FOR CLEARPLAY, INC. |
| James M. Burger, Esq.<br>Jonathan D. Hart, Esq.<br>Kathleen E. Fuller, Esq.<br>Dow, Lohnes & Albertsons, PLLC<br>1200 New Hampshire Ave., N.W., Suite 800<br>Washington, D.C. 20036 | Thomas P. Howard, Esq.<br>Thomas P. Howard, LLC<br>245 Century Circle, Suite 206<br>Louisville, CO 80027<br>ATTORNEYS FOR TRILOGY STUDIOS, INC. |

SHUGHART THOMSON & KILROY, P.C.


s/ Bennett L. Cohen_____
D.J. Poyfair
Bennett L. Cohen
1050 Seventeenth Street, Suite 2300
Denver, CO 80265
Telephone:  (303) 572-9300
Facsimile:  (303) 572-7883
**DC Box 26**

Attorneys for Family Shield Technologies, LLC

1739402.1                   3