IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   02-cv-01662-RPM

ROBERT HUNTSMAN, et al.,

        Plaintiffs,

and

FAMILY SHIELD TECHNOLOGIES, LLC, et al.,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

        Defendants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and Counterclaimant-in-Intervention.

### Minute Order Entered by Senior District Judge Richard P. Matsch:

s/M. Virginia Wentz
    Secretary

    Family Shield's Unopposed Motion for Leave to Submit Sur-Reply to Studios Reply to Family Shield's Response to 5/16/05 Order to Address Effect of New Legislation, filed on July 14, 2005, is granted.

Dated:  July 15, 2005