IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 1:02-cv-01662-RPM

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, LLC.,

        Plaintiffs,

and

NOVA GROUP, INC., d/b/a TRILOGY STUDIOS, INC.;
CLEANFLICKS. LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS
      f/k/a MYCLEANFLICKS;
FAMILY SHIELD TECHNOLOGIES, LLC;
CLEARPLAY, INC;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYKOR HACHFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;

METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO, LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS, LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

---

## MOTION TO WITHDRAW

---

Undersigned Counsel Eric M. Bono respectfully moves this Court for an Order granting his withdrawal as counsel of record for Defendant Clearplay, Inc. for the following reasons:

1.     Mr. Bono briefly entered an appearance on behalf of Clearplay, Inc. for the sole purpose of obtaining an extension of time in which to file an Answer to Plaintiffs' Complaint. At the time, Mr. Bono was an Associate Attorney with the law firm of Holme, Roberts & Owen, LLP.

2.     Clearplay, Inc. subsequently retained the services of a different law firm to represent it in this matter. Mr. Bono assumed that Clearplay's counsel had filed a notice of substitution of counsel. Mr. Bono has since left Holme, Roberts & Owen, LLP and has been associated with Baird & Kiovsky, LLC since January 2004. He has not had any further involvement in this case.

3.     Until the Court implemented the electronic filing system, Mr. Bono had not been served with any additional pleadings in this matter. When the Court recently implemented the electronic filing system, Mr. Bono began receiving notices of all filings and orders in the case. Mr. Bono has been advised that he must file a formal motion to withdraw to be removed from the electronic service list.

4.     The United States District Court for the District of Colorado retains jurisdiction in this matter.

2

5.      Clearplay, Inc. and its current attorneys of record have the burden of keeping the Court informed where notices, pleadings, or other papers may be served.

6.      Clearplay, Inc. has the obligation to prepare for trial or hire other counsel to prepare for trial if a trial date has been set.

7.      If Clearplay, Inc. fails or refuses to meet these burdens, Clearplay, Inc. may suffer possible default.

8.      Mr. Bono is unaware of the dates of any proceedings currently set in this matter; however, the holding of such proceedings will not be affected by the withdrawal of Mr. Bono.

9.      Clearplay, Inc. has the right to object within twenty days of the date of this notice to the withdrawal of Mr. Bono.

WHEREFORE, Eric M. Bono respectfully requests that this Honorable Court issue an Order allowing him to withdraw from this matter as counsel for Defendant Clearplay, Inc.

Respectfully submitted this 15th day of July, 2005.

/s/  Eric M. Bono
Eric M. Bono. #33074
Baird & Kiovsky, LLC
2036 East 17th Avenue
Denver, CO 80206
Telephone:  (303) 813-4500
Facsimile:   (303) 813-4501
e-mail:  ericb@bairdkiovsky.com

3

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on July 15, 2005, I electronically filed the foregoing **MOTION TO WITHDRAW** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following e-mail address:

Jeffrey Nahinu Aldous at ALDOUSJEFF@aol.com
Christopher P. Beall at cbeall@faegre.com
Andrew P. Bridges at abridges@winston.com
Cameron T. Chandler at ctc@benningtonjohnson.com
Bennet L. Cohen at bcohen@stklaw.com
Kathleen E. Craigmile at kec@bennigtonjohnson.com
Erika Zimmer Enger at enger.erika@dorsey.com
Carolyn J. Fairless at fairless@wtklaw.com
Natalie Marie Hanlon-Leh at nhanlon-leh@faegre.com
Thomas P. Howard at thoward@thowardlaw.com
James W. Hubbell at jhubbell@khgk.com
Thomas Buchan Kelley at tkelley@faegre.com
Nathan Michael Longnecker at longnecker@twhlaw.com
Scott Joseph Mikulecky at Smikulec@sah.com
Darwin (D.J.) K. Pyfair at djpoyfair@stklaw.com
Mark A. Wielga at wielga@twhlaw.com
Jonathan Zavin at jzavin@loeb.com

and, I also certify that I have served the document via U.S. Mail, postage prepaid, to the following non-CM/ECF participants:

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street
#1900
San Francisco, CA 94111

David N. Schachter
Sherman & Howard
US District Court Box #12
633 Seventeenth Street, #3000
Denver, CO 80202

Jennifer Anne Schaffner
Shughart, Thomson & Kilroy, PC
1050 Seventeenth Street, #2300
Denver, CO 80265

/s/ Carla A. Chiles, Paralegal
of Baird & Kiovsky, LLC

4