IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  02-cv-01662-RPM

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, LLC,

        Plaintiffs,

and

NOVA GROUP INC. d/b/a TRILOGY STUDIOS, INC.;
CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
FAMILY SHIELD TECHNOLOGIES, LLC;
CLEARPLAY, INC.;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO,

        Counterclaim defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;

SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

    Defendants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and
    Counterclaimant-in-Intervention.

_____

ORDER GRANTING MOTION TO WITHDRAW AND REQUIRING CLEAN FLICKS,
L.L.C. TO RESPOND TO MOTION FOR SUMMARY JUDGMENT ON COUNTERCLAIMS
BY SUBSTITUTE COUNSEL
_____

At the status conference held in this matter today on the Court's order of June 29, 2005, Jeffrey N. Aldous appeared as counsel for counterclaim defendant Clean Flicks, L.L.C., and renewed his motion to withdraw filed March 15, 2004. After the Court indicated that the motion to withdraw would be granted, Mr. Aldous informed the Court that Clean Flicks, L.L.C., requested thirty days within which to obtain substitute counsel and would request additional discovery and briefing schedule. A motion to that effect was filed on June 22, 2005. The Court denied that request and it is

    ORDERED that the motion to withdraw is granted. Jeffrey N. Aldous and his

law firm have no further responsibility for the representation of Clean Flicks, L.L.C., in this litigation and it is

FURTHER ORDERED that the motion for extension of time filed June 22, 2005, is denied and it is

FURTHER ORDERED that Clean Flicks, L.L.C., shall respond to the counter-claimants' motion for summary judgment, filed June 15, 2005, by substitute counsel on or before August 22, 2005, with the reply to be filed on or before September 22, 2005, and it is

FURTHER ORDERED that notice of this order shall be given to Clean Flicks, L.L.C., by Mr. Aldous.

DATED: July 21st, 2005.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge