IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM-MJW

ROBERT HUNTSMAN; and
CLEAN FLICKS OF COLORADO, LLC,

        Plaintiffs,

and

NOVA GROUP INC. d/b/a TRILOGY STUDIOS, INC.;
CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
FAMILY SHIELD TECHNOLOGIES, LLC;
CLEARPLAY, INC.;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;

METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

---

ORDER OF DISMISSAL WITH PREJUDICE
OF NOVA GROUP INC. D/B/A TRILOGY STUDIOS, INC.

---

Pursuant to the Stipulation of Dismissal filed by Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios, Inc.[1], Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, "Motion Picture Studios") and Nova Group Inc. d/b/a Trilogy Studios Inc. ("Trilogy"), and the Stipulation of Dismissal filed by Steven Soderbergh, Robert Altman, Michael Apted, Taylor Hackford, Curtis Hanson, Norman Jewison, John Landis, Michael Mann, Phillip Noyce, Brad Silberling, Betty

---

[1] The Stipulation identifies this party as Universal City Studios LLLP.

Thomas, Irwin Winkler, Martin Scorsese, Steven Spielberg, Robert Redford, Sydney Pollack, and The Directors Guild of America (collectively, "Director Parties") and Trilogy, all claims asserted by the Motion Picture Studios and the Director Parties against Trilogy and all claims asserted by Trilogy against the Motion Picture Studios and the Director Parties are dismissed with prejudice, with each party to bear its own costs, expenses and fees.  It is therefore

ORDERED that all claims asserted by the Motion Picture Studios and the Director Parties against Trilogy and all claims asserted by Trilogy against the Motion Picture Studios and the Director Parties are dismissed with prejudice, and each party shall bear its own costs, expenses and fees.  Trilogy is hereby dismissed from this action.

DATED: July   21st   , 2005.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge