**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:              July 21, 2005
Courtroom Deputy:  J. Chris Smith
FTR Technician:    Kathy Terasaki
_____

Civil Action No.    02-cv-01662-RPM-MJW

| | |
|---|---|
| ROBERT HUNTSMAN and<br>CLEAN FLICKS OF COLORADO, LLC, | David Schachter |
| Plaintiffs, | |
| and | |
| VIDEO II,<br>GLEN DICKMAN,<br>J.W.D. MANAGEMENT CORPORATION,<br>TRILOGY STUDIOS, INC.,<br>CLEAN FLICKS,<br>MYCLEANFLICKS,<br>FAMILY SHIELD TECHNOLOGIES, LLC,<br>CLEARPLAY, INC.,<br>CLEAN CUT CINEMAS,<br>FAMILY SAFE MEDIA,<br>EDITMYMOVIES,<br>FAMILY FLIX, USA, LLC, and<br>PLAY IT CLEAN VIDEO, | Thomas Howard<br>Jeff Aldous<br><br>Ben Cohen<br>Jennifer Golinveaux<br><br><br><br>Cameron Chandler |
| Counterclaim defendants, | |
| v. | |
| STEVEN SODERBERGH,<br>ROBERT ALTMAN,<br>MICHAEL APTED,<br>TAYLOR HACKFORD,<br>CURTIS HANSON,<br>NORMAN JEWISON,<br>JOHN LANDIS,<br>MICHAEL MANN,<br>PHILLIP NOYCE,<br>BRAD SILBERLING,<br>BETTY THOMAS,<br>IRWIN WINKLER,<br>MARTIN SCORSESE,<br>STEVEN SPIELBERG,<br>ROBERT REDFORD, | |

| | |
|---|---|
| SYDNEY POLLACK, | |
| METRO GOLDWYN-MAYER STUDIOS, | Jonathon Zavin |
| TIME WARNER ENTERTAINMENT CO., | |
| SONY PICTURES ENTERTAINMENT, INC., | Mark Wielga |
| DISNEY ENTERPRISES, INC., | |
| DREAMWORKS LLC, | Natalie Hanlon-Leh |
| UNIVERSAL CITY STUDIOS, INC., | |
| TWENTIETH CENTURY FOX FILM CORPORATION, and | |
| PARAMOUNT PICTURES CORPORATION, | |

      Defendants,

and

THE DIRECTORS GUILD OF AMERICA,          Ernest Getto

      Defendant-in-Intervention and
      Counterclaim-in-Intervention.

_____

## COURTROOM MINUTES
_____

**Status Conference**

**2:00 p.m.**    **Court in session.**

Court's preliminary remarks.

Entry of appearances by counsel.

Mr. Howard and Mr. Zavin states the Court is correct regarding the stipulation for dismissal of Trilogy Studios, Inc.

**ORDERED:**    **Stipulation of Dismissal, filed June 15, 2005 (Doc. 248), is approved.**

2:07 p.m.    Argument by Mr. Zavin.
2:09 p.m.    Argument by Mr. Cohen.
2:10 p.m.    Argument by Ms. Golinveaux.

Court states it will issue a written ruling, based on papers already filed, regarding the determination of the interpretation of the legislative history that congress has decided pending issue and that the movie studio defendants have engaged in frivolous litigation, therefore, parties Clearplay and Family Shield are entitled to legal fees.

Court further states if additional briefing is necessary it will advise counsel.

02-cv-01662-RPM
July 21, 2005

Mr. Zavin states he agree that Mr. Huntsman should be dismissed under the same basis of Trilogy.
**Mr. Zavin and Mr. Schachter state they will prepare a stipulation dismissing Mr. Huntsman.**

2:18 p.m.      Argument by Mr. Aldous (doc. 232).

**ORDERED:**     **Motion for Withdrawal of Counsel, filed March 15, 2004 (doc. 232), is granted.**

**ORDERED:**     **Clean Flicks, LLC has until August 22, 2005 to file a response, by new counsel, to the pending motion for partial summary judgment, filed June 15, 2005 (doc. 238).**

**ORDERED:**     **Responses to the motion for partial summary judgment, filed June 15, 2005 (doc. 238), are due by August 22, 2005.
Replies to response shall be filed by September 22, 2005.**

**2:30 p.m.**      **Court in recess.**

Total time in court: .30 min.

Hearing concluded.