**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-cv-1662-RPM**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

_____

**(PROPOSED) ORDER GRANTING CLEANFILMS, INC.'S MOTION FOR FRCP 56(f) CONTINUANCE OF DEFENDANTS STUDIOS' MOTION FOR SUMMARY JUDGMENT**

_____

1

2

THIS MATTER having come on regularly for hearing before the undersigned judge of the above-entitled Court, upon CleanFilms, Inc.'s FRCP 56(f) Motion for Continuance of Defendants Studio's Motion for Summary Judgment, and the Court having reviewed said motion, and the supporting documentation, and Response Pleadings (if any), and being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED

CleanFilms, Inc.'s FRCP 56(f) Motion for Continuance of Defendants Studios' Motion for Summary Judgment is GRANTED.

IT IS HEREBY FURTHER ORDERED that this Court shall hear Defendant Studios' Motion for Summary Judgment on _____.  Response and reply dates for the Motion for Summary Judgment shall be adjusted accordingly.

DATED this _____ day of _____, 2005.

_____
Judge Richard P. Matsch

2