IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, LLC,

        Plaintiffs,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
FAMILY SHIELD TECHNOLOGIES, LLC;
CLEARPLAY, INC.;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO,

        Counterclaim defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;

METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

    Defendants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and
    Counterclaimant-in-Intervention.

_____

## ORDER DENYING CLEANFILMS, INC.'S RULE 56(F) MOTON
_____

On August 9, 2005, Cleanfilms, Inc., filed a motion identified as a motion for continuance of defendants Studios' motion for partial summary judgment. The motion is based on Fed.R.Civ.P. 56(f). From the Court's review of the Studios' opening brief in support of their motion for partial summary judgment against the mechanical editing parties, filed June 15, 2005, the Court finds and concludes that the discovery sought by the movant Cleanfilms, Inc., is not necessary to respond to the motion for partial summary judgment and it is therefore

ORDERED that the motion is denied.

DATED: August 11, 2005

                                 BY THE COURT:

                                 s/Richard P. Matsch

                                 _____

                                 Richard P. Matsch, Senior District Judge