THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-1662-RPM-MJW

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.LC.,

    Plaintiff(s),

and

VIDEO II,
GLENN DICKMAN,
J. W.D. MANAGEMENT CORPORATION,
TRILOGY STUDIOS, INC.,
CLEANFLICKS,
MY CLEANFLICKS,
FAMILY SHIELD TECHNOLOGIES, LLC,
CLEARPLAY, INC.,
CLEAN CUT CINEMAS,
FAMILY SAFE MEDIA,
EDITMYMOVIES,
FAMILY FLIX, U.S.A., LLC. and
PLAY IT CLEAN VIDEO,

    Counterclaim-Defendants,

vs.

STEVEN SODERBERGH,
ROBERT ALTMAN,
MICHAEL APTED,
TAYLOR HACKFORD,
CURTIS HANSON,
NORMAN JEWISON,
JOHN LANDIS,
MICHAEL MANN,
PHILLIP NOYCE,
BRAD SILBERLING,
BETTY THOMAS,
IRWIN WINKLER,

MARTIN SCORSESE,
STEVEN SPIELBERG,
ROBERT REDFORD,
SYNDEY POLLACK,
METRO-GOLDWYN-MAYER STUDIOS, INC.,
TIME WARNER ENTERTAINMENT CO. L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, INC.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, INC.,
TWENTIETH CENTURY FOX FILM CORP., and
PARAMOUNT PICTURES CORPORATION,

    Defendant(s)

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant in Intervention and Counterclaimant in Intervention.
_____

## STATUS REPORT AND JOINDER IN RESPONSE
_____

    Plaintiff, Clean Flicks of Colorado, LLC, and Counterclaim-Defendant, Play It Clean Video, LLC, by their attorneys, Sherman and Howard L.L.C., hereby provide a Status Report and join in response as follows:

    1.    Clean Flicks of Colorado, LLC, and the Studio Defendants and Director Defendants have been engaging in settlement discussions and have reached an agreement in principle. The parties anticipate that the settlement documents will be finalized and filed with the Court within two (2) weeks. Accordingly, Clean Flicks of Colorado, LLC will not be responding to the Summary Judgment Motion filed by The Studios.

    2.       Play It Clean Video, LLC joins in the response to The Studio's Summary Judgment Motion filed by the remaining Counterclaim Defendants.

Respectfully submitted this _____ day of August, 2005.

SHERMAN & HOWARD L.L.C.

By:_____
    David N. Schachter, Esq.
633 17th Street, Suite 3000
Denver, CO  80202
Phone:  (303) 297-2900
Fax:  (303) 298-0940

SHERMAN & HOWARD L.L.C.
Scott J. Mikulecky, Esq.
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO  80903
Phone:  (719) 475-2440
Fax:  (719) 635-4576

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

     I hereby certify that on this 22nd day of August, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

        Mark Wielga, Esq.
        Tempkin Wielga and Hardt LLP
        1900 Wazee Street, Suite 303
        Denver, CO  80202
        wielga@twhlaw.com fisk@twhlaw.com

        Jonathan Zavin, Esq.
        Loeb & Loeb, LLP
        345 Park Avenue
        New York, NY  10154
        jzavin@loeb.com

        Natalie Hanlon-Leh, Esq.
        Faegre & Benson LLP
        3200 Wells Fargo Center
        1700 Lincoln Street
        Denver, CO  80203
        nhanlon-leh@faegre.com dcamp@faegre.com

        Andrew P. Bridges, Esq.
        Winston & Strawn LLP
        101 California Street, Suite 3900
        San Francisco, CA  94111
        abridges@winston.com
        esakultanapanich@winston.com;efranko@winston.com

        Thomas P. Howard, Esq.
        245 Century Circle, Suite 206
        Louisville, CO  80027
        D.J. Poyfair, Esq.
        Shughart, Thomson & Kilroy, P.C.
        1050 Seventeenth Street, Suite 2300
        Denver, CO  80265
        thoward@thowardlaw.com lderby@thowardlaw.com

        Cameron T. Chandler, Esq.
        Bennington, Johnson, Biermann & Craigmile, LLC
        370 17th Street, Suite 3500
        Denver, CO  80202
        ctc@benningtonjohnson.com ram@benningtonjohnson.com

and I hereby certify that I have mailed the foregoing to the following non CM/ECF participants via U.S. mail, postage pre-paid:

        Ernest Getto, Esq.
        Latham and Watkins
        633 West 5th Street, Suite 4000
        Los Angeles, CA  90071

        Jeffrey N. Aldous, Esq.
        Leefe, Gibbs, Sullivan, Dupre & Aldous
        4262 Imperial Way
        Provo, UT  84604-5327

        Mark Wright, Esq.
        Wright Law Group, PLLC
        7201 West Oakland, Suite 2
        Chandler, AZ  85226-2462

        _____