THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-cv-1662-RPM-MJW

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.LC.,

    Plaintiff(s),

and

VIDEO II,
GLENN DICKMAN,
J. W.D. MANAGEMENT CORPORATION,
TRILOGY STUDIOS, INC.,
CLEANFLICKS,
MY CLEANFLICKS,
FAMILY SHIELD TECHNOLOGIES, LLC,
CLEARPLAY, INC.,
CLEAN CUT CINEMAS,
FAMILY SAFE MEDIA,
EDITMYMOVIES,
FAMILY FLIX, U.S.A., LLC. and
PLAY IT CLEAN VIDEO,

    Counterclaim-Defendants,

vs.

STEVEN SODERBERGH,
ROBERT ALTMAN,
MICHAEL APTED,
TAYLOR HACKFORD,
CURTIS HANSON,
NORMAN JEWISON,
JOHN LANDIS,
MICHAEL MANN,
PHILLIP NOYCE,
BRAD SILBERLING,
BETTY THOMAS,
IRWIN WINKLER,

MARTIN SCORSESE,
STEVEN SPIELBERG,
ROBERT REDFORD,
SYNDEY POLLACK,
METRO-GOLDWYN-MAYER STUDIOS, INC.,
TIME WARNER ENTERTAINMENT CO. L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, INC.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, INC.,
TWENTIETH CENTURY FOX FILM CORP., and
PARAMOUNT PICTURES CORPORATION,

    Defendant(s)

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant in Intervention and Counterclaimant in Intervention.
_____

## STATUS REPORT AND JOINDER IN RESPONSE
_____

    Plaintiff, Clean Flicks of Colorado, LLC, and Counterclaim-Defendant, Play It Clean Video, LLC, by their attorneys, Sherman and Howard L.L.C., hereby provide a Status Report and join in response as follows:

    1.    Clean Flicks of Colorado, LLC, and the Studio Defendants and Director Defendants have been engaging in settlement discussions and have reached an agreement in principle. The parties anticipate that the settlement documents will be finalized and filed with the Court within two (2) weeks. Accordingly, Clean Flicks of Colorado, LLC will not be responding to the Summary Judgment Motion filed by The Studios.

2. Play It Clean Video, LLC joins in the response to The Studio's Summary Judgment Motion filed by the remaining Counterclaim Defendants.

Respectfully submitted this 22nd day of August, 2005.

SHERMAN & HOWARD L.L.C.

By: /s/David N. Schachter    Dav
633 17th Street, Suite 3000
Denver, CO  80202
Phone:  (303) 297-2900
Fax:  (303) 298-0940

SHERMAN & HOWARD L.L.C.
Scott J. Mikulecky, Esq.
90 South Cascade Avenue, Suite 1500
Colorado Springs, CO  80903
Phone:  (719) 475-2440
Fax:  (719) 635-4576

Attorneys for Plaintiffs

CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of August, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

>Mark Wielga, Esq.
>Tempkin Wielga and Hardt LLP
>1900 Wazee Street, Suite 303
>Denver, CO  80202
>wielga@twhlaw.com fisk@twhlaw.com
>
>Jonathan Zavin, Esq.
>Loeb & Loeb, LLP
>345 Park Avenue
>New York, NY  10154
>jzavin@loeb.com
>
>Natalie Hanlon-Leh, Esq.
>Faegre & Benson LLP
>3200 Wells Fargo Center
>1700 Lincoln Street
>Denver, CO  80203
>nhanlon-leh@faegre.com dcamp@faegre.com
>
>Andrew P. Bridges, Esq.
>Winston & Strawn LLP
>101 California Street, Suite 3900
>San Francisco, CA  94111
>abridges@winston.com
>esakultanapanich@winston.com;efranko@winston.com

>Thomas P. Howard, Esq.
>245 Century Circle, Suite 206
>Louisville, CO  80027
>D.J. Poyfair, Esq.
>Shughart, Thomson & Kilroy, P.C.
>1050 Seventeenth Street, Suite 2300
>Denver, CO  80265
>thoward@thowardlaw.com lderby@thowardlaw.com
>
>Cameron T. Chandler, Esq.
>Bennington, Johnson, Biermann & Craigmile, LLC
>370 17th Street, Suite 3500
>Denver, CO  80202
>ctc@benningtonjohnson.com ram@benningtonjohnson.com

and I hereby certify that I have mailed the foregoing to the following non CM/ECF participants via U.S. mail, postage pre-paid:

>Ernest Getto, Esq.
>Latham and Watkins
>633 West 5th Street, Suite 4000
>Los Angeles, CA  90071
>
>Jeffrey N. Aldous, Esq.
>Leefe, Gibbs, Sullivan, Dupre & Aldous
>4262 Imperial Way
>Provo, UT  84604-5327
>
>Mark Wright, Esq.
>Wright Law Group, PLLC
>7201 West Oakland, Suite 2
>Chandler, AZ  85226-2462

/s/David N. Schachter