IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-cv-01662-RPM-MJW

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.L.C.,

    Plaintiffs,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
FAMILY SHIELD TECHNOLOGIES, LLC;
CLEARPLAY INC.;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, U.S.A., L.L.C.; and
PLAY IT CLEAN VIDEO

    Counterclaim Defendants,

vs.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO. L.P.;
SONY PICTURES ENTERTAINMENT;

DISNEY ENTERPRISES, INC.;
DREAMWORKS L.L.C.;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILMM CORP.; and
PARAMOUNT PICTURES CORPORATION,

      Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

      Defendant in Intervention and Counterclaimant in Intervention

**MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF MECHANICAL EDITING PARTIES' OPPOSITION TO PARTIAL SUMMARY JUDGMENT**

      Pursuant to D.C.COLO.LCivR 7-1, the Electronic Frontier Foundation ("EFF") hereby applies for permission to file the attached brief amicus curiae in support of the Mechanical Editing Parties' Opposition to Partial Summary Judgment.

      EFF is a donor-supported membership organization working to protect our fundamental rights regardless of technology; to educate the press, policymakers and the general public about civil liberties issues related to technology; and to act as a defender of those liberties. Among its various activities, EFF opposes misguided legislation, initiates and defends court cases preserving individuals' rights, launches global public campaigns, introduces leading edge proposals and papers, hosts frequent educational events, engages the press regularly, and publishes a comprehensive archive of digital civil liberties information at one of the most linked-to websites in the world. Given the significance of the issue before the Court and the impact an adverse decision would have on EFF's mission, and on the lives of all citizens, EFF seeks to have its perspective brought to the Court's attention.

      Counsel for the Mechanical Editing Parties have consented to the filing of this brief. EFF requested consent to the filing of this brief from counsel for Defendants and Counterclaimants

2

and Defendant in Intervention and Counterclaimant in Intervention on August 17, 2005. As of the time of this filing, neither counsel has responded to the request. However, in light of the important issues raised in this brief that are before the Court, EFF respectfully requests that the Court grant leave to file.

Respectfully submitted this 22nd day of August, 2005.

/s    Carolyn J. Fairless
Carolyn J. Fairless
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202
Telephone:    (303) 244-1800
Fax:              (303) 244-1879
E-mail:          fairless@wtklaw.com

Cindy A. Cohn, Esq. (SBN.145997)
Fred von Lohmann, Esq. (SBN.192657)
Jason M. Schultz, Esq. (SBN 212600)
454 Shotwell Street
San Francisco, CA 94110
Telephone:    (415) 436-9333
Facsimile:     (415) 436-9993
Attorneys for Amicus Electronic Frontier Foundation

3

## CERTIFICATE OF SERVICE (CM/ECF)

   I hereby certify that on August 22, 2005 I electronically filed the foregoing MOTION FOR LEAVE TO FILE BRIEF AMICUS CURIAE OF ELECTRONIC FRONTIER FOUNDATION IN SUPPORT OF MECHANICAL EDITING PARTIES' OPPOSITION TO PARTIAL SUMMARY JUDGMENT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

- **Christopher P. Beall**
  cbeall@faegre.com treed@faegre.com
- **Andrew P. Bridges**
  abridges@winston.com esakultanapanich@winston.com;efranko@winston.com
- **Cameron T. Chandler**
  ctc@benningtonjohnson.com ram@benningtonjohnson.com
- **Bennett L. Cohen**
  bcohen@stklaw.com
- **Kathleen E. Craigmile**
  kec@benningtonjohnson.com lmt@benningtonjohnson.com
- **Erika Zimmer Enger**
  enger.erika@dorsey.com goodner.vicky@dorsey.com
- **Carolyn J. Fairless**
  fairless@wtklaw.com hart@wtklaw.com
- **Natalie Marie Hanlon-Leh**
  nhanlon-leh@faegre.com dcamp@faegre.com
- **Thomas P. Howard**
  thoward@thowardlaw.com lderby@thowardlaw.com
- **James W. Hubbell**
  jhubbell@khgk.com randerson@khgk.com
- **Thomas Buchan Kelley**
  tkelley@faegre.com cruder@faegre.com
- **Nathan Michael Longenecker**
  longenecker@twhlaw.com fisk@twhlaw.com
- **Scott Joseph Mikulecky**
  Smikulec@sah.com efiling@sah.com
- **Darwin (D.J.) K. Poyfair**
  djpoyfair@stklaw.com hroyall@stklaw.com
- **David N. Schachter**
  dschachter@sah.com
- **Mark A. Wielga**
  wielga@twhlaw.com fisk@twhlaw.com
- **Jonathan Zavin**
  jzavin@loeb.com ,

and

I hereby certify that I deposited the document in the U.S. Mail, sufficient postage prepaid to the following non CM/ECF participants:

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street, #1900
San Francisco, CA 94111

Jennifer Anne Schaffner
Shughart, Thomson & Kilroy, P.C.
1050 17th Street, #2300
Denver, CO 80265

/s  Carolyn J. Fairless by Janean C. Hart
Carolyn J. Fairless
Attorneys for Amicus Electronic Frontier Foundation
Wheeler Trigg Kennedy LLP
1801 California Street, Suite 3600
Denver, CO  80202
Telephone:     (303) 244-1800
Fax:               (303) 244-1879
E-mail:          fairless@wtklaw.com