IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

     Plaintiffs,

and

TRILOGY STUDIOS, INC., et al.,

     Counterclaim Defendants

v.

STEVEN SODERBERGH, et al.,

     Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,

     Defendant-in-Intervention and Counterclaimant-in-Intervention,

---

**COUNTERCLAIM DEFENDANT CLEANFLICKS LLC'S OPPOSITION TO THE MOTION
PICTURE STUDIOS' OPENING BRIEF IN SUPPORT OF THEIR MOTION FOR PARTIAL
SUMMARY JUDGMENT AGAINST THE MECHANICAL EDITING PARTIES**

---

INITIATIVE LEGAL GROUP LLP
1875 CENTURY PARK EAST
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Attorneys for Counterclaim Defendant CleanFlicks LLC*

## TABLE OF CONTENTS

**Page(s)**

TABLE OF CONTENTS………………………………………………………….. i

TABLE OF AUTHORITIES……………………………………………………… ii,iii

STATUTUES…………………………………………………………………… iii

PRELIMINARY STATEMENT………………………………………………….. 2

CLEANFLICKS STATEMENT OF FACTS…………………..…………………... 2

ARGUMENT…………………………………………………………………… 4

    I.   The Burden of Proof is On the Party Seeking Injunctive

        Relief………………………………………..………………………... 4

    II.  The Fair Use Defense Applies to this Case…………………………… 4

          A.  Standard……………………………………………….….... 5

          B.  The Purpose of the Use………………………………….…… 6

          C.  The Amount and Nature of the Copyrighted Work Used…... 8

          D.  The Effect on the Market…………………………………….. 9

    III.  The "First Sale Doctrine" Applies to This Case………………….. 12

          A.  The Edited Movies Are Not Derivative Works………............. 12

          B.  The Edited Movies Are Not Reproductions…………………..... 15

## TABLE OF AUTHORITIES

**Cases**

Abilene Music, Inc. v. Sony Music Entm't, Inc., 320 F. Supp. 2d 84.........................5, 6

Annie Lee v. Deck the Walls, Inc., 925 F. Supp. 576.............................................. 13,15

Basquiat v. Baghoomian,1991 U.S. Dist. LEXIS 16647........................................ 9

C.M. Paula Co. v. Logan, 355 F. Supp. 189.................................................... 15

Campbell v. Acuff-Rose Music, Inc., 510 U.S. 569............................................ 6,7

DC Comics, Inc. v. Reel Fantasy, Inc., 696 F.2d 24........................................... 5

Feist Publications, Inc. v. Rural Telephone Serv. Co., 499 U.S. 340......................... 12

Gracen v. Bradford Exchange, 698 F.2d 300.................................................. 13

Harper & Row Publishers, Inc. v. Nation Enterprises, 471 U.S.

539.......................................................................................... 5,9

L. Batlin & Son, Inc. v. Snyder, 536 F.2d 486.............................................. 13

L.A. News Serv. v. CBS Broad., Inc., 313 F.3d 1093......................................... 5

Lamb v. Starks, 949 F. Supp 753............................................................ 14

Lantern Press, Inc. v. American Publishers Company, 419 F. Supp. 1267..................... 13

New Era Publications International v. Henry Holt and Co., Inc., 695 F. Supp. 1493......... 7

Paramount Pictures Corp. v. Video Broadcasting Systems, Inc., 724 F. Supp. 808........... 13

Rosemont Enterprises, Inc. v. Random House, Inc., 366 F.2d 303............................ 7

Sony Corporation of America v. Universal City Studios, Inc.,464 U.S. 417................. 6

Storm Impact, Inc. v. Software of the Month Club, 1997 U.S. Dist. LEXIS 13669 at *23..... 9

Suntrust Bank v. Houghton Mifflin Co., 268 F.3d 1257...................................... 4

Video Pipeline, Inc. v. Buena Vista Home Entertainment, Inc., 192 F. Supp.2d 321......... 14

Weissmann v. Freeman, 868 F.2d 1313……………………………………………….. 13

Williams & Williams Co. v. United States, 487 F.2d 1345……………………………. 11

## Statutes

17 U.S.C. § 101 ……………………………………………………………………... 12

17 U.S.C. § 109 (a)………………………………………………………………….. 12

17 U.S.C. § 107……………………………………………………………………… 7

CleanFlicks, LLC ("CleanFlicks"), by its counsel of record, respectfully submits this memorandum of law in opposition to the Motion Picture Studios' (the "Studios") Motion for Partial Summary Judgment.

## PRELIMINARY STATEMENT

The Studios' Motion for Partial Summary Judgment should be denied because CleanFlicks has legitimate affirmative defenses of fair use and first sale. The Mechanical Editing Parties fall within the scope of the first sale doctrine because they are paying for the motion pictures and then, once they own them, distributing edited versions without creating what the law considers to be derivative works or reproductions.

The Mechanical Editing Parties are providing a valuable service to our society and inflicting absolutely no economic harm on the Studios. This puts them at the very heart of the fair use defense, which is intended to protect socially beneficial works that do not economically harm the original copyright holder. It is well established that the effect on the market for the original work is the single most important factor in deciding whether the fair use defense applies. Here, there is evidence that the clean versions of the films at issue provide revenues the studios otherwise would not receive because CleanFlicks requires the purchase of an original motion picture for each edited version it sells. The burden is on the party seeking injunctive relief to demonstrate there can be no triable issue on the affirmative defenses here. The Studios have failed to meet that burden.

## CLEANFLICKS STATEMENT OF FACTS

1.     CleanFlicks is a limited liability company organized on September 19, 2000 under the laws of the State of Utah. See Declaration of L. Ray Lines ("Lines Decl.") at ¶ 2.

2.     CleanFlicks edits motion pictures to remove sex, nudity, profanity and gory violence.

2

CleanFlicks was created as a for-profit company to meet the needs of consumers who wish to have such sexual and violent footage removed from the motion pictures, particularly for the protection of under-aged children. CleanFlicks and many of its customers see their editing process as a way to provide this valuable service and also as a way to criticize the type of motion picture currently being made by the Studios. See Lines Decl. at ¶ 3.

3.      CleanFlicks makes these edits by purchasing a motion picture, digitizing it onto a computer and then utilizing editing software to remove the footage that is objectionable to its customers. Once the editing has been completed, the digitized motion picture is burned onto a separate DVD. See Lines Decl. at ¶ 4.

4.      The editing process removes an average of five minutes from a 120-minute film. See Lines Decl. at ¶ 5.

5.      CleanFlicks no longer creates VHS copies of motion pictures. See Lines Decl. at ¶ 6.

6.      CleanFlicks currently offers approximately 750 edited motion pictures to its customers. See Lines Decl. at ¶ 7.

7.      CleanFlicks requires that an unedited version of a motion picture be purchased for each edited version that is requested by a customer. This is accomplished in one of two ways. When CleanFlicks sells an edited DVD, it requires the customer to purchase the original, unedited, motion picture as well or demonstrate that it has already done so. When CleanFlicks rents a DVD, it makes sure that it has purchased an original for each edited copy that has been rented. See Lines Decl. at ¶ 8.

8.      If and when CleanFlicks learns that a retailer has made unauthorized copies of an edited motion picture, it immediately ceases to do business with the retailer and, where appropriate, involves legal counsel. See Lines Decl. at ¶ 9.

3

9.      Just as CleanFlicks currently ensures its service does not cause economic harm to the Studios, it is prepared to do so in the future in the unlikely event the Studios decide to provide clean versions of their motion pictures.  If the Studios begin marketing edited versions that meet the needs of CleanFlicks' customers, CleanFlicks will purchase those edited versions to ensure that the Studios are not detrimentally affected by the service CleanFlicks offers.  See Lines Decl. at ¶ 10.

### ARGUMENT

### I.      The Burden of Proof Is On the Party Seeking Injunctive Relief

Although a defendant normally has the burden of proof as to affirmative defenses, this is not the case where the moving party seeks injunctive relief.  For purposes of obtaining an injunction, "the burden remains in the party seeking restraint to demonstrate the likelihood of success on the merits. Thus, in a copyright infringement case, the copyright owner must demonstrate . . .  where a *prima facie* fair use defense is presented, that the fair use factors are insufficient to support such a defense." *Suntrust Bank v. Houghton Mifflin Co.*, 268 F.3d 1257, 1276 (11th Cir. 2001) (reversing preliminary injunction).

### II.     The Fair Use Defense Applies to this Case

Although courts analyze many factors in determining whether a particular use of a copyrighted work is fair, the overriding considerations are whether that use hurts the market for the original product and whether it benefits the public.  Here, the clean versions provide a great benefit to the public and actually have a positive economic impact on the Studios.

