THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 02-M-1662 (MJW)

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.L.C.,

    Plaintiff(s),

And

CLEAN FLICKS, LLC,
CLEANFILMS, INC.,
FAMILY SHIELD TECHNOLOGIES, LLC,
CLEARPLAY, INC.,
CLEAN CUT CINEMAS,
FAMILY SAFE MEDIA,
EDITMYMOVIES,
FAMILY FLIX, USA L.L.C., and
PLAY IT CLEAN VIDEO,

    Counterclaim-Defendants,

vs.

STEVEN SODERBERGH,
ROBERT ALTMAN,
MICHAEL APTED,
TAYLOR HACKFORD,
CURTIS HANSON,
NORMAN JEWISON,
JOHN LANDIS,
MICHAEL MANN,
PHILLIP NOYCE,
BRAD SILBERLING,
BETTY THOMAS,
IRWIN WINKLER,
MARTIN SCORSESE,
STEVEN SPIELBERG,
ROBERT REDFORD, and
SYNDEY POLLACK,
METRO-GOLDWYN-MAYER STUDIOS, INC.,

TIME WARNER ENTERTAINMENT CO. L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, INC.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, INC.,
TWENTIETH CENTURY FOX FILM CORP., and
PARAMOUNT PICTURES CORPORATION,

    Defendant(s)-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant in Intervention and
        Counterclaimant in Intervention.

_____

**COUNTERCLAIM DEFENDANT FAMILY FLIX'S JOINDER IN SUPPORT OF COUNTERCLAIM DEFENDANTS CLEANFILMS, INC. AND CLEAN FLICKS, LLC'S OPPOSITION TO DEFENDANT-COUNTERCLAIMANT STUDIO PARTIES' MOTION FOR SUMMARY JUDGMENT**

_____

    1.    Counterclaim-Defendant Family Flix's USA, L.L.C. hereby joins in the responses filed this day by Counterclaim Defendants CleanFilms, Inc. and Clean Flix's, LLC in opposition to Defendant-Counterclaimant Studio Parties' Motion for Summary Judgment.

Respectfully submitted this 22nd day of August 2005.

                                            /s/ Cameron T. Chandler
                                        _____
                                        Kenneth R. Bennington
                                        Cameron T. Chandler
                                        BENNINGTON JOHNSON
                                        BIERMANN & CRAIGMILE, LLC

370 17th Street, Suite 2480
Denver, CO  80202
(303) 629-5200

Mark F. Wright, Esq.
WRIGHT LAW GROUP, PLLC
7201 West Oakland, Suite 2
Chandler, AZ  85226
(480) 477-3788

ATTORNEYS FOR COUNTERCLAIM-
DEFENDANT
FAMILY FLIX USA, LLC

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2005, I electronically filed with the Clerk of the Court using the CM/ECF system which will send e-mail notifications of such filing and I hereby certify that I have mailed or served the document or paper to the non-participant's indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
SERVICE BY MAIL

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT  84604
SERVICE BY MAIL

3

| | |
|---|---|
| David N.Schachter, Esq.<br>Sherman & Howard, LLC<br>633 17th Street, Suite 3000<br>Denver, CO  80202  . | Andrew P. Bridges, Esq.<br>Winston & Strawn, LLP<br>101 California Street<br>San Francisco, CA  94111<br>SERVICE BY MAIL |
| Thomas P. Howard, Esq.<br>45 Century Circle, Suite 206<br>Louisville, CO  80027 | Scott J. Mikulecky, Esq.<br>Sherman & Howard, LLC<br>90 South Cascade Ave., Suite 1500<br>Colorado Springs, CO  80903 |
| D.J. Poyfair, Esq.<br>Jennifer Schaffner, Esq.<br>Shughart Thomson & Kilroy, PC<br>1050 – 17th Street, Suite 2300<br>Denver, CO  80265 | |
| Jonathan Zavin, Esq.<br>Jacques Rimokh, Esq.<br>Christian D. Carbone, Esq.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY  10154<br>SERVICE BY MAIL | |

/s/ Lisa M. Tate
_____

.