**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a/ TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**DECLARATION OF MARK W. ELDER IN SUPPORT OF COUNTERCLAIM
DEFENDANT CLEANFILMS, INC.'S OPPOSITION TO DEFENDANT STUDIOS'
MOTION FOR SUMMARY JUDGMENT**

---

1

I, Mark W. Elder, do hereby declare as follows:

1.      I am over the age of eighteen years, have personal knowledge of the matters set forth in this Declaration, and am competent to testify to the same.

2.      I am a corporate officer for Counterclaim-Defendant CleanFilms, Inc. ("CleanFilms") in the above-captioned matter.

3.      CleanFilms is a corporation duly organized on June 25, 2002 in accordance with the laws of the state of Utah.

4.      CleanFilms was created as a for-profit company to distribute motion picture DVDs that have been edited to remove selected instances of sex, nudity, profanity, vulgar language, and violence, from commercially produced motion pictures, particularly for the benefit of families who wish to view popular entertainment without influences that the families feel are improper.

5.      CleanFilms was created primarily in response to a desire shared by many viewers to have access to current motion pictures without unnecessary instances of sex, nudity, profanity, vulgar language, and violence.

6.      CleanFilms currently rents and sells motion picture DVDs originally produced by, among others, the Studios that have been edited to remove selected instances of sex, nudity, profanity, vulgar language, and violence.

7.      CleanFilms maintains a library of edited motion picture DVDs for and on behalf of its subscriber base, with subscribers being authorized to check-out one or more edited motion picture DVDs, much like a library provides materials for it patrons.

8.      Rental of edited motion picture DVDs is offered to CleanFilms' subscribers only.

9.      CleanFilms purchases its edited motion pictures from a variety of different independent film-editing companies. CleanFilms has not edited any of the Studios' motion pictures itself. Many of these edited motion pictures have approximately the same "run time" as the original motion pictures, since the footage removed often only amounts to 30 seconds to 2 minutes.

10. CleanFilms currently offers approximately 900 different edited motion pictures to its subscribers for home viewing only.

11. CleanFilms sells as a pair, an edited motion picture DVD along with the original motion picture DVD, to CleanFilms' members/subscribers.

12. CleanFilms maintains in inventory a commercially available, authorized, unedited original motion picture DVD for each movie that is rented by CleanFilms' member-subscribers, in a one-to-one ratio. That is to say, for each edited motion picture DVD offered for rental, an unedited original motion picture DVD has been acquired and entered into inventory by CleanFilms. In fact, CleanFilms has thousands of excess unedited original motion picture DVDs -- thus the ratio is actually higher in favor of originals.

13. To date, CleanFilms has spent in excess of $500,000 purchasing authorized versions of original motion picture DVDs for the purpose of maintaining a one-to-one ratio for each edited motion picture DVD rented or sold by CleanFilms.

14. The purchase of original motion picture DVDs by CleanFilms is a significant financial event and has resulted in a substantial financial windfall to the Studios inasmuch as those purchases would have not been made except to fulfill the demand of the market for the edited versions of the motion pictures.

15. Attached hereto as Exhibit A is a true and correct copy of a representative letter from a CleanFilms' customer stating that without the editing services being provided by CleanFilms, they would never have rented and/or purchased the original motion picture for viewing in their home. CleanFilms has received approximately 3,000 letters from its customers representing similar viewpoints, all of which are available for the Court's review if desired.

16. From the information we have, the Studios have not entered the market of edited motion pictures other than for television broadcasts or airline offerings and have resisted attempts by CleanFilms to release edited motion pictures authorized by the Studios. In fact, for approximately 30 years the Studios have created edited movies for airlines that would meet the needs of many families for viewing in their private homes, but the Studios have refused to make them available for purchase by families despite the advent of video and DVD movie capability.

17. CleanFilms and the Studios do not compete in the marketplace because each and every CleanFilms' subscriber has purposefully sought out the CleanFilms' website and paid a fee to become a CleanFilms' subscriber, for the express purpose of obtaining access to the CleanFilms' library of edited motion pictures.

18. CleanFilms and many of its customers see the offering of edited motion pictures as a way to make an overt statement about the unnecessary inclusion of sex, nudity, profanity, vulgar language, and violence present in many of the motion pictures currently being made by the Studios.

19. By offering edited versions of the motion pictures, CleanFilms makes an overt statement that the unwanted instances of sex, nudity, profanity, vulgar language, and violence are not necessary to the enjoyment of the motion pictures.

20. CleanFilms views the process of removing unnecessary instances of sex, nudity, profanity, vulgar language, and violence as a slight critical transformation of the original motion picture to a version that is acceptable to a large number of viewers that, without having access to the edited version of the motion picture, would not otherwise view the motion picture.

21. The slight critical transformation of the original motion picture and subsequent offering of an edited version of the motion picture by CleanFilms is similar to the transformation that occurs when an original motion picture with a MPAA rating of R, PG-13, etc., is edited for alternative audiences, including television broadcasts and airline offerings.

22. Attached hereto as Exhibit B is a true and correct copy of a representative posting from the CleanFilms' website (www.cleanfilms.com) wherein a CleanFilms' customer expresses their dissatisfaction with the content of a recently released motion picture and explains the value of the transformed movie in providing an alternative viewing experience for their family.

23. In response to a request by CleanFilms, more than 3,000 CleanFilms customers have provided correspondence attesting to their desire to have CleanFilms provide this service, for and on their behalf.

24. Attached as Exhibit C hereto is a true and correct representative letter from a CleanFilms' subscriber stating the relevance and need for the CleanFilms' service.

4

25. As I understand the Family Movie Act of 2005, Congress has said that electronic editing of motion pictures does not constitute copyright infringement. I have seen electronic editing of motion pictures, and the end result for the viewing family is the same as that provided by CleanFilms – namely that the objectionable material is removed from the motion picture and the family can watch the movie without seeing nudity, sexual content, extreme violence or profanity. Since the end result is the same for the viewing family, CleanFilms plans on taking efforts to try to get Congress to clarify the Family Movie Act of 2005 to make it expressly applicable to mechanical editing of motion pictures.

26. On behalf of CleanFilms and its thousands of subscribers, I would respectfully ask that the Court deny the Studios' summary judgment motion. Not only will CleanFilms be put out of business if the motion is granted, but thousands and thousands of Americans will lose the right to watch and enjoy popular movies without the sex, violence and profanity that is so prevalent in some movies.

I DECLARE UNDER THE PENALTY OF PERJURY OF THE LAWS OF THE UNITED STATES AND THE STATE OF COLORADO THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE.

DATED this 21st day of August 2005, at American Fork, Utah County, Utah,

By: _s/Mark W. Elder_____
     Mark W. Elder