August 11, 2005

Dear Judge Matsch:

I have been enjoying the services of CleanFilms for the past 16 months or so. Cleanfilms provides me an opportunity to enjoy, with my two teenage sons, movies that I otherwise simply would not watch. For example, my sons and I greatly appreciated the ability to watch the Matrix series without the illicit sex, nudity, and profanity that is so rampant in Hollywood's movies today. If it weren't for CleanFilms, I would not have rented these movies, because I feel strongly about protecting my children (and myself) from these corrosive influences.

I have also purchased several edited movies from CleanFilms. Let me make this clear—I would not have purchased these movies if I were denied access to edited movies. Neither would I have rented them in the first place! Three points here: First, how are the studios being damaged by CleanFilms' editing of movies? *They are making sales they otherwise would not have made.* It is important to note here that CleanFilms sent me the original DVD, legally purchased from the distributor, in a permanently disabled state, along with the edited DVD. Second point: What about my rights to enjoy an important part of modern culture without filling my and my children's heads with things that I find morally objectionable and corrosive to our spiritual well-being? I would argue that my individual rights outweigh any ethereal "right" the studios may claim of "artistic integrity." Third point: if electronic filtering is allowed, what does that do to the studios' claims relating to "artistic integrity"? Electronic filtering technology is simply a different means to the same end, so why should the two technologies be treated differently?

I appeal to you to protect my rights to participate in this important part of modern culture without being forced to subject myself and my family with material we find objectionable, which I will not do, and without being forced to change to a different editing technology that I am not comfortable with. I am not a shareholder of CleanFilms, and I have no involvement with the company's management. My family and I have simply enjoyed CleanFilms, and appreciate the service they provide. Please respect our rights and allow us to continue enjoying this service.

Sincerely,

Douglas F. Prawitt, Ph.D., CPA
65 North 1000 East
Mapleton, UT 84664
1-801-489-3855

**EXHIBIT A**