## Michael Wiggins

**From:** CleanNews Vol. 7 [help@cleanfilms.com]
**Sent:** Wednesday, July 06, 2005 12:00 PM
**To:** melder7@comcast.net.
**Subject:** "Big Fish" - This movie is a catch!



Regular updates on Hot New Releases, Discounts on DVDs & more!

WWW.CLEANFILMS.COM



**RENT**

**SALE! $17.95**

**Watch Preview:**

<u>28k</u> | <u>56k</u> | <u>100k</u>

### "Big Fish" - This movie is a catch!

When I sat down with my children to watch "Big Fish," I was worried about subjecting my family to a Tim Burton film. To my surprise, "Big Fish" is a worthy movie featuring superior acting talents, most notably by Ewan McGregor. After seeing this movie, our family discussed topics such as dealing with a dying family member, tall tales, holding grudges (the character Will and his father didn't talk for three years following an argument), and the role of fate.

The plot is simple to describe -- A man has difficulty coming to terms with his dying father when it seems that all of his life stories are tall tales.

I was happy that over a dozen profane words (including crude or suggestive ones), nonsexual nudity, and a boy reading Playboy magazine, etc. were all filtered from the movie. It allowed us to discuss the real issues of the movie and not be lost in the distractions so prevalent in today's movies. I recommend this movie in filtered form as a great addition to any family's DVD library. I have bought my own filtered copy. At the very least, a family needs to rent it.

Greg
Dallas, TX

**Is there a CleanFilms movie you love?**



Buy Great DVD's at Hot Prices!



EXHIBIT
B

8/22/2005

**Tell us about it! Send your review to customer_reviews@cleanfilms.com and get a chance to win a free month of rental service!**



## New Releases

The following New Releases are now available for rent or sale at **www.CleanFilms.com**:



| Movie Title | Original Rating |
|---|---|
| Diary of a Mad Black Woman | PG-13 |
| Alone in the Dark | R |
| Are We There Yet | PG |
| The Aviator | PG-13 |
| Be Cool | PG-13 |
| Beyond the Sea | PG-13 |
| Boogeyman | PG-13 |
| In Good Company | PG-13 |
| Son of the Mask | PG |
| Miss Congeniality 2 | PG-13 |

### Click here to see more Red Hot Deals!

## Cleaning DVDs

If a DVD will not play, it could be dirty. Try cleaning the disc with a damp, non-abrasive, lint-free cloth. Do not use any harsh or abrasive chemicals or cleaning agents. Wipe the disc carefully in a straight line from the inside hole to the outer edge. Never use a circular motion when cleaning a disc.

Always be sure to store the disc inside its protective DVD sleeve when not in use. And, of course, keep your DVD's away from extreme heat or direct sunlight.

**Click here** for a full list of CleanFilms new releases.

  

Trouble viewing this email? Go to:
http://www.maildogmanager.com/page.html?p=0000015Fu8vt1G5UsrPWmZ/3sq+31tbVX0aGl=

You gave **CleanFilms, Inc.** permission to send you this email. Please add help@cleanfilms.com to your address book or safe sender list.
38 North Merchant Street PO Box 537, American Fork, UT 84003, USA
Review our Privacy Policy and Acceptable Use Policy.
Unsubscribe or manage your Subscription Preferences.

 Instantly created and delivered by CleanFilms, Inc.'s Mail Dog!