----- Original Message -----
**From:** Dan Harasty
**To:** help@cleanfilms.com
**Sent:** Friday, August 19, 2005 2:23 PM
**Subject:** Help Center Contact Form: legal campaign letter

**Customer Information**
---------------------
**Customer Type:** Rental
**Customer ID:** 30363
**Name:** Dan Harasty
**Email:** dharasty@pobox.com

**Original Search Terms:**
legal campaign letter

**Message:**
-------------------------------------------------------------------------
To the President and Board of CleanFilms,

I have participated in your support of the Family Movie Act by using your web site. However, I editted my response heavily, and have attached it for your information.

The matter for me is that some material is inappropriate for my kids. I'm do not find violence and sexual situations offensive... just inappropriate for my kids.

In fact, I'm borderline libertarian, and would defend free speech rights to the inclusion of pornography. Not because I think pornography is good for our society, but rather because I think free speech is. You may wish to consider that not all CleanFilms subscribers are quite as conservative as your boilerplate letter makes us out to sound.

Thanks,

Dan Harasty

-------------------------------------------------------------------------
(my letter in support of CleanFilms)

I am a member of the CleanFilms family-filtered movie club.

Movie studios are making many movies, suited to the tastes of the mass market.

However, I don't think like the masses, and I would prefer that my kids get a "tamer" version of many popular movies. We can, legally: we can rent a movie for the kids from a service that does not edit the films, sit with them, and fast forward though the inappropriate parts.

Or we can rent a film from a service from CleanFilms, which has already done the "fast forwarding".

Either way, the studio makes the same amount of money: they sell a single copy of a DVD to a rental service, so that service can rent it to me.

I understand that the Court is considering the Movie Studios' request to impose a permanent injunction on CleanFilms to prevent it from providing my family and me with edited movies. We strongly ask the Court not to impose the injunction, as there is no basis for this in the claim of monetary loss. To the contrary, many of these films I would NOT have rented without editting. Thus, CleanFilm's service represents and economic gain to the studios.

Please do not enjoin the company so that our family can continue to be part of this needed service of having small amounts of inappropriate material filtered out of movies for us.

Thank you for your consideration.
-------------------------------------------------------------------------

I am using the free version of SPAMfighter for private users.
It has removed 310695 spam emails to date.
Paying users do not have this message in their emails.
Try SPAMfighter for free now!

**EXHIBIT C**