**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

      Plaintiffs,

and

NOVA GROUP, INC. d/b/a/ TRILOGY STUDIOS, INC., et al.,

      Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

      Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

      Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**(PROPOSED) ORDER DENYING DEFENDANT STUDIOS' MOTION FOR
SUMMARY JUDGMENT**

---

2

THIS MATTER came on Defendant Studios' Motion for Summary Judgment, the Court having reviewed the pleadings filed with respect to that motion, including the Counterclaim Defendant CleanFilms, Inc.'s Response, as well as other parties' responses (if any), and the Defendant Studios' Reply (if any), along with the declarations and exhibits submitted in support of those pleadings, and the files on record with this Court, and otherwise being fully advised in the premises,

It is hereby ORDERED that:

1.  Defendant Studios' Motion for Summary Judgment is DENIED in its entirety;

It is hereby further ORDERED that:

2.  Defendant Studios' Motion for Summary Judgment against CleanFilms, Inc.'s "other affirmative defenses," including laches, waiver and estoppel is DENIED.

It is hereby further ORDERED that:

3.  Defendant Studios' Motion for Permanent Injunction against CleanFilms, Inc. is DENIED.


DATED this _____ day of _____ 2005.

_____
Judge Richard P. Matsch

2

Presented by:

_s/H. Troy Romero_____
H. Troy Romero, WSBA #19044
ROMERO MONTAGUE P.S.
155 – 108th Avenue NE, Suite 202
Bellevue, WA  98004
(425) 450-5000
(425) 450-0728 facsimile
E-mail: tromero@romeromontague.com

_s/Michael E. Wiggins_____
Michael E. Wiggins, WSBA #31921
ROMERO MONTAGUE P.S.
155 – 108th Avenue NE, Suite 202
Bellevue, WA  98004
(425) 450-5000
(425) 450-0728 facsimile
E-mail: mwiggins@romeromontague.com

ATTORNEYS FOR COUNTERCLAIM DEFENDANT CLEANFILMS, INC.