IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYN-MAYER STUDIOS, Inc., et al.,

    Co-defendants and Counterclaimants.

_____

**REPLY DECLARATION OF JACQUES M. RIMOKH IN FURTHER SUPPORT OF THE MOTION PICTURE STUDIO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**
_____

**<u>DECLARATION OF JACQUES M. RIMOKH</u>**

    I, Jacques M. Rimokh, declare as follows:

1. I am a member of Loeb & Loeb LLP, counsel for the Motion Picture Studio Defendants. I submit this reply declaration in further support of their motion for partial summary judgment. I have personal knowledge of the facts set forth herein.

2. Attached hereto as Exhibit A is a true and correct copy of the relevant excerpts from the deposition of Richard Teraci of Family Flix, dated October 16, 2003.

3. Attached hereto as Exhibit B is a true and correct copy of the relevant excerpts from the Copyright Office *DMCA Section 104 Report, A Report of the Register of Copyrights Pursuant to § 104 of the Digital Millennium Copyright Act*, August 2001, *available at* http://www.copyright.gov/reports/studies/dmca/sec-104-report-vol-1.pdf.

4. Attached hereto as Exhibit C is a true and correct copy of the relevant excerpts from the deposition of Ray Lines of CleanFlicks LLC, dated November 20, 2003.

5. Attached hereto as Exhibit D is a true and correct copy of the Status Conference Transcript of Proceedings, dated July 21, 2005.

6. Attached hereto as Exhibit E is a true and correct copy the House of Representatives report on the Fair Use of Copyrighted Works (H.R. Rep. No. 102-836 at 3 & n.3 (August 11, 1992) (available at 1992 WL 199748 (Leg. Hist.)).

I declare under penalty and perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 22nd day of September, 2005 in New York, New York.

_____/s/_____

JACQUES M. RIMOKH

## **CERTIFICATE OF SERVICE (CM/ECF)**

TIMOTHY B. CUMMINS, certifies as follows under penalties of perjury:

1. I am not a party to this action and am over 18 years of age.

2. On September 22, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System which will send notification of such filing to the following e-mail addresses:

**Jeffrey Nahinu Aldous**
ALDOUSJEFF@aol.com

**Christopher P. Beall**
cbeall@faegre.com

**Eric Michael Bono**
EricB@bairdkiovsky.com

**Andrew P. Bridges**
abridges@winston.com

**Cameron T. Chandler**
ctc@benningtonjohnson.com

**Bennett L. Cohen**
bcohen@stklaw.com

**Kathleen E. Craigmile**
kec@benningtonjohnson.com

**Erika Zimmer Enger**
enger.ericka@dorsey.com

**Carolyn J. Fairless**
fairless@wyklaw.com

**Natalie Hanlon-Leh**
Nhanlon-leh@faegre.com

**Thomas P. Howard**
thoward@thowardlaw.com

**James W. Hubbell**
jhubbell@khgk.com

**Thomas B. Kelley**
tkelley@faegre.com

**Nathan Michale Longenecker**
longenecker@twhlaw.com

**Scott Joseph Mikullecky**
Smikulee@sah.com

**Darwin (D.J.) K. Poyfair**
djpoyfair@stklaw.com

**David N. Schachter**
dschachter@sah.com

**Mark A. Wielga**
wielga@twhlaw.com

**Jonathan Zavin**
jzavin@loeb.com

3. I further certify that I have deposited the document in the U.S. Mail, sufficient postage prepaid, to the following non CM/ECF participants:

Ernest J. Getto
Latham & Watkins
505 Montgomery Street
San Francisco, CA  94111

       Jennifer Anne Schaffner
       Shughart, Thomson & Kilroy, P.C.
       1050 17th Street
       Denver, CO  80265


Dated:  New York, New York
       September 22, 2005

                                             /s/_____
                                              Timothy B. Cummins