# EXHIBIT A

```
00001
 1            IN THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF COLORADO

 3

 4  ROBERT HUNTSMAN and CLEAN   )
    FLICKS OF COLORADO, L.L.C., )
 5                              )
          Plaintiffs,           )
 6                              )
       vs.                      ) Civil Action No.
 7                              ) 02-M-1662 (MJW)
    STEVEN SODERBERGH; ROBERT   )
 8  ALTMAN, et al.,             )
                                )
 9        Defendants.           )
    _____)
10                              )
    AND ALL RELATED MATTERS.    )
11  _____)

12

13

14

15         DEPOSITION OF RICHARD DOUGLAS TERACI

16                  Phoenix, Arizona

17               Thursday, October 16, 2003

18                     Volume 1

19

20

21

22

23
   Reported By:
24  Marianna Donner
    CSR No. 7504
25  JOB No. 203882
```

00027
1  your dissatisfaction, anything other than words left in?
2      So we're more specific, when you say "words
3  left in," you mean words that --
4  A   Profanity words.
5  Q   Profanity.
6      Other than some profanities that were included
7  in the film still with the Clean Flicks, were there any
8  other issues with the editing that you had?
9  A   We felt that there was also some sexual
10 innuendoes that we felt were -- well, we knew our
11 customers didn't like that were left in the movie, too.
12 Q   What do you mean by "sexual innuendo"?
13     MR. WRIGHT:  Objection; relevance.
14     THE WITNESS:  Just, you know, it's really hard to
15 describe that probably.  I would have to probably find
16 something in a movie just kind of going through to
17 really show.  It's just -- I really couldn't give you a
18 good example right now.
19 BY MR. CARBONE:
20 Q   Is it fair to say that at least your view
21 between Family Flix and Clean Flicks, it was your view
22 that Clean Flicks was more permissive than you would be
23 with its editing?
24     MR. WRIGHT:  Objection as to form; objection,
25 leading.

00028

1   THE WITNESS: Permissive?

2  BY MR. CARBONE:

3   Q   Meaning that they left more things in that you

4  would have taken out of the movie.

5   MR. WRIGHT: Same objection.

6   THE WITNESS: Correct.

7  BY MR. CARBONE:

8   Q   Now, at the time -- withdrawn.

9     All of your orders with Clean Flicks, all of

10  your purchases, were they just made over the phone or

11  how did you communicate?

12   MR. WRIGHT: Objection as to form.

13   THE WITNESS: I believe it was over the phone.

14  BY MR. CARBONE:

15   Q   And what exactly did you purchase from Clean

16  Flicks? And let me -- well, withdraw the question.

17     When you would make an order with Clean Flicks,

18  for example, of a particular title, what did they send

19  you?

20   A   We purchased VHS movies, so we would receive

21  the edited version of the movie.

22   Q   And did the order that you made to Clean Flicks

23  include any original unedited copies of the films, the

24  VHS films?

25   A   No.

00093
1  had -- we wouldn't want to sacrifice the quality of the
2  movie by adding all of the additional --
3    Q   How about the -- I'm sorry. Were you finished
4  with your answer? I didn't mean to --
5    A   Yeah.
6    Q   How about the menu structure? I'm sure you are
7  familiar that some DVD's have animated menus when you
8  pop them in.
9        Do you maintain the animated menus?
10   A   We do not currently.
11   Q   Have you ever?
12   A   Haven't yet.
13   Q   And the scene selection or chapter structure,
14  are you able to maintain that, the chapter selection
15  function of the DVD?
16   A   Not currently.
17   Q   Have you ever been able to?
18   A   No.
19   Q   Do you plan to do so in the future?
20   A   Yes, we do.
21   Q   Are you able to do so now?
22   A   No.
23   Q   Now, after you've completed editing the film --
24  well, let me step back.
25        What editing techniques do you use at Family

00094

1  Flix?  And maybe I can -- my understanding is that there
2  are various muting profanities and perhaps skipping
3  video content that you might find objectionable or you
4  think your customers do.
5      Other than those two techniques, do you use
6  anything other than muting and skipping?
7  A   Well, we're able to blend the audio between
8  edits, so it's smoothed out.  I mean, these are things
9  we didn't have really the capabilities, you know, when
10 we first started that we do now.  There's a lot less
11 mutes in our movies.  They are much smoother.  Our newer
12 titles generally have just a couple mutes in the entire
13 movie.
14 Q   Okay.  So you mentioned the blend audio, and
15 I'll ask you more about it.
16     Are there any other techniques that you use;
17 muting, skipping, and blending audio?
18 A   No.
19 Q   Do you do any black barring, obscuring images
20 on the screen?
21 A   No.
22 Q   For example, let me just -- and I apologize if
23 this is graphic.
24     If there was a nude woman on the screen, but
25 for whatever reason you believed it was an important

