# EXHIBIT C

1

1    IN THE UNITED STATES DISTRICT COURT

2    FOR THE DISTRICT OF COLORADO

3  Civil Action No. 02-M-1662 (MJW)

4  ROBERT HUNTSMAN, et al.,

5  Plaintiffs,

6  v.

7  TRILOGY STUDIOS, INC.,    Deposition of:

8  et al.,

9    Ray Lines

10  Counterclaim Defendants,

11  v.

12  STEVEN SODERBERGH, et al.,

13  Defendants,

14  and

15  THE Directors Guild OF

16  AMERICA,

17  Defendant-in-Intervention and

18  Counterclaimant-in-Invention.

19    November 20, 2003; 9:17 a.m.

20    Location: Ray, Quinney & Nebeker

21  36 South Main Street, 1400 Beneficial Life Tower

22    Salt Lake City, Utah

23  Reported by Susette M. Snider, RPR, CRR

24  and Notary Public in and for the State of Utah

25

62

1  interim version by DVD-R?

2  A.   That's correct.

3  Q.   Where are these metal tape masters

4  maintained?

5  A.   They're at CleanFlicks.

6  Q.   And there's a metal tape master for each

7  film that you edit?

8  A.   That's correct.

9  Q.   And is there only one? Is there one metal

10 tape master?

11 A.   There's one, yeah.

12 Q.   Have you ever done any alternate edited

13 versions?

14 A.   No -- oh, well, that's not true.  We did --

15 the first Matrix movie we did a wide screen version

16 and a full screen version.

17 Q.   Other than the wide screen, was there any

18 difference in the content?

19 A.   No.

20 Q.   Have you -- getting back to the actual

21 editing itself, what editing techniques do you use at

22 CleanFlicks?

23 A.   First of all, we have a standard that we go

24 by which is on screenit.com, which is a Web site for,

25 I guess, parents to look at to see what's in a movie

63

1  and screen it. It shows you every swear word, every

2  sex scene, every violence scene. It will give you the

3  number of swear words. It does it chronologically so

4  you know pretty much where in the movie everything

5  occurs.

6      So we go through ScreenIt and make notes

7  for what we want taken out, which is all of the -- all

8  of the profanity, all of the swear words, any deity

9  references that -- that are taken in vain, any sex and

10 nudity and then gory violence. And so that's --

11 that's the standard that we go by.

12     And then the way we do the editing, we

13 either do a cut edit, which takes the scene out of the

14 movie, or we will do where you can put natural -- take

15 the audio out, put natural sound or leave natural

16 sound in, and so, you know, their lips move but you

17 don't hear the swear word, or use a cutaway shot to

18 cover up when their lips are moving. But that's --

19 that's pretty much it.

20 Q.  Okay.

21 A.  It's -- it's much like you would see on

22 network television when they edit a film. It's the

23 same -- same stuff.

24 Q.  Let me make sure I understand. The cut

25 edits is when you would omit or delete video content

64

1  from a particular portion of a movie; is that correct?

2  A.  That's correct.

3  Q.  And a mute -- muting audio would be just,

4  you know, muting a particular word or two or --

5  A.  We -- we don't mute anymore. We -- we --

6  I'm sorry. We do mute the swear word, but we -- we

7  fill in with natural sound, the natural sound that --

8  that's right there on the -- on the -- on the -- on

9  the movie. And so we just -- we do mute the -- the --

10  the word that you hear but not the ambient sound.

11  Does that make sense?

12  Q.  Oh, so you're able to separate out and

13  leave the rest of the background, whatever it is going

14  on, so if someone, for example, were to -- in the

15  middle of a street and there was cars going back and

16  forth, you'd still hear the cars but not their

17  cursing, perhaps?

18  A.  That is correct.

19  Q.  Has that been -- has that been an evolving

20  process, I mean your ability to do that, or is that

21  something you've always been able to do?

22  A.  No. When we first started, we would just

23  drop the volume, so there would be these dead -- these

24  dead spots in the audio. But, gosh, for at least --

25  at least a year, year and a half, we've been able to

65

1  do the natural sound thing.

