## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01662-MJW-RPM

ROBERT HUNTSMAN,
CLEAN FLICKS OF COLORADO, LLC
      Plaintiffs,

and

CLEAN CUT CINEMAS,
CLEANFLICKS,
et al.,
      Counterclaim Defendants

v.

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
      Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
      Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYWN-MAYER STUDIOS, Inc.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, Inc.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, Inc.,
TWENTIETH CENTURY FOX FILM Corporation, and,
PARAMOUNT PICTURES Corporation,
Co-defendants and Counterclaimants.

---

## STIPULATION OF DISMISSAL

---

WHEREAS Plaintiff/Counterclaim-Defendant Robert Huntsman ("Huntsman") has asserted certain claims against Defendants and Counterclaimants, The Directors Guild of America, Inc. (the "DGA"), Robert Altman, Michael Apted, Taylor Hackford, Curtis Hanson, Norman Jewison, John Landis, Michael Mann, Phillip Noyce, Sydney Pollack, Robert Redford, Martin Scorsese, Brad Silberling, Steven Soderbergh, Steven Spielberg, Betty Thomas and Irwin Winkler (the "Directors") (collectively, with the DGA, the "Director Parties") by way of his Second Amended Complaint dated October 28, 2002; and

WHEREAS the Director Parties have asserted certain counterclaims against Plaintiff/Counterclaim-Defendant Robert Huntsman ("Huntsman") by way of their Second Amended Counterclaims;

WHEREAS the parties hereto agree that the Family Movie Act of 2005 (Title II of the Family Entertainment and Copyright Act of 2005), which was enacted in April 2005, amended the United States Copyright Act (Copyright Act, 17 U.S.C. $ 110), has mooted the Director Parties' claims asserted in this action against Huntsman and Huntsman's claims against the Director Parties:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to the provisions of Fed. R. Civ. P. 41, that all of Huntsman's claims against the Director Parties, and all of the Director Parties' counterclaims against Huntsman, be dismissed, with prejudice, and with each party to bear its own costs, expenses and fees, including but not limited to attorneys' fees. This stipulation is solely effective as to the claims asserted by the Director Parties against

Huntsman and by Huntsman against the Director Parties in this action, and shall not

constitute the dismissal of any claim as against any other party to this action.

DATED: August 29, 2005.

TEMKIN WIELGA HARDT & LONGENECKER LLP

SHERMAN & HOWARD, LLC

By:  s/ Mark Wielga
     Mark Wielga
     Nathan Longenecker
1900 Wazee Street, Suite 303
Denver, Colorado 80202
Telephone:    (303) 292-4922
Facsimile:    (303) 292-4921

By:  s/ David N. Schachter
     David N. Schachter
633 17th Street, Suite 3000
Denver, Colorado 80202
(303) 297-2900
(303) 298-0940 – Fax

*Attorneys for Robert Huntsman*

LATHAM & WATKINS LLP
     Ernest J. Getto
     Daniel Scott Schecter
633 W. Fifth Street, Suite 4000
Los Angeles, California 90071
Telephone:    (213) 485-1234
Facsimile:    (213) 891-8763

DIRECTORS GUILD OF AMERICA, INC.
     Robert S. Giolito, General Counsel
7920 Sunset Boulevard
Los Angeles, California 90046
Telephone:    (310) 289-2048
Facsimile:    (310) 289-2031

*Attorneys for Defendants and Counterclaimants The Directors Guild of America, Inc., Robert Altman, Michael Apted, Taylor Hackford, Curtis Hanson, Norman Jewison, John Landis, Michael Mann, Phillip Noyce, Sydney Pollack, Robert Redford, Martin Scorsese, Brad Silberling, Steven Soderbergh, Steven Spielberg, Betty Thomas and Irwin Winkler*

## CERTIFICATE OF MAILING

I hereby certify that on September 28, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

wielga@twhlaw.com; longenecker@twhlaw.com
Mark A. Wielga, Esq.
Nathan M. Longenecker, Esq.
Tempkin Wielga and Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202

myablonovich@initiativelegal.com
Mark Yablonovich, Esq.
Initiative Legal Group, LLP
1875 Centruy Park East, #1800
Los Angeles, CA 90067

erniegetto@lw.com
Ernest Getto, Esq.
Latham and Watkins
633 West 5th Street, Suite 4000
Los Angeles, CA 90071

jzavin@loeb.com
Jonathan Zavin, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY 10154

cbeall@faegre.com; nhanlon-leh@faegre.com; tkelley@faegre.com
Christopher P. Beall, Esq.
Natalie Marie Hanlon-Leh, Esq.
Thomas Buchan Kelley, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

4

abridges@winston.com
Andrew P. Bridges, Esq.
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111

djpoyfair@stklaw.com
Shughart, Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, CO  80265

ctc@benningtonjohnson.com; kec@benningtonjohnson.com
Cameron T. Chandler, Esq.
Kathleen Craigmile, Esq.
Bennington, Johnson, Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO  80202

bcohen@stklaw.com
Bennett L. Cohen, Esq.
Shugart, Thomson & Kilroy, P.C.
1050 17th Street, #2300
Denver, CO  80265

enger.erika@dorsey.com
Ericka Zimmer Enger
Dorsey & Whitney, LLP-Colorado
370 17th Street, #4700
Denver, CO  80202-5647


                          s/  Kismet E. Skolnicki