IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01662-RPM-MJW

ROBERT HUNTSMAN,
CLEAN FLICKS OF COLORADO, LLC
    Plaintiffs,

and

CLEAN CUT CINEMAS,
CLEANFLICKS,
et al.,
    Counterclaim Defendants
v.

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
    Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYWN-MAYER STUDIOS, Inc.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, Inc.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, Inc.,
TWENTIETH CENTURY FOX FILM Corporation, and,
PARAMOUNT PICTURES Corporation,
    Co-defendants and Counterclaimants.

---

## STIPULATION OF DISMISSAL

---

WHEREAS Plaintiff/Counterclaim-Defendant Robert Huntsman ("Huntsman") has asserted certain claims against the Co-defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, the "Motion Picture Studios") by way of his Second Amended Complaint dated October 28, 2002; and

WHEREAS the Co-defendants/Counterclaimants Motion Picture Studios have asserted certain counterclaims against Plaintiff/Counterclaim-Defendant Robert Huntsman ("Huntsman") by way of their First Amended Counterclaims dated March 31, 2003;

WHEREAS the parties hereto agree that the Family Movie Act of 2005 (Title II of the Family Entertainment and Copyright Act of 2005), which was enacted in April 2005, amended the United States Copyright Act (Copyright Act, 17 U.S.C. § 110), has mooted the Motion Picture Studios' claims asserted in this action against Huntsman and Huntsman's claims against the Motion Picture Studios:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel and pursuant to the provisions of Fed. R. Civ. P. 41, that Huntsman's claims against the Motion Picture Studios, and the Motion Picture Studios' counterclaims against Huntsman, be dismissed, with prejudice, and with each party to bear its own costs, expenses and fees, including

but not limited to attorneys' fees. This stipulation is solely effective as to the claims asserted by the Motion Picture Studios against Huntsman and by Huntsman against the Motion Picture Studios in this action, and shall not constitute the dismissal of any claim as against any other party to this action.

DATED:    July 28, 2005.

| LOEB & LOEB LLP | SHERMAN & HOWARD, LLC |
|---|---|
| By  s/ Jonathan Zavin<br>Jonathan Zavin<br><br>345 Park Avenue<br>New York, New York 10154<br>(212) 407-4164<br>(303) 407-4990 – Fax<br><br>*Attorneys for*<br>*Metro-Goldwyn-Mayer Studios Inc.,*<br>*Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.),*<br>*Sony Pictures Entertainment Inc.,*<br>*Disney Enterprises, Inc.,*<br>*DreamWorks L.L.C.,*<br>*Universal City Studios LLLP,*<br>*Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation* | By  s/ David N. Schachter<br>David N. Schachter<br><br>633 17th Street, Suite 3000<br>Denver, Colorado 80202<br>(303) 297-2900<br>(303) 298-0940 – Fax<br><br>*Attorneys for*<br>*Robert Huntsman* |

NY431206.1
203351.10004

3

## CERTIFICATE OF MAILING

       I hereby certify that on September 28, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

       wielga@twhlaw.com; longenecker@twhlaw.com
Mark A. Wielga, Esq.
Nathan M. Longenecker, Esq.
Tempkin Wielga and Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202

       myablonovich@initiativelegal.com
Mark Yablonovich, Esq.
Initiative Legal Group, LLP
1875 Centruy Park East, #1800
Los Angeles, CA  90067

       erniegetto@lw.com
Ernest Getto, Esq.
Latham and Watkins
633 West 5th Street, Suite 4000
Los Angeles, CA  90071

       jzavin@loeb.com
Jonathan Zavin, Esq.
Loeb & Loeb, LLP
345 Park Avenue
New York, NY  10154

       cbeall@faegre.com; nhanlon-leh@faegre.com; tkelley@faegre.com
Christopher P. Beall, Esq.
Natalie Marie Hanlon-Leh, Esq.
Thomas Buchan Kelley, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

abridges@winston.com
Andrew P. Bridges, Esq.
Winston & Strawn LLP
101 California Street, Suite 3900
San Francisco, CA  94111

djpoyfair@stklaw.com
Shughart, Thomson & Kilroy, P.C.
1050 Seventeenth Street, Suite 2300
Denver, CO  80265

ctc@benningtonjohnson.com; kec@benningtonjohnson.com
Cameron T. Chandler, Esq.
Kathleen Craigmile, Esq.
Bennington, Johnson, Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO  80202

bcohen@stklaw.com
Bennett L. Cohen, Esq.
Shugart, Thomson & Kilroy, P.C.
1050 17th Street, #2300
Denver, CO  80265

enger.erika@dorsey.com
Ericka Zimmer Enger
Dorsey & Whitney, LLP-Colorado
370 17th Street, #4700
Denver, CO  80202-5647


                              s/ Kismet E. Skolnicki