THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 02-cv-01662-RPM-MJW

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.LC.,

    Plaintiff(s),

and

VIDEO II,
GLENN DICKMAN,
J. W.D. MANAGEMENT CORPORATION,
TRILOGY STUDIOS, INC.,
CLEANFLICKS,
MY CLEANFLICKS,
FAMILY SHIELD TECHNOLOGIES, LLC,
CLEARPLAY, INC.,
CLEAN CUT CINEMAS,
FAMILY SAFE MEDIA,
EDITMYMOVIES,
FAMILY FLIX, U.S.A., LLC. and
PLAY IT CLEAN VIDEO,

    Counterclaim-Defendants,

vs.

STEVEN SODERBERGH,
ROBERT ALTMAN,
MICHAEL APTED,
TAYLOR HACKFORD,
CURTIS HANSON,
NORMAN JEWISON,
JOHN LANDIS,
MICHAEL MANN,
PHILLIP NOYCE,
BRAD SILBERLING,
BETTY THOMAS,
IRWIN WINKLER,

MARTIN SCORSESE,
STEVEN SPIELBERG,
ROBERT REDFORD,
SYNDEY POLLACK,
METRO-GOLDWYN-MAYER STUDIOS, INC.,
TIME WARNER ENTERTAINMENT CO. L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, INC.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, INC.,
TWENTIETH CENTURY FOX FILM CORP., and
PARAMOUNT PICTURES CORPORATION,

    Defendant(s)

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant in Intervention and Counterclaimant in Intervention.

### ORDER

THIS MATTER, having come before the Court on Stipulation of Dismissal filed by Plaintiff/Counterclaim Defendant Robert Huntsman and Defendant/Counterclaimants Metro-Goldwyn-Mayer Studios, Inc., Warner Brothers Entertainment Inc., Sony Pictures Entertainment, Inc., Disney Enterprises, Inc., Dreamworks L.L.C., Universal Studios LLLP, Twentieth Century Fox Film Corporation and Paramount Pictures Corporation ("Studio Parties"), and the Court, having reviewed the same, being advised in the premises, hereby orders that the Motion is GRANTED, the claims of Robert Huntsman and the Counterclaims of the Studio Parties are dismissed with prejudice with each party to bear its own costs and attorney's fees.

DATED this 29th day of September, 2005.

BY THE COURT:

_____
District Court Judge