IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM-MJW

CLEAN FLICKS OF COLORADO, LLC,

        Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;

DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

---

### ORDER GRANTING UNOPPOSED MOTION TO FILE UNDER SEAL

---

By Unopposed Motion for Permission to File Under Seal, filed August 8, 2003 [Docket No. 206], the Motion Picture Studio Defendants requested permission to file their Response Brief, Declaration of Jonathan Zavin, Esq., and exhibits under seal. Subsequently, by Unopposed Motion to Unseal [Docket No. 207], the Motion Picture Studio Defendants requested that their Response Brief, but not the Zavin Declaration or exhibits, be unsealed. By Order dated August 26, 2003, this second unopposed motion was granted and the Response Brief was not sealed.

As there are no objections to the sealing of the Zavin Declaration or exhibits filed August 8, 2003, it is

ORDERED that the clerk shall seal the Zavin Declaration and exhibits as requested in the Unopposed Motion for Permission to File Under Seal [Docket No. 206].

DATED:  November 2, 2005

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge