# ROMERO MONTAGUE P.S.

### ATTORNEYS AT LAW

PACIFIC PLAZA
155-108th Avenue NE, Suite 202
Bellevue. Washington 98004
Telephone (425) 450-5000
Facsimile (425) 450-0728

EXCEL CENTRE
17140 Bernardo Center Dr., Suite 206
San Diego, California 92128
Telephone (760) 788-0965
tromero@romeromontague.com

*Via U.S. Mail*
September 13, 2005

Eric M. Kirby, Deputy Clerk
United States District Court For the District of Colorado
Alfred A. Arraj U.S. Courthouse
901 – 19th Street, Room A-105
Denver, CO 80294-3589

   **Re: Huntsman, et al v. Soderbergh, et al**
      **Case No. 02-CV-01662-RPM-MJW**
      Our Reference: CLEF 600

Dear Mr. Kirby:

Thank you for your letter dated September 8, 2005. We apologize for this inconvenience.

On August 2, 2005, I was admitted to practice in the United States District Court of Colorado as lead counsel for CleanFilms, Inc. I was admitted prior to the time we filed CleanFilms' responsive pleadings. Because Mr. Wiggins, an associate in my office helped me with the pleadings, his name was added below mine on the Memorandum. We now understand that this was in error under your Local Rules. We apologize for this error.

Enclosed please find a praecipe changing the signature page of our brief to just showing my name. We trust this action will satisfy the court's concern. If not, please let us know.

Thank you for your attention to this.

Very truly yours,
ROMERO MONTAGUE P.S.

H. Troy Romero

HTR/kk

cc: Michael Wiggins, Esq.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

     Plaintiffs,

and

NOVA GROUP, INC. d/b/a/ TRILOGY STUDIOS, INC., et al.,

     Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

     Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

     Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

## PRAECIPE FOR SIGNATURE PAGE FOR COUNTERCLAIM DEFENDANT CLEANFILMS, INC.'S OPPOSITION TO DEFENDANT STUDIOS' MOTION FOR SUMMARY JUDGMENT

1

TO THE CLERK OF THE COURT:

The attached electronic signature page to Counterclaim Defendant CleanFilms, Inc.'s Opposition to Defendant Studios' Motion for Summary Judgment, which pleading was filed with this Court on August 22, 2005 is intended to replace the previously filed signature page, which incorrectly contained the additional electronic signature of Michael E. Wiggins of Romero Montague P.S.

DATED this 13th day of September 2005.

ROMERO MONTAGUE P.S.

H. Troy Romero, WSBA #19044
155 – 108th Avenue NE, Suite 202
Bellevue, WA  98004
(425) 450-5000  ⟶  760 - 788 - 0965
(425) 450-0728 facsimile
tromero@romeromontague.com
Attorneys for CleanFilms, Inc.

2

to be technologically neutral).  For all of these reasons, this Court should refrain from enjoining CleanFilms in this case.

## CONCLUSION/REQUEST FOR ORAL ARGUMENT

As seen above and as will hopefully be argued in oral argument that is respectfully requested by CleanFilms, CleanFilms has not infringed the Studios' copyrights.  Further, even assuming arguendo that it had, it has asserted defenses that give rise to an analysis of facts which, when considered in the light most favorable to CleanFilms, cannot result in summary judgment in favor of the Studios.  Accordingly, this Court should dismiss the Studios' copyright infringement claim against CleanFilms or at a minimum, deny the Studios' Motion for Summary Judgment and allow this matter to proceed to trial on the merits.

Respectfully submitted this 22nd day of August 2005.

    s/H. Troy Romero
H. Troy Romero, WSBA #19044
ROMERO MONTAGUE P.S.
155 – 108th Avenue NE, Suite 202
Bellevue, WA  98004
(425) 450-5000
(425) 450-0728 facsimile
E-mail: tromero@romeromontague.com

ATTORNEYS FOR COUNTERCLAIM-
DEFENDANT CLEANFILMS, INC.