IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM

CLEAN FLICKS OF COLORADO, LLC,

        Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;

DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

---

### ORDER ON MOTIONS AND SETTING HEARING

---

Upon a review of the Clerk's files it appears that no orders have been entered on the "Motion for Permission to File a Portion of Exhibit L to the Declaration of Jonathan Zavin Under Seal," filed June 22, 2005 [Doc. # 251], and "Motion for Permission to Substitute Exhibits V and W to the Declaration of Jonathan Zavin," filed June 22, 2005 [Doc. # 253], to which there have been no objections. The Studio Defendants' motion for partial summary judgment is fully briefed. It is therefore

ORDERED that the Motion for Permission to File a Portion of Exhibit L to the Declaration of Jonathan Zavin Under Seal, filed June 22, 2005 [Doc. # 251], is granted and the Clerk shall seal that portion of Exhibit L to the Zavin Declaration as requested; it is

FURTHER ORDERED that the Motion for Permission to Substitute Exhibits V and W to the Declaration of Jonathan Zavin, filed June 22, 2005 [Doc. # 253], is granted and Exhibits V and W shall be substituted as requested; and it is

FURTHER ORDERED that a hearing on the Studio Defendants' motion for partial summary judgment is set for May 10, 2006, at 10:00 a.m. in Courtroom A of the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.

DATED: March 20, 2006

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior District Judge