**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-cv-1662-RPM**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a/ TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

_____

**MOTION FOR WITHDRAWAL OF COUNSEL**
_____

Pursuant to D.C.Colo.LCivR 83.3(D), Kathleen E. Craigmile, Cameron T. Chandler, the offices of Bennington Johnson Biermann & Craigmile, LLC, Mark F. Wright and the offices of Wright Law Group, PLLC (collectively, the "Movants") respectfully move for an order of this Court permitting them to withdraw as counsel in this action for Counterclaim-Defendant Family Flix USA, L.L.C. ("Family Flix"). As grounds for this motion Movants state:

1

1.      Movants originally entered their appearance in this matter on December 18, 2002.

2.      Bennington Johnson Biermann & Craigmile, LLC ("Bennington Johnson"), through Cameron T. Chandler, has incurred legal fees and costs in representing Family Flix in this action. Family Flix presently owes Bennington Johnson several thousand dollars in outstanding legal fees and litigation-related expenses and has disregarded an agreement or obligation to Bennington Johnson regarding the payment of such fees and expenses in this action.

3.      The Wright Law Group, through Mark F. Wright, has incurred legal fees and costs in representing Family Flix in this and other matters. Family Flix presently owes the Wright Law Group an amount in excess of $30,000 for legal services provided by the Wright Law Group in this case and other legal matters.

4.      Neither Bennington Johnson nor the Wright Law Group anticipates ever receiving payment from Family Flix for the outstanding legal fees and litigation-related expenses.

5.      Family Flix has been dissolved and received a Certificate of Termination from the State of Arizona Corporation Commission on November 9, 2005, a copy of which is attached hereto as Exhibit 1.

6.      Family Flix is not facing any pending deadlines in this action; however, Cameron T. Chandler will attend the Motions and Setting Hearing scheduled for May 10, 2006 in anticipation of the Court's approval of this Motion for Withdrawal.

7.       NOTICE IS HEREBY GIVEN to the former manager of Family Flix, Richard Teraci, of the withdrawal of Movants and Family Flix will be responsible for complying with all court orders and time limitations established by any applicable rules.

8.       NOTICE IS FURTHER GIVEN that Family Flix, as a legal entity, cannot appear without counsel admitted to practice before this Court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed against Family Flix.

WHEREFORE, for good cause shown herein, Movants Kathleen E. Craigmile, Cameron T. Chandler, the offices of Bennington Johnson Biermann & Craigmile, LLC, Mark F. Wright, and the offices of Wright Law Group, PLLC respectfully request that this Court issue an Order allowing each of the Movants to withdraw from this matter as counsel for Counterclaim-Defendant Family Flix USA, L.L.C.

Dated May 3, 2006

s/ Cameron T. Chandler
_____
Kathleen E. Craigmile
Cameron T. Chandler
BENNINGTON JOHNSON
BIERMANN & CRAIGMILE, LLC
370 17th Street, Suite 2480
Denver, CO  80202
(303) 629-5200

Mark F. Wright, Esq.
WRIGHT LAW GROUP, PLLC
7201 West Oakland, Suite 2
Chandler, AZ  85226
(480) 477-3788

## CERTIFICATE OF SERVICE

I hereby certify that on this May 3, 2006, I electronically filed the foregoing Motion of Withdrawal as Counsel with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
Andrew P. Bridges, Esq.

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO  80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO  80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT  84604

Andrew Bridges
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-105

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO  80027

D.J. Poyfair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO  80265

s/ Katie Simonson
_____