# STATE OF ARIZONA



Office of the
## CORPORATION COMMISSION

### CERTIFICATE OF TERMINATION

*To all to whom these presents shall come, greeting:*

*I, Brian C. McNeil, Executive Director of the Arizona Corporation Commission, do hereby certify that*

*\*\*\*FAMILY FLIX, USA L.L.C.\*\*\**

*An Arizona Limited Liability Company, on the* 9th *day of* November, 2005, *filed a Notice of Winding Up and hereafter, on this 9th day of November, 2005, filed articles of Termination, attesting that properties and assets have been applied and distributed pursuant to the Arizona Limited Liability Company Act.*

*IN WITNESS WHEREOF, I have hereunto set my hand and affixed the official seal of the Arizona Corporation Commission. Done at Phoenix, the Capital, this 14th Day of February, 2006, A. D.*



Executive Director

By _____

**EXHIBIT**
1