**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                      May 10, 2006
Courtroom Deputy:   J. Chris Smith
FTR Technician:       Kathy Terasaki
_____

Civil Action No. 02-cv-01662-RPM-MJW

| | |
|---|---|
| CLEAN FLICKS OF COLORADO, LLC, | Scott Mikulecky |
| Plaintiff, | |
| and | |
| CLEANFLICKS, LLC; | Mark Yablonovich |
| ASR MANAGEMENT CORPORATION, | H. Troy Romero |
| d/b/a CLEANFILMS f/k/a MYCLEANFLICKS; | |
| CLEAN CUT CINEMAS; | |
| FAMILY SAFE MEDIA; | |
| EDITMYMOVIES; | |
| FAMILY FLIX, USA, LLC; and | Cameron Chandler |
| PLAY IT CLEAN VIDEO, LLC, | Scott Mikulecky |
| Counterclaim Defendants, | |
| v. | |
| STEVEN SODERBERGH; | Mark Wielga |
| ROBERT ALTMAN; | |
| MICHAEL APTED; | |
| TAYLOR HACKFORD; | |
| CURTIS HANSON; | |
| NORMAN JEWISON; | |
| JOHN LANDIS; | |
| MICHAEL MANN; | |
| PHILLIP NOYCE; | |
| BRAD SILBERLING; | |
| BETTY THOMAS; | |
| IRWIN WINKLER; | |
| MARTIN SCORSESE; | |
| STEVEN SPIELBERG; | |
| ROBERT REDFORD; | |
| SYDNEY POLLACK; | |
| METRO-GOLDWYN-MAYER STUDIOS, INC.; | Jonathan Zavin |
| TIME WARNER ENTERTAINMENT CO., LP; | Natalie M. Hanlon-Leh |
| SONY PICTURES ENTERTAINMENT; | Thomas Kelley |
| DISNEY ENTERPRISES, INC.; | Simon Barsky - In House Counsel |
| DREAMWORKS LLC; | |
| UNIVERSAL CITY STUDIOS, INC.; | |
| TWENTIETH CENTURY FOX FILM CORP.; and | |
| PARAMOUNT PICTURES CORPORATION, | |
| Defendants-Counterclaimants, | |
| and | |
| THE DIRECTORS GUILD OF AMERICA, | |
| Defendant-in-Intervention and Counterclaimant-in-Intervention. | |

May 10, 2006
02-cv-01662-RPM

## COURTROOM MINUTES

**Motions Hearing**

**10:00 a.m.     Court in session.**

(Client representatives for Play It Clean Video, LLC and Family Flix, USA, LLC not present)

Court's preliminary remarks.

Mr. Mikulecky states the Court is correct that Clean Flicks of Colorado, LLC has agreed to the consent judgment and permanent injunction.

Statements by Mr. Mikulecky and Mr. Cameron regarding respective motions for withdrawal (docs. 294 and 295).
Mr. Mikulecky further states that Mr. Schachter intends to file a motion for withdrawal later today.

Statements by Mr. Zavin and Mr. Weilga regarding injunctive relief.

Court's summary of relevant case facts.

10:15 a.m.     Argument by Mr. Zavin.

10:35 a.m.     Argument by Mr. Romero.

10:59 a.m.     Argument by Mr. Yoblonovich.

11:10 a.m.     Rebuttal argument by Mr. Zavin.

**ORDERED:     Motion for Withdrawal of Counsel, filed May 3, 2006 (doc. 294), is granted.**

**ORDERED:     Motion for Withdrawal of Counsel filed May 8, 2006 (doc. 295), is granted.**

**ORDERED:     Motion for Partial Summary judgment, filed June 15, 2005 (doc. 238), stands submitted and is taken under-advisement.**

**11:12 a.m.     Court in recess.**

Hearing concluded.  Total time in court: 1 hr. 12 min.