IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM-MJW

CLEAN FLICKS OF COLORADO, LLC,

        Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;

DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

## ORDER OF MOTION TO WITHDRAW

Pursuant to the hearing conducted today, it is

ORDERED that the motion for withdrawal of counsel for Counterclaim-Defendant Family Flix USA, L.L.C. (Doc. #294-1), filed on May 3, 2006, is granted and Kathleen E. Craigmile, Cameron T. Chandler, the offices of Bennington Johnson Biermann & Craigmile, LLC, Mark F. Wright and the offices of Wright Law Group, PLLC, are relieved of any further responsibilities in this matter.

DATED: May 10, 2006

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge