

FILED
UNITED STATES DISTRICT
DENVER

MAY 10 2006

GREGORY C. LANGHAM

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN,
CLEAN FLICKS OF COLORADO, LLC
    Plaintiffs,

and

CLEAN CUT CINEMAS,
CLEANFLICKS,
et al.,
    Counterclaim Defendants

v.

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
    Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYWN-MAYER STUDIOS, Inc.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, Inc.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, Inc.,
TWENTIETH CENTURY FOX FILM Corporation, and,
PARAMOUNT PICTURES Corporation,
    Co-defendants and Counterclaimants.

## CONSENT JUDGMENT AND PERMANENT INJUNCTION RE: CLEAN FLICKS OF COLORADO LLC

WHEREAS Plaintiff/Counterclaim-Defendant Clean Flicks of Colorado, LLC ("Clean Flicks of Colorado") has asserted certain claims against the Co-defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios LLLP, Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, the "Motion Picture Studios") by way of its Second Amended Complaint dated October 28, 2002; and

WHEREAS the Co-defendants/Counterclaimants Motion Picture Studios have asserted certain counterclaims against Plaintiff/Counterclaim-Defendant Clean Flicks of Colorado by way of their First Amended Counterclaims dated March 31, 2003; and

WHEREAS, the parties hereto have agreed to resolve the aforementioned claims by entry of a consent judgment as set forth below;

NOW, therefore, upon the consent of the parties hereto, it is hereby **ORDERED, ADJUDGED AND DECREED** that:

1. This Court has jurisdiction over the subject matter of this action and the undersigned parties hereto.

2. Clean Flicks of Colorado, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of them are permanently enjoined and restrained from:

(i) Producing, manufacturing, creating, designing, selling, renting (in any format, including VHS tape, DVD and/or DVDR), advertising, marketing (including, without limitation, on television, in print media and on the Internet), offering for sale or rent, merchandising, distributing, providing, importing, promoting, displaying, and/or publicly performing unauthorized edited, or otherwise altered, copies of any motion picture, the copyright in which is owned or controlled by any of the Motion Picture Studios, or which bears any of the Motion Picture Studios' trademarks, tradenames, and/or any reproduction, counterfeit, copy or colorable imitation thereof; or

(ii) Using and/or associating any of the Motion Picture Studios' or Directors' Trademarks in connection with any unauthorized edited, or otherwise altered, copies of any motion picture, including on VHS videocassettes, DVDs and/or DVDRs, as well as on any associated packaging; or

(iii) Engaging in any acts contributing to and/or assisting any of the foregoing.

3. Within five (5) business days of the date of this Consent Order and Judgment, Clean Flicks of Colorado, its officers, agents, servants, employees and attorneys, and all persons in active concert or participation with any of them shall deliver to counsel for the Motion Picture Studios for destruction all unauthorized edited, or otherwise altered,

3

copies or versions of any motion picture in their possession, custody and control the copyright in which is owned or controlled by any of the Motion Picture Studios, or which bears any of the Motion Picture Studios' trademarks (including all VHS videocassettes, DVDs, DVDRs, and all masters, computer files and other articles by means of which such items were or may be manufactured or reproduced).

4. Within five (5) business days of the date of this Consent Order, Clean Flicks of Colorado shall execute and deliver to counsel for the Motion Picture Studios an affidavit confirming that all materials set forth in Paragraph 3 has been delivered to counsel for the Motion Picture Studios in accordance with said paragraph and that Clean Flicks of Colorado is no longer in possession, custody or control of any such items.

5. This Court shall retain jurisdiction over this action for purposes of enforcement of this Consent Order and Judgment.

6. All parties hereto shall bear their own attorneys' fees and costs.

May 10, 2006

_____
Richard P. Matsch, U.S.D.J.

Entry of the foregoing judgment with permanent injunction is hereby CONSENTED TO AND APPROVED:

DATED: May 2, 2006.

| LOEB & LOEB LLP | SHERMAN & HOWARD, LLC |
|---|---|
| By _____<br>Jonathan Zavin<br><br>345 Park Avenue<br>New York, New York 10154<br>(212) 407-4164<br>(303) 407-4990 – Fax<br><br>*Attorneys for the Motion Picture Studios* | By _____<br>Scott J. Mikulecky<br><br>90 South Cascade Avenue, Suite 1500<br>Colorado Springs, CO 80903<br>(719) 475-2440<br>(719) 635-4576 – Fax<br>*Attorneys for*<br>*Clean Flicks of Colorado, LLC* |