THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  02-CV-1662 (RPM)

ROBERT HUNTSMAN and
CLEAN FLICKS OF COLORADO, L.L.C.,
    Plaintiffs,

and

CLEAN CUT CINEMAS,
CLEANFLICKS,
et al.,
    Counterclaim Defendants

v.

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
    Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYN-MAYER STUDIOS, INC.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, INC.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, INC.,
TWENTIETH CENTURY FOX FILM CORPORATION, and
PARAMOUNT PICTURES CORPORATION,
    Co-Defendants and Counterclaimants.
_____

**MOTION FOR WITHDRAWAL OF COUNSEL**
_____

Pursuant to D.C.Colo.LCivR 83.3(D), David N. Schachter of the law offices of Sherman & Howard L.L.C., respectfully moves for an Order of this Court permitting him to withdraw as counsel in this action for Play it Clean Video, LLC ("Play it Clean"). As grounds for this Motion, Movant states:

1. Movant originally entered his appearance in this matter on March 5, 2003.

2. Sherman & Howard L.L.C., has incurred legal fees and costs in representing Play it Clean in this action. Play it Clean has stated it is unable to pay any legal fees and litigation-related expenses.

3. Play it Clean is not facing any pending deadlines in this action and no hearings are currently scheduled in this case.

4. NOTICE IS HEREBY GIVEN to manager of Play it Clean, Joanne Moulton, of the withdrawal of the Movant and Play it Clean will be responsible for complying with all court orders and time limitations established by any applicable rules.

5. NOTICE IS FURTHER GIVEN that Play it Clean, as a legal entity, cannot appear without counsel admitted to practice before this Court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken and default judgment or other sanctions may be imposed against Play it Clean.

WHEREFORE, for good cause shown herein, Movant David N. Schachter of Sherman & Howard L.L.C., respectfully request that this Court issue an Order allowing the Movant to withdraw from this matter as counsel for Play it Clean.

DATED this 11th day of May, 2006.

                                       SHERMAN & HOWARD L.L.C.

                                       *Signed Original on File at Sherman & Howard LLC*
                                       */s/ David N. Schachter*
                                       By:  David N. Schachter, Esq.
                                       633 17th Street, Suite 3000
                                       Denver, CO  80202
                                       Phone:  (303) 299-8385
                                       Fax:  (303) 298-0940

                                       Attorneys for Plaintiffs

## CERTIFICATE OF MAILING

I hereby certify that on May 11, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following email addresses:

> wielga@twhlaw.com; longenecker@twhlaw.com
> Mark A. Wielga, Esq.
> Nathan M. Longenecker, Esq.
> Tempkin Wielga and Hardt LLP
> 1900 Wazee Street, Suite 303
> Denver, CO  80202
>
> erniegetto@lw.com
> Ernest Getto, Esq.
> Latham and Watkins
> 633 West 5th Street, Suite 4000
> Los Angeles, CA  90071
>
> jzavin@loeb.com
> Jonathan Zavin, Esq.
> Loeb & Loeb, LLP
> 345 Park Avenue
> New York, NY  10154

cbeall@faegre.com; nhanlon-leh@faegre.com; tkelley@faegre.com
Christopher P. Beall, Esq.
Natalie Marie Hanlon-Leh, Esq.
Thomas Buchan Kelley, Esq.
Faegre & Benson, LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

ctc@benningtonjohnson.com; kec@benningtonjohnson.com
Cameron T. Chandler, Esq.
Kathleen Craigmile, Esq.
Bennington, Johnson, Biermann & Craigmile, LLC
370 17th Street, Suite 3500
Denver, CO  80202

enger.erika@dorsey.com
Ericka Zimmer Enger
Dorsey & Whitney, LLP-Colorado
370 17th Street, #4700
Denver, CO  80202-5647

And by U.S. First Class Mail to:

Joann Moulton
Play It Clean Video
1036 Skyline Drive
Saint George, UT  84770

*Signed Original on File at Sherman & Howard L.L.C.*
*/s/ Kismet E. Skolnicki*
Kismet E. Skolnicki