UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

Civil Action No. 02-cv-01662-RPM-MJW
Clean Flicks of Colorado, LLC,
vs.
Steven Soderbergh, et al

I hereby certify that on May 15, 2006 I mailed the Order of 5/10/06 and Order of 5/12/06 using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants: Play It Clean Video, L.L.C.
Joann Moulton
Play It Clean Video
1036 Skyline Drive
Saint George, UT 84770

GREGORY C. LANGHAM, Clerk

By s/ Leslie Martin
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM-MJW

CLEAN FLICKS OF COLORADO, LLC,

        Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;

DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

---

## ORDER OF MOTION TO WITHDRAW

Pursuant to the hearing conducted today, it is

ORDERED that the motion for withdrawal of counsel for Play it Clean Video, LLC, (Doc. #295), filed on May 8, 2006, is granted and Scott J. Mikulecky is relieved of any further responsibilities in this matter.

DATED: May 10, 2006

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@cod.uscourts.gov
Bcc:Smikulec@sah.com,abridges@winston.com,ameksavanh@initiativelegal.com,bcohen@stkl
Message-Id:<592290@cod.uscourts.gov>
Subject:Activity in Case 1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al "Ord
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Colorado

Notice of Electronic Filing

The following transaction was received from lam, entered on 5/10/2006 at 3:55 PM MDT and filed on 5/10/2006

**Case Name:**      Huntsman, et al v. Soderbergh, et al
**Case Number:**    1:02-cv-1662
**Filer:**
**Document Number:** 297

**Docket Text:**
ORDER granting [295] the Motion for withdrawal of counsel for Play it Clean Video, LLC, and Attorney Scott Joseph Mikulecky is relieved of any further responsibilities in this matter. Signed by Judge Richard P. Matsch on 5/10/06. (lam, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=5/10/2006] [FileNumber=592288-0]
[73cd0e2caaef7282b4503e75c056d65b1ac6355600445ff39cc49ff0c701221e7dc9
b5b45139d73578b17c3417c23796413a1c833e72668fb3eddeed6d0bf727]]

**1:02-cv-1662 Notice will be electronically mailed to:**

Christopher P. Beall    cbeall@faegre.com, treed@faegre.com

Andrew P. Bridges    abridges@winston.com, tlozada@winston.com; hamaniera@winston.com

Cameron T. Chandler    ctc@benningtonjohnson.com, kms@benningtonjohnson.com

Bennett L. Cohen    bcohen@stklaw.com

Kathleen E. Craigmile    kec@benningtonjohnson.com, lmt@benningtonjohnson.com;

dtb@benningtonjohnson.com; las@benningtonjohnson.com

Erika Zimmer Enger     eenger@bwenergylaw.com

Carolyn J. Fairless     fairless@wtklaw.com, hart@wtklaw.com

Natalie Marie Hanlon-Leh     nhanlon-leh@faegre.com, dcamp@faegre.com

Thomas P. Howard     thoward@gdhlaw.com, msimes@gdhlaw.com

James W. Hubbell     jhubbell@khgk.com, randerson@khgk.com

Thomas Buchan Kelley     tkelley@faegre.com, cruder@faegre.com

Nathan Michael Longenecker     longenecker@twhlaw.com, fisk@twhlaw.com

Scott Joseph Mikulecky     Smikulec@sah.com, efiling@sah.com

Darwin (D.J.) K. Poyfair     djpoyfair@stklaw.com, hroyall@stklaw.com

Howard Troy Romero     tromero@romeromontague.com, kkoback@romeromontague.com

David N. Schachter     dschachter@sah.com,

Mark A. Wielga     wielga@twhlaw.com, fisk@twhlaw.com

Mark Yablonovich     myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

Jonathan Zavin     jzavin@loeb.com,

**1:02-cv-1662 Notice will be delivered by other means to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street
#1900
San Francisco, CA 94111

Mark F. Wright
Wright Law Group, PLLC
7201 West Oakland
#2
Chandler, AZ 85226

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM-MJW

CLEAN FLICKS OF COLORADO, LLC,

    Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;

DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

## ORDER OF MOTION TO WITHDRAW

Upon consideration of the Motion for Withdrawal (Doc. #301), filed on May 11, 2006, by counsel for Play It Clean Video, LLC, it is

ORDERED that the motion for withdrawal is granted and David N. Schachter is relieved of any further responsibilities in this matter.

DATED: May 12, 2006

        BY THE COURT:

        s/Richard P. Matsch

        Richard P. Matsch, Senior District Judge

2

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@cod.uscourts.gov
Bcc:abridges@winston.com,ameksavanh@initiativelegal.com,bcohen@stklaw.com,cbeall@fae
Message-Id:<594481@cod.uscourts.gov>
Subject:Activity in Case 1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al "Ord
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Colorado

Notice of Electronic Filing

The following transaction was received from lam, entered on 5/12/2006 at 10:22 AM MDT and filed on 5/12/2006
**Case Name:** Huntsman, et al v. Soderbergh, et al
**Case Number:** 1:02-cv-1662
**Filer:**
**Document Number:** 302

**Docket Text:**
ORDER granting David N. Schachter's [301] Motion to Withdraw as Counsel for Play It Clean Video, LLC. Signed by Judge Richard P. Matsch on 5/12/06. (lam, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=5/12/2006] [FileNumber=594479-0]
[90fc71bdbe1e6c938d51a5f823cd3d4afaecd58599e17a85199e895cc0d1b9fc0840
ffa1ae459458227004cdf5043b88adaecac8f9ce4ed56f24e13d119f3d88]]

**1:02-cv-1662 Notice will be electronically mailed to:**

Christopher P. Beall    cbeall@faegre.com, treed@faegre.com

Andrew P. Bridges    abridges@winston.com, tlozada@winston.com; hamaniera@winston.com

Bennett L. Cohen    bcohen@stklaw.com

Erika Zimmer Enger    eenger@bwenergylaw.com

Carolyn J. Fairless    fairless@wtklaw.com, hart@wtklaw.com

Natalie Marie Hanlon-Leh    nhanlon-leh@faegre.com, dcamp@faegre.com

Thomas P. Howard    thoward@gdhlaw.com, msimes@gdhlaw.com

James W. Hubbell    jhubbell@khgk.com, randerson@khgk.com

Thomas Buchan Kelley    tkelley@faegre.com, cruder@faegre.com

Nathan Michael Longenecker    longenecker@twhlaw.com, fisk@twhlaw.com

Darwin (D.J.) K. Poyfair    djpoyfair@stklaw.com, hroyall@stklaw.com

Howard Troy Romero    tromero@romeromontague.com, kkoback@romeromontague.com

David N. Schachter    dschachter@sah.com,

Mark A. Wielga    wielga@twhlaw.com, fisk@twhlaw.com

Mark Yablonovich    myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

Jonathan Zavin    jzavin@loeb.com,

**1:02-cv-1662 Notice will be delivered by other means to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street
#1900
San Francisco, CA 94111