UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CERTIFICATE OF SERVICE (CM/ECF)

Civil Action No. 02-cv-01662-RPM-MJW
Clean Flicks of Colorado, LLC
vs.
Steven Soderbergh, et al.


I hereby certify that on May 17, 2006, I mailed the Order of Motion to Withdraw filed May 10, 2006 using the CM/ECF system which will send notification of such filing to the following individuals:

See Attached NEF

And I hereby further certify that I have mailed the above mentioned document to the following non CM/ECF participants: Family Flix, U.S.A., L.L.C.
c/o Richard Teraci, Former Manager
3214 North University Avenue
Suite 341
Provo, UT 84604



GREGORY C. LANGHAM, Clerk

By s/ Leslie Martin
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM-MJW

CLEAN FLICKS OF COLORADO, LLC,

        Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;

DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

    Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and
    Counterclaimant-in-Intervention.

## ORDER OF MOTION TO WITHDRAW

Pursuant to the hearing conducted today, it is

ORDERED that the motion for withdrawal of counsel for Counterclaim-Defendant Family Flix USA, L.L.C. (Doc. #294-1), filed on May 3, 2006, is granted and Kathleen E. Craigmile, Cameron T. Chandler, the offices of Bennington Johnson Biermann & Craigmile, LLC, Mark F. Wright and the offices of Wright Law Group, PLLC, are relieved of any further responsibilities in this matter.

DATED: May 10, 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge

```
MIME-Version:1.0
From:COD_ENotice@cod.uscourts.gov
To:COD_NEF@cod.uscourts.gov
Bcc:Smikulec@sah.com,abridges@winston.com,ameksavanh@initiativelegal.com,bcohen@stkl
Message-Id:<592335@cod.uscourts.gov>
Subject:Activity in Case 1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al "Ord
```

Content-Type: text/html

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

**U.S. District Court**

**District of Colorado**

Notice of Electronic Filing

The following transaction was received from lam, entered on 5/10/2006 at 4:05 PM MDT and filed on 5/10/2006
**Case Name:**     Huntsman, et al v. Soderbergh, et al
**Case Number:**   1:02-cv-1662
**Filer:**
**Document Number:** 298

**Docket Text:**
ORDER granting [294] the Motion for withdrawal of counsel for Counterclaim-Defendant Family Flix USA, LLC, and Kathleen E. Craigmile, Cameron T. Chandler, the offices of Bennington Johnson Biermann & Craigmile, LLC, Mark F. Wright and the offices of Wright Law Group, PLLC, are relieved of any further responsibilites in this matter. Signed by Judge Richard P. Matsch on 5/10/06. (lam, )

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1071006659 [Date=5/10/2006] [FileNumber=592333-0]
[0764bf061c0d525a1f72557ce8f9dfb3fb271d05ff2d14441f302ed4f724e885399b
c6b331a6ade5266c75d382db7fc923fffd3ac800e1996f9f9e4bf3a2dfec]]

**1:02-cv-1662 Notice will be electronically mailed to:**

Christopher P. Beall     cbeall@faegre.com, treed@faegre.com

Andrew P. Bridges     abridges@winston.com, tlozada@winston.com; hamaniera@winston.com

Cameron T. Chandler     ctc@benningtonjohnson.com, kms@benningtonjohnson.com

Bennett L. Cohen     bcohen@stklaw.com

Kathleen E. Craigmile    kec@benningtonjohnson.com, lmt@benningtonjohnson.com; dtb@benningtonjohnson.com; las@benningtonjohnson.com

Erika Zimmer Enger    eenger@bwenergylaw.com

Carolyn J. Fairless    fairless@wtklaw.com, hart@wtklaw.com

Natalie Marie Hanlon-Leh    nhanlon-leh@faegre.com, dcamp@faegre.com

Thomas P. Howard    thoward@gdhlaw.com, msimes@gdhlaw.com

James W. Hubbell    jhubbell@khgk.com, randerson@khgk.com

Thomas Buchan Kelley    tkelley@faegre.com, cruder@faegre.com

Nathan Michael Longenecker    longenecker@twhlaw.com, fisk@twhlaw.com

Scott Joseph Mikulecky    Smikulec@sah.com, efiling@sah.com

Darwin (D.J.) K. Poyfair    djpoyfair@stklaw.com, hroyall@stklaw.com

Howard Troy Romero    tromero@romeromontague.com, kkoback@romeromontague.com

David N. Schachter    dschachter@sah.com,

Mark A. Wielga    wielga@twhlaw.com, fisk@twhlaw.com

Mark Yablonovich    myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

Jonathan Zavin    jzavin@loeb.com,

**1:02-cv-1662 Notice will be delivered by other means to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street
#1900
San Francisco, CA 94111

Mark F. Wright
Wright Law Group, PLLC
7201 West Oakland
#2
Chandler, AZ 85226