FICE OF THE CLERK
TATES DISTRICT COURT
:D A. ARRAJ COURTHOUSE
1-19TH ST., ROOM A105
:NVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOt LoCATE
D 2-CN-1662
# 296     RPM

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

**MAY 19 2006**

GREGORY C. LANGHAM
CLERK

Clean Cut Cinemasc/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

NIXIE     850     1     40  05/16/06

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151     *1120-01659-10-38