OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 22 2006

GREGORY C. LANGHAM
                CLERK

CANNOT LOCATE
02-CV-1662
#299, #302   KPM

CleanCutCinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

NIXIE    850    1         40   05/18/06
         RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 80294250151    *0120-03776-11-41