OFICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
-19TH ST., ROOM A105
NVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 25 2006

GREGORY C. LANGHAM
                    CLERK

CleanCutCinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377



CANNOT LOCATE
02-CV-1662
#298  RPM

NIXIE        850      1       40  05/22/06
        RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 80294250151      *1068-07525-17-39