## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

### NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR CLEAN FLICKS OF COLORADO, LLC

---

NOTICE IS HEREBY GIVEN that upon filing herewith, Mark Yablonovich intends to withdraw as attorney of record for Clean Flicks of Colorado, LLC, one of the above-captioned Defendants, and hereby agrees to the substitution of H. Troy

1

Romero of Romero Montague P.S., as attorney of record for Defendant Clean Flicks of Colorado, LLC, in place of Mark Yablonovich.

DATED this 13th day of July, 2006.

        INITIATIVE LEGAL GROUP LLP

        By: *Mark Yablonovich/MB*
        Mark Yablonovich, Esq. (CA SBN 186670)
        Withdrawing Attorney

        1875 Century Park East, Suite 1800
        Los Angeles, California 90067
        E-mail: MYablonovich@InitiativeLegal.com
        Phone: (310) 556-5367
        Fax: (310) 861-9051

        ROMERO MONTAGUE P.S.

        By: _____
        H. Troy Romero, WSBA #19044

        Pacific Plaza Building
        155 – 108th Avenue N.E., Suite 202
        Bellevue, WA 98004-5901
        E-mail: tromero@romeromontague.com
        Phone: (425) 450-5000
        Fax: (425) 450-0728

        Excel Centre
        17140 Bernardo Center Drive, Suite 206
        San Diego, CA 92128
        (858) 592-0065

        Attorneys for Defendant Clean Flicks of Colorado, LLC

Romero of Romero Montague P.S., as attorney of record for Defendant Clean Flicks of Colorado, LLC, in place of Mark Yablonovich.

DATED this 13th day of July, 2006.

>INITIATIVE LEGAL GROUP LLP
>
>By:_____
>Mark Yablonovich, Esq. (CA SBN 186670)
>Withdrawing Attorney
>
>1875 Century Park East, Suite 1800
>Los Angeles, California 90067
>E-mail: MYablonovich@InitiativeLegal.com
>Phone: (310) 556-5367
>Fax: (310) 861-9051
>
>ROMERO MONTAGUE P.S.
>
>By: _/s/ H. Troy Romero_____
>H. Troy Romero, WSBA #19044
>
>Pacific Plaza Building
>155 – 108th Avenue N.E., Suite 202
>Bellevue, WA 98004-5901
>E-mail: tromero@romeromontague.com
>Phone: (425) 450-5000
>Fax: (425) 450-0728
>
>Excel Centre
>17140 Bernardo Center Drive, Suite 206
>San Diego, CA 92128
>(858) 592-0065
>
>Attorneys for Defendant Clean Flicks of Colorado, LLC

2

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and I hereby certify that true and correct copies of the Notice of Withdrawal and Substitution of Counsel for Clean Flicks of Colorado, LLC were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO 80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT 84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO 80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO 80265

By: *[signature]*

3