IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662-RPM**

ROBERT HUNTSMAN,
CLEAN FLICKS OF COLORADO, LLC
    Plaintiffs,

and

CLEAN CUT CINEMAS,
CLEANFLICKS,
et al.,
    Counterclaim Defendants
**v.**

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
    Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYWN-MAYER STUDIOS, Inc.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, Inc.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, Inc.,
TWENTIETH CENTURY FOX FILM Corporation, and,
PARAMOUNT PICTURES Corporation,
    Co-defendants and Counterclaimants.
_____

**STIPULATED MOTION FOR EXTENSION OF THE PERIOD OF TIME FOR FILING
OF MOTION FOR COSTS AND ATTORNEYS' FEES**
_____

Co-Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios, Inc., Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, the "Motion Picture Studios") and Counterclaim-Defendants CleanFlicks LLC (d/b/a CleanFlicks Media Inc.) ("CleanFlicks") and ASR Management Corporation (d/b/a Clean Films f/k/a MyCleanFlicks) ("Clean Films") stipulate and move for an extension of time for the Studio Defendants to file their motion for attorneys fees and costs from July 20, 2006 to September 20, 2006.

In support of this motion, the parties state as follows:

1. The Motion Picture Studios brought certain counterclaims against CleanFlicks and Clean Films by way of their First Amended Counterclaims dated March 31, 2003.

2. On July 6, 2006, this Court entered a Memorandum Opinion and Order, which, among other things, granted the Studios' Motion for Partial Summary Judgment as to their claims for copyright infringement.

3. The Studios contend that they are entitled to move for an award of their attorneys' fees and costs incurred, as well as a notice of application to tax costs and a Bill of Costs and understand that the deadline for filing a request for attorneys fees is July 20, 2006.

2

    4.  The parties hereto have stipulated and agreed to extend the time for the Studios to file any such motion for costs and attorneys' fees until September 20, 2006, so that they can attempt to negotiate a full resolution of the dispute between the parties and obviate the need for further motion practice and/or appeal of the Court's July 6, 2006 Memorandum Opinion and Order;

WHEREFORE, the parties respectfully request that the Court extend the time for Co-Defendants/Counterclaimants Motion Picture Studios to move for costs and/or attorneys' fees as against Counterclaim Defendants Clean Flicks and Clean Films from July 20, 2006 to September 20, 2006. A proposed order is attached.

| | |
|---|---|
| FAEGRE & BENSON, LLP<br><br><br>         s/ Natalie Hanlon-Leh         <br>Natalie Hanlon-Leh<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>(303) 607-3600<br>nhanlon-leh@faegre.com<br><br><br>LOEB & LOEB LLP<br><br><br>         s/ Jacques  Rimokh                  <br>         Jonathan Zavin<br>         Jacques Rimokh<br><br>345 Park Avenue<br>New York, New York 10154<br>(212) 407-4164<br>(303) 407-4990 – Fax<br><br>*Attorneys for the Motion Picture Studios* | ROMERO & MONTAGUE P.S.<br><br><br>         s/ H. Troy  Romero      <br>         H. Troy Romero<br><br>155-108th Avenue N.E., Suite 202<br>Bellevue, WA 98004-5901<br>(425) 450-5000/(858) 592-0065<br>(425) 450-0728 – Fax<br><br>*Attorneys for Clean Flicks LLC<br>and Clean Films* |

DNVR1:60353376.01

4