IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662-RPM**

ROBERT HUNTSMAN,
CLEAN FLICKS OF COLORADO, LLC
 Plaintiffs,

and

CLEAN CUT CINEMAS,
CLEANFLICKS,
et al.,
 Counterclaim Defendants
**v.**

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
 Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
 Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYWN-MAYER STUDIOS, Inc.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, Inc.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, Inc.,
TWENTIETH CENTURY FOX FILM Corporation, and,
PARAMOUNT PICTURES Corporation,
 Co-defendants and Counterclaimants.
_____

**[PROPOSED] ORDER GRANTING EXTENSION OF THE PERIOD OF TIME FOR FILING OF MOTION FOR COSTS AND ATTORNEYS' FEES**
_____

The Court has reviewed the Stipulated Motion And [Proposed] Order For Extension Of The Period Of Time For Filing Of Motion For Costs And Attorneys' Fees filed by the Co-Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios, Inc., Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, the "Motion Picture Studios") and Counterclaim-Defendants CleanFlicks LLC (d/b/a CleanFlicks Media Inc.) and ASR Management Corporation (d/b/a Clean Films f/k/a MyCleanFlicks).

The Court hereby grants the motion and orders that the Studio Defendants may have an extension of the time period to file their motion for attorneys fees and costs from July 20, 2006 to September 20, 2006.

SO ORDERED  this _____ day of July, 2006.

BY THE COURT

_____
Richard P. Matsch
Senior District Judge

DNVR1:60353377.01

2