**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

      Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

      Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

      Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

      Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**NOTICE OF INITIATIVE LEGAL GROUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF
RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**

---

INITIATIVE LEGAL GROUP LLP
1875 Century Park East
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Attorneys for Counterclaim Defendant CleanFlicks LLC*

**NOTICE IS HEREBY GIVEN** that Initiative Legal Group LLP ("ILG"), with offices at 1875 Century Park East, Suite 1800, Los Angeles, California, has moved this Court for an order granting ILG leave to withdraw as counsel for Counterclaim Defendant CleanFlicks, LLP, pursuant to United States District Court, District of Colorado Local Rule 83.3.

INITIATIVE LEGAL GROUP LLP


By: */s/ Mark Yablonovich/MB*
    Mark Yablonovich, Esq. (CA SBN 186670)
    1875 Century Park East, Suite 1800
    Los Angeles, California 90067
    E-mail: MYablonovich@InitiativeLegal.com
    Phone: (310) 556-5367
    Fax: (310) 861-9051

## CERTIFICATE OF SERVICE

I hereby certify that on July 19, 2006, I hereby certify that I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and true and correct copies of:

**NOTICE OF INITIATIVE LEGAL GROUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**

were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony M. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO  80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO  80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT  84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO  80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO  80265

H. Troy Romero
Romero Montague P.S.
Pacific Plaza Building
155 - 108th Avenue N.E., Suite 202
Bellevue, Washington 98004-5901

By: /s/ Navid Zivari
Navid Zivari

1