IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**INITIATIVE LEGAL GROUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD
FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**

---

INITIATIVE LEGAL GROUP LLP
1875 Century Park East
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Attorneys for Counterclaim Defendant CleanFlicks LLC*

1

Initiative Legal Group LLP ("ILG"), attorneys of record for Counterclaim Defendant CleanFlicks, LLC ("CleanFlicks"), respectively submit this memorandum of law in support of their motion, pursuant to United States District Court, District of Colorado ("D.C.COLO."), Local Rule 83.3, seeking an order to withdraw as counsel of record for CleanFlicks.

## PRELIMINARY STATEMENT

CleanFlicks has discharged ILG as its counsel of record and declared that it would seek representation from H. Troy Romero of Romero Montague P.S, counsel of record for named Counterclaim Defendant ASR Management Corporation. Accordingly, ILG now brings this motion to withdraw as counsel.

## ARGUMENT

D.C.COLO. Local Rule 83.3 states, in part, that "[a]n attorney who has appeared in a case may seek to withdraw on motion showing good cause." Adequate grounds for withdrawal exist when, among other things, the Rules of Professional Conduct mandate counsel's withdrawal from representation of a client.

**I. Colorado Rules of Professional Conduct Require ILG to Withdraw As Counsel of Record for CleanFlicks.**

It is undisputed that clients have an absolute right to discharge their attorney. *See Pipkin v. Moore* (10th Cir. 1990) 735 F. Supp. 1004, 1010 ("[i]f a client determines that an attorney's services are no longer needed, for whatever reason, that client is unquestionably entitled to discharge the attorney. It is for the protection of the client—not the attorney—that the Code of Professional Responsibility requires mandatory withdrawal from representation in the event of discharge."). Colorado Rules of Professional Conduct ("Colo. RPC") Rule 1.16 (c)(3) states, in part, that "a

lawyer shall not represent a client or…shall withdraw from the representation of a client if…the lawyer is discharged."

CleanFlicks has discharged ILG as its counsel of record. *See* Declaration of Mónica Balderrama in Support of Motion to Withdraw as Counsel ("Balderrama Decl."), ¶ 3. ILG must now withdraw as CleanFlicks' counsel. *See* Colo. RPC Rule 1.16.

## II. CleanFlicks Has Engaged Romero Montague P.S. as Its New Counsel.

D.C.COLO. Local Rule 83.3 indicates that "when the withdrawing attorney's client is a corporation…such entity cannot appear without counsel admitted to practice before this court." Upon terminating ILG as its counsel, CleanFlicks indicated to ILG that it would retain H. Troy Romero of Romero Montague P.S ("Romero Montague"), counsel of record for named Counterclaim Defendant ASR Management Corporation, as its counsel. *See* Balderrama Decl. ¶¶ 3–4. ILG has confirmed that Romero Montague has begun representation of CleanFlicks, and Romero Montague is prepared to substitute as counsel for CleanFlicks in this action. *See* Balderrama Decl. ¶¶ 5–6. ILG's withdrawal is necessary not only to allow proper counsel to substitute in, but also to ensure that the court's records accurately reflect parties and their attorneys of record.

/

/

/

/

/

3

For the foregoing reasons, this Court should grant ILG's motion to withdraw as counsel for CleanFlicks.

Respectfully submitted this 19th day of July, 2006.

                           INITIATIVE LEGAL GROUP LLP

By: */s/ Mark Yablonovich/MB*
     Mark Yablonovich, Esq. (CA SBN 186670)
     1875 Century Park East, Suite 1800
     Los Angeles, California 90067
     E-mail: MYablonovich@InitiativeLegal.com
     Phone: (310) 556-5367
     Fax: (310) 861-9051

## CERTIFICATE OF SERVICE

       I hereby certify that on July 19, 2006, I hereby certify that I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and true and correct copies of:

**INITIATIVE LEGAL GROUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**

were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO 80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT 84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO 80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO 80265

H. Troy Romero
Romero Montague P.S.
Pacific Plaza Building
155 - 108th Avenue N.E., Suite 202
Bellevue, Washington 98004-5901

                       By: /s/ *Navid Zivari*
                            Navid Zivari