IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**DECLARATION OF MÓNICA BALDERRAMA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**

---

INITIATIVE LEGAL GROUP LLP
1875 Century Park East
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Attorneys for Counterclaim Defendant CleanFlicks LLC*

1

I, Mónica Balderrama, declare:

1. I am an attorney duly licensed to practice law in the state of California and I am a Partner at the firm Initiative Legal Group LLP ("ILG"). ILG is currently attorney of record for Counterclaim Defendant CleanFlicks, LLC ("CleanFlicks").

2. I make this declaration in support of ILG's motion to withdraw because Mark Yablonovich, another Partner at ILG who is counsel of record for CleanFlicks in this matter, is currently outside the country and will not return until July 31, 2006. Because this is time sensitive, I provide this supporting declaration.

3. CleanFlicks, LLC has discharged ILG as its counsel of record, and indicated that it would like to join named Counterclaim Defendant ASR Management Corporation ("ASR") in defense of this action.

4. CleanFlicks indicated that it would retain attorney H. Troy Romero of Romero Montague P.S ("Romero Montague"), counsel of record for ASR, as its counsel of record.

5. My firm has confirmed that Romero Montague has accepted representation of CleanFlicks.

6. I am aware that Romero Montague is prepared to substitute as counsel for CleanFlicks, and ILG and Romero Montague have signed a notice of withdrawal and substitution of counsel, which Romero Montague will file with this court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, on this 19th day of July, 2006, at Los Angeles, California.

/s/ *Mónica Balderrama*
Mónica Balderrama

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2006, I hereby certify that I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and true and correct copies of:
**DECLARATION OF MÓNICA BALDERRAMA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**
were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO  80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO  80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT  84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO  80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO  80265

H. Troy Romero
Romero Montague P.S.
Pacific Plaza Building
155 - 108th Avenue N.E., Suite 202
Bellevue, Washington 98004-5901

By: /s/ *Navid Zivari*
Navid Zivari

1