# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**[PROPOSED] ORDER OF MOTION TO WITHDRAW
AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC**

---

After consideration of the brief, and all other matters presented to the Court, the motion of Initiative Legal Group LLP ("ILG"), attorneys of record for Counterclaim Defendant CleanFlicks, LLC ("CleanFlicks"), to withdraw as counsel of record for CleanFlicks, is GRANTED.

IT IS HEREBY ORDERED that ILG withdraw as counsel of record for CleanFlicks, LLC, and that Mark Yablonovich, Esq., and ILG be relieved of any further responsibilities in this matter.

DATED: _____

_____
Hon. Michael J. Watanabe
UNITED STATES DISTRICT JUDGE