**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**PRAECIPE FOR NOTICE OF WITHDRAWAL AND SUBSTITUTION OF
COUNSEL FOR CLEAN FLICKS OF COLORADO, LLC**

---

    COMES NOW Clean Flicks, LLC, by and through its attorneys of record,

Romero Montague P.S., and offers the following praecipe:

A Notice of Withdrawal and Substitution of Counsel was filed on July 17, 2006,

inadvertently naming Clean Flicks of Colorado, LLC.  Please disregard the July 17

1

Notice as Romero Montague P.S. is not and has never been counsel for Clean Flicks of Colorado, LLC. We are filing simultaneously with this Praecipe an Entry of Appearance for Clean Flicks, LLC. We extend our apologies for any inconvenience this may have caused.

DATED at Bellevue, Washington this 20th day of July, 2006.

_s/ H. Troy Romero_____
H. Troy Romero
Washington Bar #19044, California Bar #224867

Romero Montague P.S.
155 – 108th Avenue NE, Suite 202
Bellevue, WA 98004
(425) 450-5000
(425) 450-0728 facsimile

17140 Bernardo Center Dr., Suite 206
San Diego, CA 92128
(760)788-0965
E-mail: tromero@romeromontague.com
Attorney for Clean Flicks, Inc.

**CERTIFICATE OF SERVICE**

   I hereby certify that on July 20, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and I hereby certify that true and correct copies of the Praecipe for Notice of Withdrawal and Substitution of Counsel for Clean Flicks of Colorado, LLC were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

| | |
|---|---|
| Mark Wiegla, Esq.<br>Erika Zimmer Enger, Esq.<br>Nathan M. Longenecker, Esq.<br>Temkin Wielga & Hardt LLP<br>1900 Wazee Street, Suite 303<br>Denver, CO  80202 | Thomas B. Kelley, Esq.<br>Christopher Beall, Esq.<br>Natalie Hahlon-Leh, Esq.<br>Faegre & Benson LLP<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203 |
| Ernest J. Getto, Esq.<br>Daniel Scott Schecter, Esq.<br>Catherine S. Bridge, Esq.<br>Anthony N. Luti, Esq.<br>Latham & Watkins<br>633 W. Fifth Street, Suite 4000<br>Los Angeles, CA 90071 | Jeffrey N. Aldous, Esq.<br>Leefe, Gibbs, Sullivan, Dupre & Aldous<br>4262 Imperial Way<br>Provo, UT  84604<br><br>Andrew P. Bridges, Esq.<br>Wilson Sonsini Goodrich & Rosati |
| David N. Schachter, Esq.<br>Sherman & Howard, LLC<br>633 – 17th Street, Suite 3000<br>Denver, CO  80202 | 650 Page Mill Road<br>Palo Alto, CA  94304-1050<br><br>Thomas P. Howard, Esq.<br>245 Century Circle, Suite 206 |
| Scott J. Mikulecky, Esq.<br>Sherman & Howard, LLC<br>90 South Cascade Ave., Suite 1500<br>Colorado Springs, CO  80903 | Louisville, CO  80027<br><br>D.J. Poufair, Esq.<br>Jennifer Schaffner, Esq.<br>Shughart Thomson & Kilroy, PC |
| Jonathan Zavin, Esq.<br>Jacques Rimokh, Esq.<br>Christian D. Carbone, Esq.<br>Loeb & Loeb LLP<br>345 Park Avenue<br>New York, NY  10154 | 1050 – 17th Street, Suite 2300<br>Denver, CO  80265 |

                By:_____