**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

___

**ENTRY OF APPEARANCE OF COUNSEL FOR CLEAN FLICKS, LLC.**

___

    COMES NOW the undersigned, a member of the bar of the state of Washington and the state of California, admitted Pro Hac Vice to the bar of this Court, and herewith enters an appearance as counsel for Clean Flicks, LLC.

1

DATED at Bellevue, Washington this 20th day of July, 2006.

    _s/ H. Troy Romero_____
H. Troy Romero
Washington Bar #19044, California Bar #224867

Romero Montague P.S.
155 – 108th Avenue NE, Suite 202
Bellevue, WA  98004
(425) 450-5000
(425) 450-0728 facsimile

17140 Bernardo Center Dr., Suite 206
San Diego, CA  92128
(760)788-0965
E-mail: tromero@romeromontague.com
Attorney for Clean Flicks, LLC.

2

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 20, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and I hereby certify that true and correct copies of the Entry of Appearance for Clean Flicks, LLC were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO  80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO  80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO  80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY  10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO  80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT  84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA  94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO  80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO  80265


                                            By:_____