IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**NOTICE OF WITHDRAWAL OF INITIATIVE LEGAL GROUP LLP
AS COUNSEL OF RECORD FOR CLEANFLICKS, LLC**

---

INITIATIVE LEGAL GROUP LLP
1875 Century Park East
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Withdrawing Attorneys*

1

**NOTICE IS HEREBY GIVEN** that upon filing herewith and pursuant to Court order, Mark Yablonovich, Esq. and the office of Initiative Legal Group LLP withdraw as attorneys of record for Counterclaim Defendant CleanFlicks, LLC ("CleanFlicks").

**NOTICE IS FURTHER GIVEN** that CleanFlicks personally is responsible for complying with all court orders and time limitations established by any applicable rules.

**NOTICE IS FURTHER GIVEN** that CleanFlicks cannot appear without counsel admitted to practice before this court, and absent prompt appearance of substitute counsel, pleadings, motions, and other papers may be stricken, and default judgment or other sanctions may be imposed against CleanFlicks.

Respectfully submitted this 20th day of July, 2006.

>  INITIATIVE LEGAL GROUP LLP
>
>  By: /s/ *Mark Yablonovich/MB*
>  Mark Yablonovich, Esq. (CA SBN 186670)
>  1875 Century Park East, Suite 1800
>  Los Angeles, California 90067
>  E-mail: MYablonovich@InitiativeLegal.com
>  Phone: (310) 556-5367
>  Fax: (310) 861-9051

## CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and that I deposited a true and correct copy of:

**NOTICE OF WITHDRAWAL OF INITIATIVE LEGAL GROUP LLP AS COUNSEL OF RECORD FOR CLEANFLICKS, LLC**

in the U.S. Mail, postage prepaid, addressed to the parties listed on the service list attached hereto.

By: */s/ Navid Zivari*
Navid Zivari

## SERVICE LIST

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO 80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Allan Erb
CLEANFLICKS, LLC
313 South 740 East
American Fork, Utah 84003

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre&Aldous
4262 Imperial Way
Provo, UT 84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO 80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO 80265

H. Troy Romero
Romero Montague P.S.
Pacific Plaza Building
155 - 108th Avenue N.E., Suite 202
Bellevue, Washington 98004-5901