## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**AMENDED CERTIFICATE OF SERVICE**

---

INITIATIVE LEGAL GROUP LLP
1875 Century Park East
Suite 1800
Los Angeles, California 90067
(310) 556-5637

*Attorneys for Counterclaim Defendant CleanFlicks LLC*

1

## AMENDED CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and that a true and correct copy of:

- **AMENDED CERTIFICATE OF SERVICE**

was deposited in the U.S. Mail, postage prepaid, addressed to the parties listed on the service list attached hereto.

I further certify that on July 19, 2006 I electronically filed:

- **NOTICE OF INITIATIVE LEGAL GROUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC;**
- **INITIATIVE LEGAL GROUP LLP'S MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC;**
- **DECLARATION OF MÓNICA BALDERRAMA IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC; and**
- **[PROPOSED] ORDER OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR COUNTERCLAIM DEFENDANT CLEANFLICKS, LLC.**

with the Clerk of the Court using the CM/ECF system, and that I deposited true and correct copies of the documents in the U.S. Mail on July 20, 2006, postage prepaid, addressed to the parties listed on the service list attached hereto.

By: */s/ Navid Zivari*
Navid Zivari

2

## SERVICE LIST

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO 80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Allan Erb
CLEANFLICKS, LLC
313 South 740 East
American Fork, Utah 84003

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre&Aldous
4262 Imperial Way
Provo, UT 84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO 80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO 80265

H. Troy Romero
Romero Montague P.S.
Pacific Plaza Building
155 - 108th Avenue N.E., Suite 202
Bellevue, Washington 98004-5901