IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **02-M-1662 (MJW)**

ROBERT HUNTSMAN, et al.,

    Plaintiffs,

and

NOVA GROUP, INC. d/b/a/ TRILOGY STUDIOS, INC., et al.,

    Counterclaim Defendants,

v.

STEVEN SODERBERGH, et al.,

    Defendants and Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

    Defendant-in-Intervention and Counterclaimant-in-Intervention.

---

**NOTICE OF CHANGE OF FIRM NAME**

---

1

TO:         The Clerk of the Court;

AND TO:  All Parties and Their Attorneys of Record;

## NOTICE OF CHANGE OF FIRM NAME

Please take notice that the law firm of Romero Montague P.S. has changed its name to Romero Park & Wiggins P.S., effective immediately. All future correspondence should be addressed as follows:

**ROMERO PARK & WIGGINS P.S.**
**155 - 108th Avenue NE, Ste. 202**
**Bellevue, WA  98004**
**Phone: 425-450-5000**
**Facsimile: 425-450-0728**

DATED this 31st day of August, 2006.

ROMERO PARK & WIGGINS P.S.

/s/H. Troy Romero
H. Troy Romero, WSBA #19044
155 – 108th Avenue NE, Suite 202
Bellevue, WA  98004
(425) 450-5000
(425) 450-0728 facsimile
Email:  tromero@rpwfirm.com
Attorneys for CleanFilms, Inc.

2

## CERTIFICATE OF SERVICE

    I hereby certify that on August 31, 2006, I electronically filed with the Clerk of the Court using the CM/ECF system, which will send e-mail notifications of such filing to parties of record, and I hereby certify that true and correct copies of CleanFilm Inc.'s attorney's NOTICE OF CHANGE OF FIRM NAME were deposited in the U.S. Mail, postage prepaid, addressed to the non-participants indicated below:

Mark Wiegla, Esq.
Erika Zimmer Enger, Esq.
Nathan M. Longenecker, Esq.
Temkin Wielga & Hardt LLP
1900 Wazee Street, Suite 303
Denver, CO 80202

Ernest J. Getto, Esq.
Daniel Scott Schecter, Esq.
Catherine S. Bridge, Esq.
Anthony N. Luti, Esq.
Latham & Watkins
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071

David N. Schachter, Esq.
Sherman & Howard, LLC
633 – 17th Street, Suite 3000
Denver, CO 80202

Scott J. Mikulecky, Esq.
Sherman & Howard, LLC
90 South Cascade Ave., Suite 1500
Colorado Springs, CO 80903

Jonathan Zavin, Esq.
Jacques Rimokh, Esq.
Christian D. Carbone, Esq.
Loeb & Loeb LLP
345 Park Avenue
New York, NY 10154

Thomas B. Kelley, Esq.
Christopher Beall, Esq.
Natalie Hahlon-Leh, Esq.
Faegre & Benson LLP
3200 Wells Fargo Center
1700 Lincoln Street
Denver, CO 80203

Jeffrey N. Aldous, Esq.
Leefe, Gibbs, Sullivan, Dupre & Aldous
4262 Imperial Way
Provo, UT 84604

Andrew P. Bridges, Esq.
Wilson Sonsini Goodrich & Rosati
650 Page Mill Road
Palo Alto, CA 94304-1050

Thomas P. Howard, Esq.
245 Century Circle, Suite 206
Louisville, CO 80027

D.J. Poufair, Esq.
Jennifer Schaffner, Esq.
Shughart Thomson & Kilroy, PC
1050 – 17th Street, Suite 2300
Denver, CO 80265

By: /s/ *illegible signature*