IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

## ORDER TO SHOW CAUSE

By Memorandum Opinion and Order dated July 6, 2006, this court granted in part the defendant Motion Picture Studios' ("Studios") motion for partial summary judgment against the counterclaim defendants as identified in that order, and enjoined, restrained, and ordered certain actions by such counterclaim defendants relating to any motion picture, the copyright of which is owned or controlled by any of the Studios.

The court's records indicate the following claims are still pending against one or more of the remaining counterclaim defendants: 1) Lanham Act claim for trademark infringement by the Studios; 2) Lanham Act claim for trademark dilution by the Studios, except DreamWorks; and 3) Lanham Act, unfair competition, and declaratory relief claims by the Directors and The Directors Guild of America ("DGA"). Counterclaim defendant Play It Clean Video, LLC has a "counterclaim" for declaratory relief pending against the Studios and Directors.

It appearing to the court that its order of July 6, 2006 has in effect granted the Studios, Directors, and DGA the relief they have requested in their pleadings, the parties shall show cause on or before October 30, 2006 why the remaining claims should not be dismissed as moot.

DATED: October 4, 2006

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge