OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO
04 OCT 2006

FILED
UNITED STATES DISTRICT COURT
DENVER,

Mailed From 80202

OCT 11 2006

GREGORY C. LANGHAM
CLERK

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy St # B102
PO B
Care\[l]

#328
02-cv-01662 RPM

NIXIE    850    1    40 10/07/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151    *1720-21243-04-38

## Other Orders/Judgments
1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 10/4/2006 at 1:47 PM MDT and filed on 10/4/2006
**Case Name:**      Huntsman, et al v. Soderbergh, et al
**Case Number:**    1:02-cv-1662
**Filer:**
**Document Number:** 328

**Docket Text:**
ORDER TO SHOW CAUSE: returnable on or before 10/30/2006 by parties why the remaining claims should not be dismissed as moot. Signed by Judge Richard P. Matsch on 10/4/06. (lam, )

**1:02-cv-1662 Notice has been electronically mailed to:**
James W. Hubbell jhubbell@khgk.com, randerson@khgk.com
Thomas Buchan Kelley tkelley@faegre.com, chenning@faegre.com
Scott Joseph Mikulecky (Terminated) Smikulec@sah.com, efiling@sah.com
Darwin (D.J.) K. Poyfair djpoyfair@stklaw.com, hroyall@stklaw.com
Mark A. Wielga (Terminated) wielga@twhlaw.com, fisk@twhlaw.com
Erika Zimmer Enger erika.enger@encana.com
Andrew P. Bridges abridges@winston.com
Natalie Marie Hanlon-Leh nhanlon-leh@faegre.com, dcamp@faegre.com
Nathan Michael Longenecker longenecker@twhlaw.com, fisk@twhlaw.com
David N. Schachter dschachter@sah.com
Bennett L. Cohen bcohen@stklaw.com
Carolyn J. Fairless fairless@wtklaw.com, hart@wtklaw.com
Christopher P. Beall cbeall@faegre.com, treed@faegre.com
Thomas P. Howard thoward@gdhlaw.com, msimes@gdhlaw.com
Jonathan Zavin jzavin@loeb.com
Jacques M. Rimokh jrimokh@loeb.com
H. Troy Romero tromero@rpwfirm.com, kkoback@rpwfirm.com
Mark Yablonovich (Terminated) myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

**1:02-cv-1662 Notice has been mailed by the filer to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

Family Flix, U.S.A., L.L.C.(Terminated)