OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
A. ARRAJ COURTHOUSE
9TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006

GREGORY C. LANGHAM
CLERK

DENVER CO 802
04 OCT 2006

$0.39

10/04/2006
Mailed From 80202

02-cv-1662
# 328

Play It Clean Video, LLC
Joann Moulton
Play It Clean Video
1036...
Saint...

NIXIE     841     1     01 10/14/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250131     *1220-07967-04-39