ICE OF THE CLERK
ATES DISTRICT COURT
A. ARRAJ COURTHOUSE
19TH ST., ROOM A105
IVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
05 OCT 2006


$0.39
10/06/2006
Mailed From 80202

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 16 2006

GREGORY C. LANGHAM
CLERK

02-CV-1662 #329
RPM

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy St # B 102
PO B
Carefi

NIXIE 950 1 40 10/12/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 80294250151 *1520-06819-06-42