OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER

06 OCT 2006

CANNOT ~~~~ LOCATE
02-CV-1662
RPM
#329

Play It Clean Video, LLC
Joann Moulton
Play It Clean Video
1036
St. G

NIXIE 941 1
RETURN TO SE
NOT DELIVERABLE AS
UNABLE TO FO
BC: 80294250151 *1