IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-M-1662-RPM

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEAN FILMS f/k/a MY CLEANFLICKS;
et al.,
    Counterclaim Defendants
**v.**

STEVEN SODERBERGH,
ROBERT ALTMAN,
et al.,
    Defendants and Counterclaimants

and

THE DIRECTORS GUILD OF AMERICA,
    Defendant-in-Intervention and Counterclaimant-in-Intervention,

and

METRO-GOLDWYWN-MAYER STUDIOS, Inc.,
TIME WARNER ENTERTAINMENT COMPANY, L.P.,
SONY PICTURES ENTERTAINMENT,
DISNEY ENTERPRISES, Inc.,
DREAMWORKS L.L.C.,
UNIVERSAL CITY STUDIOS, Inc.,
TWENTIETH CENTURY FOX FILM Corporation, and,
PARAMOUNT PICTURES Corporation,
    Co-defendants and Counterclaimants.
_____

**THE MOTION PICTURE STUDIOS' RESPONSE TO ORDER TO SHOW CAUSE**
_____

Co-Defendants/Counterclaimants Metro-Goldwyn-Mayer Studios Inc., Warner Bros. Entertainment, Inc. (as successor-in-interest to the copyright interests of named

counterclaimant Time Warner Entertainment Company, L.P.), Sony Pictures Entertainment Inc., Disney Enterprises, Inc., DreamWorks L.L.C., Universal City Studios, Inc., Twentieth Century Fox Film Corporation, and Paramount Pictures Corporation (collectively, the "Motion Picture Studios") respond to the Order to Show Cause entered October 4, 2006 as follows:

1.  In its Memorandum Opinion and Order dated July 6, 2006, the Court enjoined, restrained and ordered certain actions by the counterclaim defendants identified in that order.

2.  The Memorandum Opinion and Order thus granted the Motion Picture Studios with full relief, and there is no additional relief requested by the Motion Picture Studios based upon the pending Lanham Acts claims alleged.

3.  Therefore, the Motion Picture Studios stipulate to the dismissal of all remaining claims in this action, whether for or against the Motion Picture Studios.

Date:  October 30, 2006

|  | FAEGRE & BENSON, LLP<br><br>    s/ Natalie Hanlon-Leh<br>Natalie Hanlon-Leh<br>3200 Wells Fargo Center<br>1700 Lincoln Street<br>Denver, CO  80203-4532<br>(303) 607-3500<br>(303) 607-3600<br>nhanlon-leh@faegre.com |
|---|---|

|  | LOEB & LOEB LLP<br><br>   s/ Jacques  Rimokh<br>        Jonathan Zavin<br>        Jacques Rimokh<br><br>345 Park Avenue<br>New York, New York 10154<br>(212) 407-4164<br>(303) 407-4990 – Fax<br><br>Attorneys for the Motion Picture Studios |
|---|---|

# CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2006, I electronically filed with the Clerk of the Court the foregoing **RESPONSE TO ORDER TO SHOW CAUSE** using the CM/ECF system, which will send e-mail notifications of such filing to the following persons at the given address:

James W. Hubbell jhubbell@khgk.com
Scott Joseph Mikulecky (Terminated) Smikulec@sah.com
Darwin (D.J.) K. Poyfair djpoyfair@stklaw.com
Mark A. Wielga (Terminated) wielga@twhlaw.com
Erika Zimmer Enger erika.enger@encana.com
Andrew P. Bridges abridges@winston.com
Nathan Michael Longenecker longenecker@twhlaw.com
David N. Schachter dschachter@sah.com
Bennett L. Cohen bcohen@stklaw.com
Carolyn J. Fairless fairless@wtklaw.com
Thomas P. Howard thoward@gdhlaw.com,
Jonathan Zavin jzavin@loeb.com
Jacques M. Rimokh jrimokh@loeb.com
H. Troy Romero tromero@rpwfirm.com
Mark Yablonovich (Termin! ated) myablonovich@initiativelegal.com

I also hereby certify that on the 30th day of October, 2006, a true and correct copy of the foregoing **RESPONSE TO ORDER TO SHOW CAUSE** was placed in the U.S. mail, first class, postage prepaid, addressed as follows:

Ernest J. Getto
Latham & Watkins
505 Montgomery St., #1900
San Francisco, CA  94111

Clean Cut Cinemas
% Marlo Garrett
7275 East Easy Street #B102
P.O. Box 2631
Carefree, AZ  85377

Family Flix, U.S.A., L.L.C. (Terminated)
c/o Richard Teraci, Former Manager
3214 North University Avenue, Suite 341
Provo, UT  846604

Play It Clean Video, L.L.C.
Joann Moulton
Play It Clean Video
1036 Skyline Drive
Saint George, UT  84770

　　　　　　　　　　　　　　　　　　　　　　　　　s/     Debbi J. Camp

fb.us.1622773.01

5