**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  02-cv-1662-RPM

CLEAN FLICKS OF COLORADO, LLC,

        Plaintiff,

and

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;

UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

_____

## RESPONSE TO ORDER TO SHOW CAUSE
_____

        Defendants and Counterclaimants, The Directors Guild of America, Inc. (the "DGA"), Robert Altman, Michael Apted, Taylor Hackford, Curtis Hanson, Norman Jewison, John Landis, Michael Mann, Phillip Noyce, Sydney Pollack, Robert Redford, Martin Scorsese, Brad Silberling, Steven Soderbergh, Steven Spielberg, Betty Thomas and Irwin Winkler (the "Directors") (collectively, with the DGA, the "Director Parties"), through their attorneys, Latham & Watkins LLP and Temkin Wielga Hardt & Longenecker LLP, hereby submit this Response to Order to Show Cause:

        1.     In the Court's Order to Show Cause dated October 4, 2006, the Court notes that the Orders of this Court have not ruled upon the Director Parties' Lanham Act, unfair competition, and declaratory relief claims.

        2.     The Court's Memorandum Opinion and Order and Judgment dated July 6, 2006, entered permanent injunctions against all remaining Defendants, preventing them from pursuing the essential business activity against which the Director Parties' claims were based.

      3.     The Director Parties do not object to an order dismissing their remaining claims in this case as moot.

      WHEREFORE, the Director Parties' have no objection to the causes of action they asserted as Counterclaimants and Counterclaimants-in-Intervention, as well as all claims by any other in this action, being dismissed.

Dated this 30th day of October, 2006.

        Respectfully submitted,

        TEMKIN WIELGA HARDT & LONGENECKER LLP

        By: _____*s/ Mark Wielga*_____
        Mark Wielga
        Nathan M. Longenecker
        1900 Wazee Street, Suite 303
        Denver, Colorado 80202
        Telephone:    (303) 292-4922
        Facsimile:    (303) 292-4921
        E-Mail:    wielga@twhlaw.com
                longenecker@twhlaw.com

        LATHAM & WATKINS
        Ernest J. Getto
        Daniel Scott Schecter
        Catherine S. Bridge
        633 W. Fifth Street, Suite 4000
        Los Angeles, California 90071
        Telephone:    (213) 485-1234
        Facsimile:    (213) 891-8763

        DIRECTORS GUILD OF AMERICA, INC.
        Robert S. Giolito, General Counsel
        7920 Sunset Boulevard
        Los Angeles, California 90046
        Telephone:    (310) 289-2048
        Facsimile:    (310) 289-2031

        Attorneys For Defendants and Counterclaimants
        Directors Guild of America, Robert Altman, Michael
        Apted, Taylor Hackford, Curtis Hanson, Norman
        Jewison, John Landis, Michael Mann, Phillip Noyce,
        Sydney Pollack, Robert Redford, Martin Scorsese, Brad
        Silberling, Steven Soderbergh, Steven Spielberg, Betty
        Thomas and Irwin Winkler

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of October, 2006, a true copy of the foregoing **RESPONSE TO ORDER TO SHOW CAUSE** was served using the CM/ECF system which sent a Notice of Electronic Filing to the following persons:

James W. Hubbell – jhubbell@khgk.com, randerson@khgk.com
Thomas Buchan Kelley – tkelley@faegre.com, chenning@faegre.com
Natalie Marie Hanlon-Leh – nhanlon-leh@faegre.com, dcamp@faegre.com
Darwin (D.J.) K. Poyfair – djpoyfair@stklaw.com, hroyall@stklaw.com
Mark A. Wielga – wielga@twhlaw.com, fisk@twhlaw.com
Andrew P. Bridges – abridges@winston.com
David N. Schachter – dschachter@sah.com
Bennett L. Cohen – bcohen@stklaw.com
Carolyn J. Fairless – fairless@wtklaw.com
Thomas P. Howard – toward@gdhlaw.com
Jonathan Zavin – jzavin@loeb.com
Jacques M. Rimokh – jrimokh@loeb.com
H. Troy Romero – tromero@rpwfirm.com
Mark Yablonovich – myablonovich@initiativelegal.com
James W. Hubbell – jhubbell@khgk.com, randerson@khgk.com

I also hereby certify that on this 30th day of October, 2006, a true and correct copy of the foregoing **RESPONSE TO ORDER TO SHOW CAUSE** was placed in the U.S. Main, first class, postage prepaid, addressed as follows:

Ernest J. Getto
Lathan & Watkins
505 Montgomery St., Suite 1900
San Francisco, CA 94111

Clean Cut Cinemas
c/o Marlo Garrett
7275 E. Easy St., Suite B102
Carefree, AZ 85377

Family Flix, U.S.A., L.L.C.
c/o Richard Teraci, Former Manager
3214 N. University Ave., Suite 341
Provo, UT 84604

Play It Clean Video, L.L.C.
Joann Moulton
Play It Clean Video
1036 Skyline Dr.
Saint George, UT 84770

    *s/ Eileen M. Fisk*
    Eileen M. Fisk