The Mechanical Editing Parties fall within the fair use defense as established by common law and then codified by Congress.  "Section 107 requires a case-by-case determination whether a particular use is fair, and the statute notes four nonexclusive factors

4

to be considered." *Harper & Row Publishers, Inc. v. Nation Enterprises*, 471 U.S. 539, 600, 105 S. Ct. 2218, 222 (1985). These factors include:

> (1) the purpose and character of the use, including whether such use is of a commercial nature or is for nonprofit educational purposes;
>
> (2)     the nature of the copyrighted work;
>
> (3)     the amount and substantiality of the portion used in relation to the copyrighted work as a whole; and
>
> (4) the effect of the use upon the potential market for or value of the copyrighted work.

These four non-exclusive factors are only part of the court's analysis of the equities of the particular situation. *L.A. News Serv. v. CBS Broad.*, Inc., 313 F.3d 1093, *2002 U.S. App. LEXIS 2620, at * 29-30* (9th Cir. 2002).

As there is no dispute here about the nature of the copyrighted works, this analysis will focus on the first, third and fourth factors.

### A.     Standard

"The four factors listed in Section 107 raise essentially factual issues and . . . are normally questions for the jury." *DC Comics, Inc. v. Reel Fantasy, Inc.*, 696 F.2d 24, 28 (2nd Cir. 1982) (reversing summary judgment: "at the risk of repetition, we state that such factual conclusions are inappropriate on a motion for summary judgment.")

"Courts 'should be especially wary of granting summary judgment' in cases involving copyright infringement, because they often are highly fact-dependent. This is especially true in fair use cases, as the viability of the defense rests on the particular circumstances of each case and the balancing of various factual considerations." *Abilene*

5

*Music, Inc. v. Sony Music Entm't, Inc.,* 320 F. Supp. 2d 84, 88 (S.D.N.Y. 2003) (Citations omitted).

### B.    The Purpose of the Use

Running through this dispute is an important fact that makes this situation fundamentally distinct from every reported decision dealing with the fair use defense – the Mechanical Editing Parties buy one copy of the movie for each clean copy they distribute. This fact cuts across several of the factors considered by the courts in analyzing fair use.

First, it makes irrelevant the traditional question of whether the infringing product is a substitute for the original because that question is premised on the notion that a direct substitute takes away sales from the original.

If a parody whose wide dissemination in the market runs the risk of serving as a substitute for the original or licensed derivatives it is more incumbent on one claiming fair use to establish the extent of transformation and the parody's critical relationship to the original. By contrast, when there is little or no risk of market substitution, whether because of the large extent of transformation of the earlier work, the new work's minimal distribution in the market, the small extent to which it borrows from an original, or other factors, taking parodic aim at an original is a less critical factor in the analysis, and looser forms of parody may be found to be fair use, as may satire with lesser justification for the borrowing than would otherwise be required.

*Campbell v. Acuff-Rose Music, Inc.*, 510 U.S. 569, 584, 114 S. Ct. 1164, 1172 n.14 (1994) (holding that the commercial nature of the parody did not make it presumptively unfair).

6

Here, due to the CleanFlicks policy of making sure an original is purchased for every edited version sold or rented, the existence of the clean version actually adds sales for the original that would not otherwise have existed.

Likewise, as discussed below, the fact that the Mechanical Editing Parties purchase a copy for each edited copy in distribution, obliterates any argument the studios could put forth about market share.

The commercial nature of the use does not create a presumption against fair use. *Campbell v. Acuff-Rose Music, Inc*, 510 U.S. at 584 ("If, indeed, commerciality carried presumptive force against a finding of fairness, the presumption would swallow nearly all of the illustrative uses listed in the preamble paragraph of § 107, including news reporting, comment, criticism, teaching, scholarship, and research . . . .").

In fact, an analysis of the case law makes clear that commercial use is a relevant factor only to the extent it serves as short hand for use that does not have significant public benefit. "This issue is often of limited value to the fair use analysis. Even the most valuable educational books are generally published by commercial establishments for profit . . . . Occasionally, at extremes, the factor can be significant." *New Era Publications International v. Henry Holt and Co., Inc.*, 695 F. Supp. 1493, 1506-07 (S.D.N.Y. 1988), *aff'd* 873 F.2d 576 (2nd Cir. 1989); *See Rosemont Enterprises, Inc. v. Random House, Inc.*, 366 F.2d 303, 307 (2nd Cir. 1966) ("whether an author or publisher has a commercial motive or writes in a popular style is irrelevant to a determination of whether a particular use of copyrighted material in a work which offers some benefit to the public constitutes a fair use.")

This case implicates many important public policy issues, including the effect on children of being exposed to violence and the right of parents to control what young children see. One article has called the technology at issue in this case "the digital equivalent to your

7

mom slapping her hand over your eyes in the theater . . ." Benny Evangelista, *The Digital Censor: Utah Firm Locked in Legal Battle Over Software that Blocks Out Sex and Violence on DVDs*, S.F. Chron., Jan. 20, 2003, at E1.

In addition to providing individuals the option of having objectionable footage removed from their films and protecting their under-aged children, the Mechanical Editing Parties are engaging in a form of criticism, sending a strong message that many people object to the type of movies being created by the Studios. Where, as here, the use has great benefit to the public, its commercial nature should carry little if any relevance.

### C.   The Amount and Nature of the Copyrighted Work Used

Although most of the copyrighted work is used in the clean versions, a different analysis is appropriate here:

This third factor initially appears to weigh against a finding of fair use due to the quantitative amount and the qualitative value of the copyrighted matter that appear in the edited films. With respect to edited movies, however, relying upon traditional notions regarding amount and substantiality may be inappropriate. The majority of courts considering misappropriation of movies generally dealt with the taking of small pieces of films for use elsewhere instead of the deletion of pieces of the films. Therefore, particularly with respect to the digital filtering and physical cut and splice techniques, it may be more proper to analyze the substantiality of infringement with respect to the amount of film removed.

Carrie A. Beyer, Note, *Fighting for Control: Movie Studios and the Battle Over Third-Party Revisions*, U. Ill. L. Rev. 967, 999 (2004).

Furthermore, when courts talk about "transformational" use, what is driving the analysis is whether the use benefits the public. In most cases, such benefit is correlated to added artistic expression. It is important, however, to distinguish the manifestation from the

root public policy consideration. Here, although there may be little new artistic expression, there is a huge benefit to the public.

Where appropriate, courts will ignore this factor even where the entire work is reproduced. *See Sony Corporation of America v. Universal City Studios, Inc.*,464 U.S. 417, 449; 104 S. Ct. 774 (1984) (holding that manufacturers of video recorders did not infringe copyrights).

### D.    The Effect on the Market

The single most important factor that courts consider in making a fair use determination is the effect on the market for the copyright holder's work. *Harper & Row Publishers, Inc. v. Nation Enterprises*, 471 U.S. at 566 ("This last factor is undoubtedly the single most important element of fair use.")

For example, in *Basquiat v. Baghoomian*,1991 U.S. Dist. LEXIS 16647, Copy. L. Rep. (CCH) P26,824 (S.D.N.Y. 1991) the court held that even though the use was purely commercial and the copyrighted works were reproduced in their entirety, summary judgment was inappropriate where questions of fact remained on the most important issue of market effects.

Likewise, in *Storm Impact, Inc. v. Software of the Month Club*, 1997 U.S.

Dist. LEXIS 13669 at *23, 44 U.S.P.Q.2D (BNA) 1441(N.D. Ill. 1997) the court denied summary judgment, holding that even though the factors overall weighed in favor of the plaintiff, there was a question of fact on the most important issue of market effect.

Here, there is strong evidence that the clean versions *increase* the market for the studios' movies. An original version of the movie is purchased for every clean version that is sold. This fact, standing alone, strongly suggests that the studios earn money they would not have otherwise earned. Even if one were to make the preposterous assumption that each and

9

every person who purchases a clean version of the movie would have purchased the original,

the studios would break even.

The consideration of whether or not something is a derivative work and

therefore a market substitute does not have its normal application in this case, as discussed in

one article analyzing the issues at hand:

> This policy to control against market substitution to protect the copyright owner's right to create derivative works does not appear to be significant in the types of works that are under consideration in this essay. For example, this essay presumes that the individual authorizing the derivative work is the lawful possessor of a copy of the underlying preexisting work. In the case of the motion pictures under discussion, a legal, authorized copy is purchased then modified either virtually or physically to remove offensive content. In the case of integrated works, one presumes the consumer owns a word processing program before buying a spell-check program. There is no substitution. There is a one-to-one correspondence between consuming the pre-existing work and the use of the derivative work, and the derivative work has little or no value unless accompanied by the original work. The copyright owner receives additional sales without any additional investment. The copyright owner's incentive to invest in the copyrighted work is not diminished. In fact, it has increased.