00095
1  scene in a film, would you have the capability of
2  perhaps putting a black bar over the content you wanted
3  to obscure?
4     A   We probably could.
5     Q   But you have not done so to date?
6     A   Correct.
7     Q   Now, you mentioned blending audio. What do you
8  mean by that?
9     A   Transition of -- transition of the scene, you
10  know, into the next scene. Generally you will have
11  different music or, going into another scene, different
12  sound. Instead of just having a straight cut, I mean
13  you are able to blend the previous scene with the next
14  scene so it's just smooth, so you really don't notice
15  any type of change in the audio at all.
16    Q   Can you give me an example of how that works,
17  what that is, blending audio?
18    A   Like how we would do --
19    Q   Maybe a specific example that you can recall
20  that you've worked on.
21    A   I don't have any specific examples, but I could
22  just say it's -- it's a standard -- you know, it's
23  definitely a standard practice of when you are editing
24  out -- let's say, you edit out, you know, a scene or --
25  and you have the next scene. They will either -- you

00096
1  will see a transition sometimes, just kind of
2  transitions into the next scene.  We are able to do the
3  same thing with the audio, just -- just basically smooth
4  it out.  You don't know there's been an edit or a cut in
5  the sound.  There's no jump in the sound.  There's a
6  smooth audio.
7    Q   And the -- so -- maybe I'll step back a minute.
8        Blending audio is a technique that you would
9  use to deal with audio content in a film that you found
10 objectionable that you wanted to edit out?
11   A   Well, you are taking out the audio, and you are
12 taking out the video when you make a cut, so you've got
13 a piece missing.  So when you piece those -- you take
14 those two ends and you piece it together, generally you
15 are not going to have a sound.  If there's background
16 music or so forth that's not -- not the same or it's a
17 little higher, a little lower, you are able to smooth
18 that out.  I think they call that cross-fading.
19   Q   How did you learn how to do it, blending audio
20 and cross-fading?
21   A   Just reading the manuals, Media 100 manuals.
22   Q   Had you had any experience using Media 100
23 before you were capturing and editing motion pictures?
24   A   No.
25   Q   And once you completed your edits of a DVD

Teraci, Richard (Family Flix) 10/16/2003                Page 96

00097
1  film, tell me how the additional copies are made for
2  distribution to your customers or to your -- the
3  copies -- the individuals or companies you supply.
4     A   For DVD?
5     Q   Yes.
6     A   We have units that are designed to burn -- burn
7  additional -- make -- burn a copy of our completed
8  edited version.
9     Q   And --
10    A   I guess you could say DVD tower or some type of
11 system designed to be able to --
12    Q   Is that DVD tower connected to the Media 100
13 system?
14    A   No.
15    Q   Some of these questions are a bit basic.
16       At the time you originally capture the film in
17 its unedited version to the original DVD, is there a
18 file created on the editing system that contains that
19 data, the digitally streamed data?
20    A   I'm not sure exactly how the process works, how
21 it stores it.  You know, you capture the movie, it sends
22 the movie to -- digitizes it into a digital format and
23 stores it on a hard drive.
24    Q   On the hard drive of your Media 100?
25    A   Of your computer.  Media 100 is just a piece of

00155

1  edited, so it's -- sure. You can do it, if you wanted
2  to.
3    Q   I'm not -- I'll move to strike the answer as
4  nonresponsive.
5        I understand you have a business model that
6  where you claim that you buy an original for every
7  edited movie you purchase.
8        My question is: In terms of the physical
9  process in what you need to do to make an edited
10 version, there's nothing that requires you, at least
11 from a mechanical standpoint, to have an original in
12 your hand before you can print out an edited copy,
13 right?
14   A   That's correct.
15   Q   I mean, one could, or you could, purchase one
16 copy of "Insomnia," and you could make an unlimited
17 number of edited DVD's, correct?
18   A   Sure. Correct.
19   Q   But it's part of your defense in this action
20 that you actually -- for every disk that comes out of
21 your disk tower, every edited copy, you have another
22 original that you've purchased?
23   A   That's 100 percent correct.
24   Q   Other than your testimony, Mr. Teraci, what
25 evidence do you have of that?