2      So it's -- it's really a seamless process.

3  You know, most people that watch these movies say, I

4  didn't even see any edits in this. What's the deal?

5  We showed Training Day to a reporter from The Wall

6  Street Journal, and she watched it and said, Where are

7  the edits here? So I feel good about that.

8  Q.   You mentioned cutaway shots. What does

9  that refer to? What does that mean?

10  A.   Let's say there's a shot of two people

11  talking, and a cutaway would be a shot of the person

12  that's not doing the talking, just kind of staring

13  there, looking at them. And so maybe this

14  conversation goes on for a couple of minutes. There

15  might be two or three cutaway shots of this person

16  just staring at the person doing the talking, and we

17  can use that over the top of the person talking that

18  maybe says a swear word or something. Does that --

19  does that make sense to you?

20  Q.   Almost.

21  A.   Yeah. Well, while I was just talking just

22  now, you were staring at me. And if the camera had

23  shots of you just like you are right now just staring

24  at me and I said a -- and I said a swear word and then

25  kept on talking, at CleanFlicks we would take out me

66

1 saying that swear word, but there'd be a jump. We
2 cover that with your -- a shot of you just sitting
3 there, nodding and looking at me as a cutaway shot.
4 Q. And in terms of the cutaway shots that
5 you're able to use at CleanFlicks, is that something
6 that's already -- I take it already in the film in its
7 original form?
8 A. That's correct.
9 Q. And you're able to displace that or use it
10 in another place?
11 A. That's correct.
12 Q. So you add a different video image than was
13 actually in the original film?
14 A. No. It is -- it is in the film. I mean
15 it's right in that particular scene. Like -- like
16 let's say you and I were on a -- in a movie and we
17 were talking right now. And I'm talking, and you're
18 talking. And you're nodding, and I'm nodding at you.
19 If I -- if I wanted to do an edit from something that
20 I had said, I'd just use a shot of you right there in
21 that scene and cover up that shot. I wouldn't -- I
22 wouldn't use something later on in the movie or an
23 hour later in the movie. I'd use it from that scene
24 right there.
25 Q. But it is a different video image than was

67

1  displayed on the original film that you were putting
2  in, correct?
3  A.   No. It's -- it's the video image that is
4  in the original film that's in that scene that you're
5  editing.
6  Q.   In a different --
7  A.   It's just in a different sequence.
8  Q.   -- chronological sequence?
9  A.   Yeah, that's true.
10  Q.   And the purpose of that is to avoid
11  lip-reading
12  A.   That and to cover up a jump -- a jump cut.
13  Q.   Other than those three methods of editing,
14  are there any other techniques that you use in -- in
15  your process?
16  A.   You know, there -- there probably is, but
17  those are the ones we use the most. We -- we do do
18  some audio dissolves and some -- some video dissolves
19  and -- and things like that. We -- we do some things
20  where you cover up with -- with black bars or black to
21  cover up nudity or things like that. That's pretty
22  much it.
23  Q.   So you do do the black barring technique
24  where -- and why would you use that instead of a cut
25  edit?

68

1  A.  Sometimes there's dialogue in a film that
2  can't be taken out. And maybe somebody's standing
3  there naked in the shower, talking, and this dialogue
4  is critical to the theme of the movie or the plot, or
5  whatever. And so you don't want to leave -- you don't
6  want to take that out, so you'll just -- you know, you
7  can do either a fog-type thing where you fog up the
8  shower so that you can't see the person's naked or
9  something like that, you know, because you don't want
10 to take that scene out.
11 Q.  Can you think of any specific instances
12 where you've done that using fog or a black bar?
13 A.  Well, we just did -- what did we just do?
14 We just did -- brother. We just did Dumb and Dumber,
15 the second Dumb and Dumber movie. There's a scene
16 right at the beginning where he's standing there naked
17 in the shower. And so we did a -- we did a technique
18 there where -- where it covered up him in the shower
19 so that he didn't look like he was -- you couldn't
20 tell that he was naked.
21 Q.  But, otherwise, the scene was -- presumably
22 you did that because you felt the scene was important
23 enough that you didn't want to cut it out?
24 A.  Yeah, that's correct.
25 Q.  What's your current relationship with