Llewellyn Joseph Gibbons, *Digital Bowdlerizing: Removing the Naughty Bytes*,

*Mich. St. L. Rev. 167, 185-186* (2005).

The Studios make the specious argument that because CleanFlicks provides

some of its customers with both the original motion picture and the edited version, those

customers "are free to retain the edited copy and to sell or redistribute the original, causing

market substitution." Studios' Motion at p. 33. The flaw with this argument is that the

original motion picture was paid for and any future redistribution by a customer is no

different than if that customer had purchased the movie from a video store or directly from

the studio and then sold or redistributed it.

It appears that the only argument left to the Studios is that the Mechanical

Editing Parties may in the future compete with any clean versions the Studios may choose to

market. First, the Studios have not carried their burden of showing they are indeed likely to

market such films and that, if they do so, that they will lose revenue due to the Mechanical

Editing Parties.  CleanFlicks has a consistent policy of ensuring that its sales in no way interfere with the Studios.  This policy can be adapted to a future market environment in which the Studios create their own edited motion pictures for consumers.  For example, just as CleanFlicks purchases a copy of the motion picture for every edited copy, it can in the future purchase an edited copy created by the Studios.  CleanFlicks has indicated its willingness to do so.

As already discussed, the burden is on the studios, in seeking an injunction, to present evidence of economic harm.  There is clearly no present economic harm and the studios have presented nothing but conjecture as to future economic harm.  The court in *Williams & Williams Co. v. United States,* 487 F.2d 1345, 1359 (Ct. Cl. 1973), *aff'd* 420 U.S. 376 (1975) based its decision that there was no copyright infringement largely on such lack of proof:

To us it is very important that plaintiff has failed to prove its assumption of economic detriment, in the past or potentially for the future. One of the factors always considered with respect to "fair use," *see supra,* is the effect of the use on the owner's potential market for the work. This record simply does not show a serious adverse impact, either on plaintiff or on medical publishers generally, from the photocopying practices of the type of NIH and NLM. In the face of this record, we cannot mechanically assume such an effect, or hold that the amount of photoduplication proved here "must" lead to financial or economic harm. This is a matter of proof and plaintiff has not transformed its hypothetical assumption, by evidence, into a proven fact.

There is, at the very least, a question of fact as to whether or not the edited motion pictures will take away any future market share from the studios.

\\\

11

### III.   The "First Sale Doctrine" Applies to This Case

The "first sale doctrine" states:

[the] owner of a particular copy or phonorecord *lawfully made under this title*, or any person authorized by such owner, is entitled, without the authority of the copyright owner, to sell or otherwise dispose of the possession of that copy or phonorecord.

17 U.S.C. §109(a) (emphasis added).  The owner of a copy may distribute the copy as it sees fit so long as the copy was lawfully made (i.e. not counterfeit, stolen).

The Studios incorrectly argue that the first sale doctrine does not apply because the copies were not lawfully made. *Motion, p. 25.* [1]  Construing all of the facts and reasonable inferences in a light most favorable to CleanFlicks, the Court should find that the copies were legally made or, at the very least, that there is a question of fact for the jury on this issue.

### A. The Edited Movies Are Not Derivative Works.

The Copyright Act defines a derivative work as follows:

A "derivative work" is a work based upon one or more preexisting works, such as a translation, musical arrangement, dramatization, fictionalization, motion picture version, sound recording, art reproduction, abridgment, condensation, or any other form in which a work may be recast, transformed, or adapted. A work consisting of editorial revisions, annotations, elaborations, or other modifications which, as a whole, represent an original work of authorship, is a "derivative work."

17 U.S.C. §101.  In *Feist Publications, Inc. v. Rural Telephone Serv. Co.*,  the U.S. Supreme Court discussed what makes something "an original work of authorship":

Originality requires only that the author make the selection or arrangement independently . . . and that it display some minimum level of creativity. Presumably, the vast majority of compilations will pass this test, but not all will.  There remains a narrow category

---

[1] The Studios do not contend the movies were illegally obtained. They acknowledge that the edited movies were properly purchased and that there was a one-to-one purchase (that only one edited version was made for every one movie purchased, and that they received revenues from the sale of the movies to the Mechanical Editing Parties.

of works in which the creative spark is utterly lacking or so trivial as to be virtually nonexistent.

> 499 U.S. 340, 358-59, 113 L. Ed. 2d 358, 111 S. Ct. 1282 (1991).

Courts applying this standard have held that there must be a "substantial variation" and a "sufficiently gross difference" between the original and the subsequent works in order for the subsequent work to be considered derivative. See *L. Batlin & Son, Inc. v. Snyder,* 536 F.2d 486, 490 (2d Cir.) (in banc), cert. denied, 429 U.S. 857, 50 L. Ed. 2d 135, 97 S. Ct. 156 (1976) and *Gracen v. Bradford Exchange,* 698 F.2d 300, 305 (7th Cir. 1983). The Second Circuit Court of Appeals has held that the originality must be such that the derivative work is independently copyrightable. *Weissmann v. Freeman,* 868 F.2d 1313, 1320 (2d Cir.), cert. denied, 493 U.S. 883, 107 L. Ed. 2d 172, 110 S. Ct. 219 (1989).

In *Annie Lee v. Deck the Walls, Inc.*, the Court held that placing copyrighted notecards on ceramic tiles did not create derivative works. 925 F. Supp. 576 (E.D. Ill. 1996) (the "mundane act of placing notecards onto a ceramic tile falls into the narrow category of works in which no creative spark exists.") In *Paramount Pictures Corp. v. Video Broadcasting Systems, Inc.*, the Court found that adding commercials at the beginning of videocassettes did not create derivative works and, therefore, that the claim was barred by the first sale doctrine. 724 F. Supp. 808, 821 (D. Kan. 1989).

In *Lantern Press, Inc. v. American Publishers Company,* 419 F. Supp. 1267, 1272 (E.D.N.Y. 1976), the Court held that infringement claims against the defendant, who purchased and then rebound books in hardcover form was barred by the first sale doctrine because the defendant had lawfully purchased the books. The Court ruled that it was irrelevant to the copyright issue that the plaintiff's sales of its own hardcover editions of the

book might be affected by the defendant's actions, reasoning that such an argument raised issues of unfair competition, not copyright law. *Id.* at 1273.

Similarly, in the case at hand, no new, much less creative, elements were added to the motion pictures. Editing out of a small amount of objectionable content constitutes a "mundane" act similar to placing notecards onto ceramic tiles or rebounding books. The editing process removes an average of five minutes from a 120-minute film. Such non-creative changes do not rise to the standard of creating a derivative, separately copyrightable work.

The Studios cite to *Gilliam v. American Broadcasting Co.* to support their argument that the edited motion pictures are derivative works. This case is easily distinguishable because the court did not consider the derivative work issue. Rather, it found that the defendant had breached its contractual commitment that the works would not be edited without permission.

Likewise, the two "clip editing" pictures cited by the Studios are inapposite. In *Video Pipeline, Inc. v. Buena Vista Home Entertainment, Inc.*, 192 F. Supp.2d 321 (D.N.J. 2002) and *Lamb v. Starks*, 949 F. Supp 753 (N.D. Cal. 1996) the courts found that short movie previews constituted derivative works. In those cases, however, there was a compelling argument that the creation of a 5-minute movie preview from a full-length motion picture involves a great deal of creativity and artistic discretion in selecting and arranging scenes. Here, on the other hand, the editing was limited to muting offensive language and deleting nudity, violence and sex, which may have amounted to removing less than 1% of the motion picture. There is very little discretion at play here: violence, profanity and sex are simply edited out.

\\\

14

**B.  The Edited Movies Are Not Reproductions.**

The Studios are also mistaken in their argument that CleanFlicks violated their rights to reproduce their copyrighted works.

The Plaintiff has the burden of showing that there has been a reproduction. *C.M. Paula Co. v. Logan,* 355 F. Supp. 189, 191 (N.D. Texas 1973). It is crucial that CleanFlicks possessed only one original motion picture for each edited motion picture rented or sold. In *C.M. Paula Co.*, the defendant purchased copyrighted artwork and transferred the art to ceramic plaques. Because each plaque made required the purchase of one "original" piece of artwork, the court held that the transfer process did not constitute reproduction under the copyright laws. *Id.* at 434. Likewise, in *Annie Lee,* supra, the court found that the defendant had not infringed the plaintiff's copyright because it had purchased one notecard for each ceramic tile it created. *Annie Lee,* 925 F. Supp. at 582.

The policy concern about reproduction is that it allows someone to purchase one copy of a work and then make many more copies. As with the fair use defense, the one-to-one correlation between the original motion pictures and the edited versions preserves the legitimate application of the first sale doctrine to the case at hand.

Respectfully submitted this 22nd day of August 2005.

By: _____

Mark Yablonovich, Esq.
Initiative Legal Group, LLP
1875 Century Park East, Suite 1800
Los Angeles, California 90067
(310) 556-5637
(310) 861-9051 Fax

*Attorneys for Counterclaim Defendant Cleanflicks LLC*

15

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

      Plaintiffs,

and

TRILOGY STUDIOS, INC., et al.,

      Counterclaim Defendants

v.

STEVEN SODERBERGH, et al.,

      Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,

      Defendant-in-Intervention and Counterclaimant-in-Intervention,

---

**DECLARATION OF L. RAY LINES IN SUPPORT OF COUNTERCLAIM DEFENDANT
CLEANFLICKS LLC'S OPPOSITION TO THE MOTION PICTURE STUDIOS' OPENING
BRIEF IN SUPPORT OF THEIR MOTION FOR PARTIAL SUMMARY JUDGMENT AGAINST
THE MECHANICAL EDITING PARTIES**

---

INITIATIVE LEGAL GROUP LLP
1875 CENTURY PARK EAST
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Attorneys for Counterclaim Defendant CleanFlicks LLC*

I, L. Ray Lines, declare as follows:

1.     I am the co-owner and co-founder of CleanFlicks, LLC ("CleanFlicks"). I have personal, firsthand knowledge of the following facts and, if called as a witness, I could and would testify to them.

2.     CleanFlicks is a limited liability company organized on September 19, 2000 under the laws of the State of Utah.

3.     CleanFlicks edits motion pictures to remove sex, nudity, profanity and gory violence. CleanFlicks was created as a for-profit company to meet the needs of consumers who wish to have this content removed from the motion pictures. CleanFlicks and its customers see their editing process as a way to provide this valuable service for consumers who do not have the technological expertise and resources to edit movies for themselves and their families and also as a way to criticize the type of motion picture currently being made by the Studios.

4.     CleanFlicks makes these edits by purchasing a motion picture, digitizing it onto a computer and then utilizing editing software to remove the footage that is objectionable to its customers. Once the editing has been completed, the digitized motion picture is burned onto a separate DVD.

5.     The editing process removes an average of five minutes from a 120-minute film.

6.     CleanFlicks no longer creates VHS copies of motion pictures.

7.     CleanFlicks currently offers approximately 750 edited motion pictures to its customers.

8.     CleanFlicks requires that an unedited version of a motion picture be purchased for each edited version that is requested by a customer. This is accomplished in one of two ways. When CleanFlicks sells an edited DVD, it requires the customer to purchase an authorized, pre-recorded copy of the motion picture as well or demonstrate that it has already done so. When CleanFlicks rents a DVD, it makes sure that it has purchased an authorized, pre-recorded copy for each edited copy that has been rented.

9. If and when CleanFlicks learns that a retailer has made unauthorized copies of an edited motion picture, it immediately ceases to do business with the retailer and, where appropriate, involves legal counsel.

10. Just as CleanFlicks currently makes sure that its service does not cause economic harm to the Studios, it is prepared to do so in the future in the unlikely event the Studios decide to provide clean versions of their motion pictures to consumers. If the Studios begin marketing edited versions that meet the needs of our customers, we will purchase those edited versions to ensure that the Studios are not detrimentally affected by the service we offer.

11. Attached hereto is a true and correct copy of a statement signed electronically by many of our customers and a list of the customers who electronically signed the statement.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, on this 19th Day of August, 2005, at Provo, Utah.


L. Ray Lines

**EXHIBIT "A"**



**CleanFlicks**
It's About Choice!

Hollywood DVD's Without: Sex, profanity, nudity and gory violence

To whom it may concern.

I am or have been a customer of CleanFlicks.

Many, if not most, of the movies that Hollywood currently offers the public contain audio and/or video content that my family and I find offensive. Without the service provided by CleanFlicks, our only choices would be to watch these movies or not watch them. CleanFlicks provides us with another choice -- to watch the movies without the offensive content.

These movies, once the objectionable material is filtered out, are often movies about important subject matter with important messages for me and my family.

I have effectively asked CleanFlicks to edit certain movies for me in order to eliminate what I consider to be offensive material, such as extreme violence, strong sexual content, nudity or strong profanity. If it weren't for this service, neither I nor my family would watch these movies because of this offensive material -- material that has no bearing on the integrity of the movie.

I understand that the Court is considering the Movie Studios' request to impose a permanent injunction on CleanFlicks to prevent it from providing my family and me with edited movies. We strongly ask the Court NOT to impose the injunction. This company provides an important service that benefits my family and me without limiting the desires of others to watch movies with all of the content, if they so desire. Without this service, however, those who desire to see all of the content still have that choice, while we are left with only one choice -- to not watch these movies. Please allow us the important choice that CleanFlicks provides.

Sincerely,

**CleanFlicks Media, Inc.**

**EXHIBIT "B"**

| Petition Signed By CleanFlicks Members | | | |
|---|---|---|---|
| Name | City | State | Sign Date |
| Brett Stubbs | Provo | UT | 8/19/2005 |
| Luke Ashton | American Fork | UT | 8/19/2005 |
| Rob & Lisa Thomas | San Jose | CA | 8/19/2005 |
| blair Spencer | upland | CA | 8/19/2005 |
| Bonni McCarthy | Tempe | AZ | 8/19/2005 |
| Kathy Young | Walnut Creek | CA | 8/19/2005 |
| Michael O\'Toole | Palmdale | CA | 8/19/2005 |
| Rawley Nielsen | San Francisco | CA | 8/19/2005 |
| Kimberly ferguson | Placerville | CA | 8/19/2005 |
| susan deal | avondale | AZ | 8/19/2005 |
| Jeff Miller | Newbury Park | CA | 8/19/2005 |
| Brian Dooley | Bakersfield | CA | 8/19/2005 |
| Deborah Sparks | Thatcher | AZ | 8/19/2005 |
| Randy Platt | Camarillo | CA | 8/19/2005 |
| Rebekah Ganiere | Corona | CA | 8/19/2005 |
| Kevin Suman | Litchfield Park | OS | 8/19/2005 |
| David Henry | Winter Springs | FL | 8/19/2005 |
| sheri becar | San Bernardino | CA | 8/19/2005 |
| Kerry Varney | Salinas | CA | 8/19/2005 |
| Richard Flores | Miami | FL | 8/19/2005 |
| Marisa Martinez | La Mirada | CA | 8/19/2005 |
| James Ganiere | Corona | CA | 8/19/2005 |
| Brian Smith | Riverside | CA | 8/19/2005 |
| Kelli Miner | Denver | CO | 8/19/2005 |
| Tim and Jonelle Bateman | Turlock | CA | 8/19/2005 |
| Glen and Bonnie Dolberg | Stockton | CA | 8/19/2005 |
| Nanette Navarro | Glastonbury | CT | 8/19/2005 |
| trent pollack | long beach | CA | 8/19/2005 |
| laura zukin | los gatos | CA | 8/19/2005 |
| John Jay | Mesa | AZ | 8/19/2005 |
| Holly Newman | Woodbridge | CA | 8/19/2005 |
| Justin Cypret | Sherwood | AR | 8/19/2005 |
| Jeannie Warkentin | Inyokern | CA | 8/19/2005 |
| Albert Lacey | Granger | IN | 8/19/2005 |
| Kathy Drasso | Trabuco Canyon | CA | 8/19/2005 |
| Brian Hill | Winnetka | IL | 8/19/2005 |
| Sheri Sudweeks | San jose | CA | 8/19/2005 |
| John Drasso | Trabuco Canyon | CA | 8/19/2005 |
| Jacque Brown | Anaheim | CA | 8/19/2005 |
| Kenneth Brown | Ripon | CA | 8/19/2005 |
| Kimberly Hicks | Mesa | AZ | 8/19/2005 |
| Jolyn Hughes | Cedaredge | CO | 8/19/2005 |
| Christine Lowe | San Gabriel | CA | 8/19/2005 |
| Sheila Bright | Ames | IA | 8/19/2005 |
| Emily Roy | Westcliffe | CO | 8/19/2005 |
| David Rane | Encinitas | CA | 8/19/2005 |
| Paul Schmidt | Scottsdale | AZ | 8/19/2005 |
| | | OS | 8/19/2005 |
| Dana Neiford | Chicopee | MA | 8/19/2005 |
| Sylvia Garcia | West Covina | CA | 8/19/2005 |
| Gary Sepulveda | Cupertino | CA | 8/19/2005 |
| James Ruff | Hot Springs | AR | 8/19/2005 |
| Cyndy McDonald | Visalia | CA | 8/19/2005 |

| | | | |
|---|---|---|---|
| Billy Foy | Covina | CA | 8/19/2005 |
| Penny Caryl-Davis | Elk Grove | CA | 8/19/2005 |
| Jeff Boyer | Vista | CA | 8/19/2005 |
| Debra Schneider | Tampa | FL | 8/19/2005 |
| Isaiah Foy | Covina | CA | 8/19/2005 |
| Courtney Flores | New Orleans | LA | 8/19/2005 |
| gabriel aguilar | everett | MA | 8/19/2005 |
| Elijah Foy | Covina | CA | 8/19/2005 |
| Elizabeth Covington-Taylor | Meridian | ID | 8/19/2005 |
| Marina Nicewaner | Covina | CA | 8/19/2005 |
| Virginia Noonan | Dover | FL | 8/19/2005 |
| Lisa Cole | Derwood | MD | 8/19/2005 |
| Cleveland Morrison | Hyattsville | MD | 8/19/2005 |
| Stephanie Bjarnason | Turlock | CA | 8/19/2005 |
| Ronald Bjarnason | Turlock | AR | 8/19/2005 |
| Andrew Kern | Westfield | IN | 8/19/2005 |
| George Taylor | Palo Alto | CA | 8/19/2005 |
| Lori Reese | Cary | NC | 8/19/2005 |
| Lindsay Wheeler | San Francisco | CA | 8/19/2005 |
| Joell House | Kilauea | HI | 8/19/2005 |
| Gerrit Dirkmaat | Brighton | CO | 8/19/2005 |
| adam orenczak | Cocoa | FL | 8/19/2005 |
| Sharon Wootten | Richlands | NC | 8/19/2005 |
| Brad Buser | San Diego | CA | 8/19/2005 |
| Michael Gracia | Mahomet | IL | 8/19/2005 |
| Kurtis Strunk | Mesa | AZ | 8/19/2005 |
| William Olinger | Dalton Gardens | ID | 8/19/2005 |
| Angel Call | Mather | CA | 8/19/2005 |
| Janet Rodright | Willits | CA | 8/19/2005 |
| Deb Bybee | Ottawa | IL | 8/19/2005 |
| Roberta Honn | Eagle | ID | 8/19/2005 |
| Elizabeth braud | Prairieville | LA | 8/19/2005 |
| Steven Moore | Lafayette | LA | 8/19/2005 |
| Chris Bullock | Columbia | MS | 8/19/2005 |
| Tony Brace | Salem | OR | 8/19/2005 |
| Robin Wheeler | Morrisville | NC | 8/19/2005 |
| Craig Clark | Mt. Vernon | IL | 8/19/2005 |
| Barbara Sherman | Carmel | CA | 8/19/2005 |
| Monte Jo Clark | Mt. Vernon | IL | 8/19/2005 |
| Alison Yutzler | Bakersfield | CA | 8/19/2005 |
| Brett Gladden | Farmingtonb | NM | 8/19/2005 |
| Joey Specker | Biloxi | MS | 8/19/2005 |
| Borivoj Jekic | Waynesville | NC | 8/19/2005 |
| Claude | | OS | 8/19/2005 |
| Mark Clayton | Cincinnati | OH | 8/19/2005 |
| Claude Miller | Pleasanton | CA | 8/19/2005 |
| ben martin | thompson station | TN | 8/19/2005 |
| Joy Hayes | Sierra Vista | AZ | 8/19/2005 |
| jeff muller | Grandville | MI | 8/19/2005 |
| ben martin | thompson station | TN | 8/19/2005 |
| ben martin | thompson station | TN | 8/19/2005 |
| ben martin | thompson station | TN | 8/19/2005 |
| Kimberly Baldwin | Owensboro | KY | 8/19/2005 |
| michelle troth | laguna niguel | CA | 8/19/2005 |
| Jesse Goodrich | Craig | CO | 8/19/2005 |

| | | | |
|---|---|---|---|
| Dwayne Baldwin | Owensboro | KY | 8/19/2005 |
| Tim Stauffer | Irwin | OH | 8/19/2005 |
| Alex Baldwin | Owensboro | KY | 8/19/2005 |
| Steven Martindale | Hillsboro | OR | 8/19/2005 |
| Zach Hall | Canal Winchester | OH | 8/19/2005 |
| Jennifer Rogers | Alexandria | VA | 8/19/2005 |
| ORLANDO VAZQUEZ | HOWELL | NJ | 8/19/2005 |
| Timothy Edwards | Medford | OR | 8/19/2005 |
| Linda Adams | Roseville | CA | 8/19/2005 |
| Noelle Fisher | Mesa | AZ | 8/19/2005 |
| Helen Carling | Mesa | AZ | 8/19/2005 |
| Lori Kuhlmann | Rochester | MN | 8/19/2005 |
| ROGER BULL | SAMMAMISH | WA | 8/19/2005 |
| Thomas Congrove | Commercial Point | OH | 8/19/2005 |
| BETHANY PETERSEN | NEW RICHMOND | WI | 8/19/2005 |
| Curtis Pliler | Maple Valley | WA | 8/19/2005 |
| carolyn hoer | grass valley | CA | 8/19/2005 |
| Robert Gielow | South Lyon | MI | 8/19/2005 |
| Kerry Congrove | Commercial Point | OH | 8/19/2005 |
| Khris Devoto | Sulphur Springs | TX | 8/19/2005 |
| Kory Welch | Huntington Beach | CA | 8/19/2005 |
| Scott Brady | Riverside | CA | 8/19/2005 |
| Gus Estrada | Flower Mound | TX | 8/19/2005 |
| Tara Macleod | Buena Vista | VA | 8/19/2005 |
| christophe delavoye | folsom | CA | 8/19/2005 |
| Becky Barnes | Thompson\'s Station | TN | 8/19/2005 |
| Taralee Brady | Riverside | CA | 8/19/2005 |
| Taylor Brady | Riverside | CA | 8/19/2005 |
| Emily Brady | Riverside | CA | 8/19/2005 |
| Ty Bindrup | Syracuse | UT | 8/19/2005 |
| jody bustos | Houston | TX | 8/19/2005 |
| Carrie Toth | Thornton | CO | 8/19/2005 |
| Samuel Brady | Riverside | CA | 8/19/2005 |
| Kim Stoney | Killeen | TX | 8/19/2005 |
| Starla Landis | Lancaster | PA | 8/19/2005 |
| Benjamin Brady | Riverside | CA | 8/19/2005 |
| summer mungle | Chickamauga | GA | 8/19/2005 |
| Jennifer Pond | Taylorsville | UT | 8/19/2005 |
| Jessica Davis | Charlotte | NC | 8/19/2005 |
| Abbie Frisch | St. Louis | MO | 8/19/2005 |
| Jeff Lemmon | Pacific Grove | CA | 8/19/2005 |
| Kirk Singleton | Coppell | TX | 8/19/2005 |
| Trudi Hatch | Tremonton | UT | 8/19/2005 |
| Wendy Abdallah | Lodi | CA | 8/19/2005 |
| Hatch Denton | Tremonton | UT | 8/19/2005 |
| Lorrie Doyle | Loomis | CA | 8/19/2005 |
| Rebecca Skidmore | Phoenix | AZ | 8/19/2005 |
| Janet Dagen | Waxahachie | TX | 8/19/2005 |
| Lyn Templeton | Tremonton | UT | 8/19/2005 |
| John Luther | Raleigh | NC | 8/19/2005 |
| Robert Christian | Redding | CA | 8/19/2005 |
| Clay Councill | Marietta | GA | 8/19/2005 |
| lori hodo | houston | TX | 8/19/2005 |
| Jean Israel | Lantana | TX | 8/19/2005 |
| GAIL WYMAN | HIRAM | GA | 8/19/2005 |

| | | | |
|---|---|---|---|
| David Pennington | Austin | TX | 8/19/2005 |
| Jeff Howes | Laurel | MD | 8/19/2005 |
| John Armstrong | Buena Vista | VA | 8/19/2005 |
| Michelle Leba | Mounds View | MN | 8/19/2005 |
| Melissa Litzkow | Van Alstyne | TX | 8/19/2005 |
| Kenny Petersen | Anchorage | AK | 8/19/2005 |
| Kathrine Arbuckle | Valencia | CA | 8/19/2005 |
| Jeanene Pickett | Citrus Heights | CA | 8/19/2005 |
| Gregory Nye | Orange | MA | 8/19/2005 |
| Jan Sprake | Monroe | WA | 8/19/2005 |
| Carolyn McLaren | Winston-Salem | NC | 8/19/2005 |
| Randall Lee | Port Orchard | WA | 8/19/2005 |
| Courtney Myers | Travis AFB | CA | 8/19/2005 |
| Shannon Leyerle | Spring | TX | 8/19/2005 |
| Barbara Peterson | Houston | TX | 8/19/2005 |
| jonathon strong | hollister | CA | 8/19/2005 |
| Jamie Myers | Travis AFB | CA | 8/19/2005 |
| David Christiansen | Saratoga Springs | UT | 8/19/2005 |
| robin sebasco | san antonio | TX | 8/19/2005 |
| jason simcox | pickerington | OH | 8/19/2005 |
| Jason Adams | Fayetteville | NC | 8/19/2005 |
| Amy Bouck | Midvale | UT | 8/19/2005 |
| J.J. Moss | Sunnyvale | CA | 8/19/2005 |
| Richard Bird | Lehi | UT | 8/19/2005 |
| Bryan Wheeler | Mesa | AZ | 8/19/2005 |
| Gregg Chastain | Vancouver | WA | 8/19/2005 |
| Jennifer Wheeler | Mesa | AZ | 8/19/2005 |
| Kassidy Wheeler | Mesa | AZ | 8/19/2005 |
| Jillian Kaplan | Tallahassee | FL | 8/19/2005 |
| Paul Van Dyke | Maywood Park | OR | 8/19/2005 |
| Kinley Wheeler | Mesa | AZ | 8/19/2005 |
| Wendy Butler | Midvale | UT | 8/19/2005 |
| Brynn Wheeler | Mesa | AZ | 8/19/2005 |
| Heather Dawson | Milwaukee | WI | 8/19/2005 |
| Slade Wheeler | Mesa | AZ | 8/19/2005 |
| Leanne Forrester | Flintstone | GA | 8/19/2005 |
| Martin Gibeau | Arvada | CO | 8/19/2005 |
| Elaine Ezell | DeSoto | TX | 8/19/2005 |
| Heath Stoner | Lindale | TX | 8/19/2005 |
| Daniel Jensen | Vancouver | WA | 8/19/2005 |
| Rodney Swab | Omaha | NE | 8/19/2005 |
| RANDY ROGERS | FARMINGTON | NM | 8/19/2005 |
| David Candland | Carnation | WA | 8/19/2005 |
| Laura Clifton | Lewisville | TX | 8/19/2005 |
| Jason Smith | Provo | UT | 8/19/2005 |
| Margene Nielsen | Hillsboro | OR | 8/19/2005 |
| Kenneth Kaufman | Las Vegas | NV | 8/19/2005 |
| Nathan Trimble | Pasco | WA | 8/19/2005 |
| Warren Culwell | Austin | TX | 8/19/2005 |
| Darla Sampson | Ravensdale | WA | 8/19/2005 |
| Jim Allison | Milwaukie | OR | 8/19/2005 |
| paul belo | burlingame | CA | 8/19/2005 |
| Emerson Whiteside | Sarasota | FL | 8/19/2005 |
| Lori Kaiser | St. Francisville | LA | 8/19/2005 |
| Miao Whiteside | Sarasota | FL | 8/19/2005 |

| | | | |
|---|---|---|---|
| Karen Smith | Denton | TX | 8/19/2005 |
| Jen Hunt | Eagle Mountain | UT | 8/19/2005 |
| Lori Oertli | Austin | TX | 8/19/2005 |
| Annette Miller | Houston | TX | 8/19/2005 |
| David Smith | Denton | TX | 8/19/2005 |
| Steven Black | Beaver | PA | 8/19/2005 |
| Susan Hekking | McLean | VA | 8/19/2005 |
| patti gale | chimacum | WA | 8/19/2005 |
| Debbie Holbrook | Foothill Ranch | CA | 8/19/2005 |
| Wanda Wilson | Branson | MO | 8/19/2005 |
| Kim cooper | Galena | MO | 8/19/2005 |
| Michael Youngstrom | Orem | UT | 8/19/2005 |
| Scott Holbrook | Foothill Ranch | CA | 8/19/2005 |
| Steven Rhines | Lincoln | CA | 8/19/2005 |
| Matthew Porter | wichita falls | TX | 8/19/2005 |
| Stephanie Porter | wichita falls | TX | 8/19/2005 |
| brian tutt | brainerd | MN | 8/19/2005 |
| Michael A | | OS | 8/19/2005 |
| Kelly Silvester | Centerville | UT | 8/19/2005 |
| Larisa Cowell | Frisco | TX | 8/19/2005 |
| William Wever | Columbus Junction | IA | 8/19/2005 |
| Janet Marie Brankin | Phoenix | AZ | 8/19/2005 |
| Chad Priddle | Roseville | CA | 8/19/2005 |
| Kristie Richard | Luthersville | GA | 8/19/2005 |
| Michael Aley | Kailua Kona | HI | 8/19/2005 |
| Steve McCoy | Atlanta | GA | 8/19/2005 |
| Tadd Giles | South Jordan | UT | 8/19/2005 |
| Tami Hazen | Colleyville | TX | 8/19/2005 |
| Jared Miller | Sacramento | CA | 8/19/2005 |
| Sarah Baker | Seattle | WA | 8/19/2005 |
| Teresa Edwards | Herndon | VA | 8/19/2005 |
| Dana Chrysler | Mount Vernon | WA | 8/19/2005 |
| janice snow | pleasant hill | CA | 8/19/2005 |
| Isaac Shepard | Goleta | CA | 8/19/2005 |
| Travis Parry | St. George | UT | 8/19/2005 |
| Ray Moyers | Queen Creek | AZ | 8/19/2005 |
| Carol Baker | Springfield | VA | 8/19/2005 |
| Stephen Young | Lynchburg | VA | 8/19/2005 |
| Michael Banigan | Littleton | CO | 8/19/2005 |
| Alyson Tobler | Boulder City | NV | 8/19/2005 |
| jeanne crotinger | sunbury | OH | 8/19/2005 |
| Mark Browning | Waipahu | HI | 8/19/2005 |
| Antrace Young | Lynchburg | VA | 8/19/2005 |
| Kathy Mahan | Lynchburg | VA | 8/19/2005 |
| Robert Wauchope | Glendale | AZ | 8/19/2005 |
| Bill Schmidt | Mount Dora | FL | 8/19/2005 |
| Laurie Steele | Cincinnati | OH | 8/19/2005 |
| Tim Safransky | Tampa | FL | 8/19/2005 |
| Sandra Peterson | Santa Maria | CA | 8/19/2005 |
| Laura Mannarino | Fort Wayne | IN | 8/19/2005 |
| Natalee Fristrup | Layton | UT | 8/19/2005 |
| jenny collins | west chester | PA | 8/19/2005 |
| Lisa Argo | Post Falls | ID | 8/19/2005 |
| Josh Waldron | San Ramon | CA | 8/19/2005 |
| Scott Porter | Fargo | ND | 8/19/2005 |

| | | | |
|---|---|---|---|
| Patrick Smalley | Riverside | CA | 8/19/2005 |
| Timothy Valenta | Nicholasville | KY | 8/19/2005 |
| Tim Zundel | Clovis | CA | 8/19/2005 |
| Amelita Porter | Fargo | ND | 8/19/2005 |
| sterling barnes | orem | UT | 8/19/2005 |
| Tricia Porter | Fargo | ND | 8/19/2005 |
| Kenneth Caine | Pittsburgh | PA | 8/19/2005 |
| Jason Porter | Fargo | ND | 8/19/2005 |
| Kevin Porter | Fargo | ND | 8/19/2005 |
| jim& christine kelly | grapevine | TX | 8/19/2005 |
| Lynn Feavel | Iron Mountain | MI | 8/19/2005 |
| Peter Kozushko | Newberg | OR | 8/19/2005 |
| Ted Iverson | Nyssa | OR | 8/19/2005 |
| Tonya Rose | Houston | TX | 8/19/2005 |
| Gary Pinkston | Ankeny | IA | 8/19/2005 |
| Curtis Copley | Universal City | TX | 8/19/2005 |
| Nathan Taggart | Rochester | MN | 8/19/2005 |
| Van Boyd | Dallas | TX | 8/19/2005 |
| Jennifer Gallardo | Dundee | OR | 8/19/2005 |
| Mary Clinich | Roaring Spring | PA | 8/19/2005 |
| Jacob Patterson | Green River | WY | 8/19/2005 |
| Mary Clinich | Roaring Spring | PA | 8/19/2005 |
| TODD HOFFMAN | BIRDSBORO | PA | 8/19/2005 |
| Chris Snell | Fort Collins | CO | 8/19/2005 |
| Jesse Fox | Tualatin | OR | 8/19/2005 |
| James Kotwicki | Stafford | VA | 8/19/2005 |
| Travis Alexander | Mesa | AZ | 8/19/2005 |
| Rachel Huber | St. Anthony | ID | 8/19/2005 |
| Jeffrey Bratcher | Westmont | NJ | 8/19/2005 |
| Melissa Pecunia | Highland Village | TX | 8/19/2005 |
| Maria Sims | Lewisville | TX | 8/19/2005 |
| Bryan Hardin | Gresham | OR | 8/19/2005 |
| Grace Heron | Modesto | CA | 8/19/2005 |
| Daniel Sims | Lewisville | TX | 8/19/2005 |
| Sharon Rhoden | Nashville | TN | 8/19/2005 |
| Teresa Christensen | Hood River | OR | 8/19/2005 |
| Wendy Knowlton | Carmel | IN | 8/19/2005 |
| Cynthia Wilcox | Garden Grove | CA | 8/19/2005 |
| Jordan Rudd | Buena Vista | VA | 8/19/2005 |
| cheri medlin | kettering | OH | 8/19/2005 |
| Cyndi Curry | Oklahoma City | OK | 8/19/2005 |
| Andre Templeman | Portland | OR | 8/19/2005 |
| Mary Clinich | Roaring Spring | PA | 8/19/2005 |
| John Otto | Edmonds | WA | 8/19/2005 |
| Mary Clinich | Roaring Spring | PA | 8/19/2005 |
| lisa douglas | san jose | CA | 8/19/2005 |
| Laurie Shaw | Salt Lake City | UT | 8/19/2005 |
| Lynann Adams | Olympia | WA | 8/19/2005 |
| Amy Ramirez | Carrollton | TX | 8/19/2005 |
| Deana Forrest | Bloomington | IN | 8/19/2005 |
| Claudine Furniss | Kennewick | WA | 8/19/2005 |
| Robin Forrest | Bloomington | IN | 8/19/2005 |
| Jared Carter | Seattle | WA | 8/19/2005 |
| Eric Keawekane | Rancho Santa Margarita | CA | 8/19/2005 |
| Meredith Johnson | Phoenix | AZ | 8/19/2005 |

| | | | |
|---|---|---|---|
| greg thompson | falmouth | ME | 8/19/2005 |
| kevin cloran | bedford | VA | 8/19/2005 |
| Kathy Thill | Encinitas | CA | 8/19/2005 |
| Mathew Lingmann | West Jordan | UT | 8/19/2005 |
| Horacio Lachica | Anaheim | CA | 8/19/2005 |
| Ernie Blodgett | Heber City | UT | 8/19/2005 |
| Cori Applehans | Cheyenne | WY | 8/19/2005 |
| Gideon brathwaite | White Plains | NY | 8/19/2005 |
| Anwar Boldon | San Jose | CA | 8/19/2005 |
| Tuikeva Boldon | san jose | CA | 8/19/2005 |
| Elizabeth Hardcastle | Pflugerville | TX | 8/19/2005 |
| Heather Murphy | Florence | OR | 8/19/2005 |
| Eric Simonson | Grace | ID | 8/19/2005 |
| Jason Nye | Bothell | WA | 8/19/2005 |
| Aaron Moke Stephens | San Diego | CA | 8/19/2005 |
| Latesha Stephens | San Diego | CA | 8/19/2005 |
| Liahona Stephens | san | CA | 8/19/2005 |
| Steven Gundelach | Antioch | IL | 8/19/2005 |
| Thomas Goulter | Centerburg | OH | 8/19/2005 |
| Mahana Stephens | San Diego | CA | 8/19/2005 |
| Lynn Konold | San Diego | CA | 8/19/2005 |
| Moriancumer Stephens | San Diego | CA | 8/19/2005 |
| Glenn Green | Dexter | MI | 8/19/2005 |
| Maliana Stephens | San Diego | CA | 8/19/2005 |
| Stephanne Gillette | Las Cruces | NM | 8/19/2005 |
| Brian Bierschbach | Chaska | MN | 8/19/2005 |
| Tracy Carpenter | Springfield | OH | 8/19/2005 |
| Matthew Godfrey | Huntington Beach | CA | 8/19/2005 |
| Moroni Stephens | San Diego | CA | 8/19/2005 |
| Eugene Oliveira | Fall River | MA | 8/19/2005 |
| Ty newton | port orchard | WA | 8/19/2005 |
| Mormon Stephens | San Diego | CA | 8/19/2005 |
| anna newton | port orchard | WA | 8/19/2005 |
| Karrie Ellen Criddle | Cupertino | CA | 8/19/2005 |
| Russell Stankiewicz | Lewisburg | PA | 8/19/2005 |
| Leinakea Stephens | San Diego | CA | 8/19/2005 |
| Bryan Bacon | Kimberly | ID | 8/19/2005 |
| John & Lyn Randall | Hercules | CA | 8/19/2005 |
| Laurie Horrocks | Madison | AL | 8/19/2005 |
| Bryan Decker | Salem | OR | 8/19/2005 |
| Caroline Monroe | Coos Bay | OS | 8/19/2005 |
| Jack Cummings | American Fork | UT | 8/19/2005 |
| Thomas Carpenter | Springfield | OH | 8/19/2005 |
| Zacharey Beatty | Mesa | AZ | 8/19/2005 |
| Janie Purvis | Hilliard | OH | 8/19/2005 |
| Robert Cranshaw | Elk Grove | CA | 8/19/2005 |
| Madeline Waldo | Winter Park | FL | 8/19/2005 |
| Joseph Williquette | Paynesville | MN | 8/19/2005 |
| Tamara Mead | Palo Alto | CA | 8/19/2005 |
| Jamie Delgado | Nevada city | CA | 8/19/2005 |
| Tracy Ortega | Ventura | CA | 8/19/2005 |
| Christine Ortega | Ventura | CA | 8/19/2005 |
| Brenda Pelton | Tucson | AZ | 8/19/2005 |
| Ryan Falk | Avon | OH | 8/19/2005 |
| Heather Johnson | grapevine | TX | 8/19/2005 |

| | | | |
|---|---|---|---|
| Alan Voight | Sugar Land | TX | 8/19/2005 |
| Debbie Stahmann | Flower Mound | TX | 8/19/2005 |
| Skyler Ferran | Riverton | UT | 8/19/2005 |
| David Hipps | Friendsville | TN | 8/19/2005 |
| Laura Chesley | Phoenix | AZ | 8/19/2005 |
| Bernadette Clerkin | Brandywine | MD | 8/19/2005 |
| Janice McKinnon | Austin | TX | 8/19/2005 |
| Kim Kuebler | Apple Valley | MN | 8/19/2005 |
| Lance Bond | Kirtland | NM | 8/19/2005 |
| Marilyn Comer | Hockley | TX | 8/19/2005 |
| Jason Bliss | San Antonio | TX | 8/19/2005 |
| Rick Golden | Tallassee | AL | 8/19/2005 |
| Randy Call | Greenacres | WA | 8/19/2005 |
| Tina Bonelli | Moreno Valley | CA | 8/19/2005 |
| John Maher | Tulare | CA | 8/19/2005 |
| David Fife | Heber City | UT | 8/19/2005 |
| Deneen Christian | | OS | 8/19/2005 |
| Caleb Dowell | New Braunfels | TX | 8/19/2005 |
| Jason Cotton | New Waverly | TX | 8/19/2005 |
| Eric Warner | Cedar Hills | UT | 8/19/2005 |
| Dawn Shaver | Southaven | MS | 8/19/2005 |
| Melani Porter | New Haven | CT | 8/19/2005 |
| David Moore | Brookville | OH | 8/19/2005 |
| Dallin Skelton | ELLSWORTH AFB | SD | 8/19/2005 |
| Al Moser | Dublin | CA | 8/19/2005 |
| Jenny Sawyer | Round Rock | TX | 8/19/2005 |
| Jeanette Jameson | Mesa | AZ | 8/19/2005 |
| DEBORAH FITZPATRICK | ISLIP TERRACE | NY | 8/19/2005 |
| Jeffrey Sawyer | Round Rock | TX | 8/19/2005 |
| Frank Wolfe | pocatello | ID | 8/19/2005 |
| melissa wyatt | van alstyne | TX | 8/19/2005 |
| Sharon Howard | Monrovia | CA | 8/19/2005 |
| Randall Young | West Linn | OR | 8/19/2005 |
| Jeff Jones | Dallas | TX | 8/19/2005 |
| Nikkei Meline | Idaho Falls | ID | 8/19/2005 |
| Jo Ann Coates | Dickinson | ND | 8/19/2005 |
| Erik Alcorn | Silverton | OR | 8/19/2005 |
| Joseph White | Trafford | AL | 8/19/2005 |
| Lenna Larson | Auburn | WA | 8/19/2005 |
| Alex deLeon | Powder Springs | GA | 8/19/2005 |
| David Parish | McKinney | TX | 8/19/2005 |
| Kimberly deLeon | Powder Springs | GA | 8/19/2005 |
| Benjamin deLeon | Powder Springs | GA | 8/19/2005 |
| Garth Knudson | Herndon | VA | 8/19/2005 |
| Rachel Knudson | Herndon | VA | 8/19/2005 |
| William Ashton | Keller | TX | 8/19/2005 |
| robert boldin | portland | TX | 8/19/2005 |
| shane Litzkow | Van Alstyne | TX | 8/19/2005 |
| Rebecca King | Roanoke | TX | 8/19/2005 |
| Natalie Roberts | Orem | UT | 8/19/2005 |
| Garth Mortensen | Monmouth | OR | 8/19/2005 |
| Letitia Fritz | Kingsport | TN | 8/19/2005 |
| Lauralee Angell | Suwanee | GA | 8/19/2005 |
| Kristi Wall | Vernal | UT | 8/19/2005 |
| Kristy Dorton | Kingsport | TN | 8/19/2005 |

| | | | |
|---|---|---|---|
| Suzanne Andersen | Albuquerque | NM | 8/19/2005 |
| Stuart Moore | Earlysville | VA | 8/19/2005 |
| Joe Yates | Louisville | KY | 8/19/2005 |
| Jonathan Studer | Oceanside | CA | 8/19/2005 |
| sherlyn Olsen | Overland Park | KS | 8/19/2005 |
| Mark Dunning | Huntington Beach | CA | 8/19/2005 |
| Ben Lund | Oceanside | CA | 8/19/2005 |
| Taressa Ochoa | Vidor | TX | 8/19/2005 |
| Aaron Hixson | Los Banos | CA | 8/19/2005 |
| G Michael Lynes | Omaha | NE | 8/19/2005 |
| Sarah Hixson | Los Banos | CA | 8/19/2005 |
| John Williams | Kearns Canyon | AZ | 8/19/2005 |
| Elizabeth Anderson | Golden | CO | 8/19/2005 |
| marque thompson | charlotte | NC | 8/19/2005 |
| Christine W | | OS | 8/19/2005 |
| William Hauver | Boise | ID | 8/19/2005 |
| Pamela Weston | Santa Ana | CA | 8/19/2005 |
| Christine Williams | Claremont | CA | 8/19/2005 |
| Edward Roseberry | Thousand Oaks | CA | 8/19/2005 |
| Cija Hauver | Boise | ID | 8/19/2005 |
| Melissa Bontrager | Catlett | VA | 8/19/2005 |
| Earl Weston | Santa Ana | CA | 8/19/2005 |
| Denise Czechowski | Rosamond | CA | 8/19/2005 |
| Kimberly Swihart | Holladay | UT | 8/19/2005 |
| Orson Kaili | South Jordan | UT | 8/19/2005 |
| Steve Ellis | Eldon | MO | 8/19/2005 |
| Debbie Lewis | Apple Valley | CA | 8/19/2005 |
| Amy Daniels | Flower Mound | TX | 8/19/2005 |
| Rosanne Carlson | Kenai | AK | 8/19/2005 |
| Nathan Anderson | West Bountiful | UT | 8/19/2005 |
| Heidi Hamilton | Park City | UT | 8/19/2005 |
| Cari Brinkerhoff | Laramie | WY | 8/19/2005 |
| Sharon Wootten | richlands | NC | 8/19/2005 |
| Diane Carlton | Shingle Springs | CA | 8/19/2005 |
| Scott Carlson | Kenai | AK | 8/19/2005 |
| Brent Rowe | Idaho Falls | ID | 8/19/2005 |
| Stephen Roemer | Logandale | NV | 8/19/2005 |
| Julia Bailey | Taft | CA | 8/19/2005 |
| NATHAN PAYNE | HAZEL PARK | MI | 8/19/2005 |
| Ron Zalika | Princeton | NJ | 8/19/2005 |
| Donna Tarpley | Etowah | TN | 8/19/2005 |
| Christine Garcia | Dallas | TX | 8/19/2005 |
| Katie Jensen | Bryan | TX | 8/19/2005 |
| Amy Wilson | Surprise | AZ | 8/19/2005 |
| Cordell Esplin | Phoenix | AZ | 8/19/2005 |
| Amber Skoch | Fayetteville | AR | 8/19/2005 |
| leanna wheeler | gilmer | TX | 8/19/2005 |
| Mike Myers | Santa Barbara | CA | 8/19/2005 |
| Brenda Hernandez | North Las Vegas | NV | 8/19/2005 |
| Betsy Hess | Fishers | IN | 8/19/2005 |
| Frank Coon | Salt Lake City | UT | 8/19/2005 |
| Marsha Leavitt | Dumas | TX | 8/19/2005 |
| Lisa Russ | St. Francisville | LA | 8/19/2005 |
| Jill Turgeon | Round Hill | VA | 8/19/2005 |
| Kirk Clayton | spring | TX | 8/19/2005 |

| | | | |
|---|---|---|---|
| Thelma Van Bergen | Amity | OR | 8/19/2005 |
| Richard Law | Columbus | OH | 8/19/2005 |
| Patricia Turner | Princeton | MN | 8/19/2005 |
| Stormy Draney | Lawrence | KS | 8/19/2005 |
| Andy Jensen | Portland | OR | 8/19/2005 |
| Janie Monares | Mesquite | TX | 8/19/2005 |
| kevin devoto | plano | TX | 8/19/2005 |
| Tami Felan | St. James | MO | 8/19/2005 |
| Jay Francis | Mapleton | UT | 8/19/2005 |
| Tiffiny Haines | San Diego | CA | 8/19/2005 |
| Brady Anderson | Chubbuck | ID | 8/19/2005 |
| Laurie Pierce | Broken Arrow | OK | 8/19/2005 |
| Mark Russell | Lake Forest | IL | 8/19/2005 |
| Eugene Hill | Moss Beach | CA | 8/19/2005 |
| Deborah Fox | rochester | NY | 8/19/2005 |
| larry lamb | rockledge | FL | 8/19/2005 |
| Julie Nelson | Shoreline | WA | 8/19/2005 |
| Kyle Tippetts | Pleasant Grove | UT | 8/19/2005 |
| Maile | | OS | 8/19/2005 |
| Angela Conley | Richland | WA | 8/19/2005 |
| Maile Montierth | Logandale | NV | 8/19/2005 |
| Arthur Wallace | Beaverton | OR | 8/19/2005 |
| Steve Strickland | Wesley Chapel | FL | 8/19/2005 |
| Molly Jordan | Orem | UT | 8/19/2005 |
| Peter Grant, MD | Medford | OR | 8/19/2005 |
| Carolyn McOmber | Davis | CA | 8/19/2005 |
| Tracy Cain | Athens | AL | 8/19/2005 |
| Shawne Chamberlin | Flower Mound | TX | 8/19/2005 |
| Stephanie Cain | Athens | AL | 8/19/2005 |
| Julianna | | OS | 8/19/2005 |
| Jeff Mallory | Kailua Kona | HI | 8/19/2005 |
| Julianna Arnold | Longview | WA | 8/19/2005 |
| Brian Seiders | Middletown | PA | 8/19/2005 |
| Julie Davies | Enon Valley | PA | 8/19/2005 |
| John Moon | CHula Vista | CA | 8/19/2005 |
| Barbra Ayala | woodstock | VA | 8/19/2005 |
| Gregory Angell | Suwanee | GA | 8/19/2005 |
| Eleanor Lang | Carmel | IN | 8/19/2005 |
| Sheree Clove | Alexandria | VA | 8/19/2005 |
| Eric Rowe | Alexandria | VA | 8/19/2005 |
| Juli Dempewolf | Vienna | VA | 8/19/2005 |
| Leann Robinson | Hahira | GA | 8/19/2005 |
| Brad Walker | Nampa | ID | 8/19/2005 |
| Jonathan Krueger | Pleasant Grove | UT | 8/19/2005 |
| Jason St.Gelais | Mesa | AZ | 8/19/2005 |
| Maureen Pagan | Dyersburg | TN | 8/19/2005 |
| Andrea Evans | South Jordan | UT | 8/19/2005 |
| Gloria Wakuluk | Oak Ridge | NJ | 8/19/2005 |
| Jason Hauck | St. George | UT | 8/19/2005 |
| Karen Larsen | Taylorsville | UT | 8/19/2005 |
| Kim Mills | Clemmons | NC | 8/19/2005 |
| hillary dills | bakersfield | CA | 8/19/2005 |
| Pamella Keck | Brentwood | CA | 8/19/2005 |
| Eric Workman | Midland | MI | 8/19/2005 |
| Madelyn Matijevich | Clinton | MS | 8/19/2005 |