IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 02-cv-01662-RPM

CLEANFLICKS, LLC;
ASR MANAGEMENT CORPORATION d/b/a CLEANFILMS f/k/a MYCLEANFLICKS;
CLEAN CUT CINEMAS;
FAMILY SAFE MEDIA;
EDITMYMOVIES;
FAMILY FLIX, USA, LLC; and
PLAY IT CLEAN VIDEO, LLC,

        Counterclaim Defendants,

v.

STEVEN SODERBERGH;
ROBERT ALTMAN;
MICHAEL APTED;
TAYLOR HACKFORD;
CURTIS HANSON;
NORMAN JEWISON;
JOHN LANDIS;
MICHAEL MANN;
PHILLIP NOYCE;
BRAD SILBERLING;
BETTY THOMAS;
IRWIN WINKLER;
MARTIN SCORSESE;
STEVEN SPIELBERG;
ROBERT REDFORD;
SYDNEY POLLACK;
METRO-GOLDWYN-MAYER STUDIOS, INC.;
TIME WARNER ENTERTAINMENT CO., LP;
SONY PICTURES ENTERTAINMENT;
DISNEY ENTERPRISES, INC.;
DREAMWORKS LLC;
UNIVERSAL CITY STUDIOS, INC.;
TWENTIETH CENTURY FOX FILM CORP.; and
PARAMOUNT PICTURES CORPORATION,

        Defendants-Counterclaimants,

and

THE DIRECTORS GUILD OF AMERICA,

        Defendant-in-Intervention and
        Counterclaimant-in-Intervention.

---

ORDER OF DISMISSAL AS MOOT

---

By Memorandum Opinion and Order dated July 6, 2006, this court enjoined, restrained, and ordered certain actions by certain counterclaim defendants relating to any motion picture, the copyright of which is owned or controlled by any of the Motion Picture Studios. By Order to Show Cause dated October 4, 2006, this court ordered the parties to show cause on or before October 30, 2006 why any remaining claims by any of the remaining parties should not be dismissed as moot.

In their Response to Order to Show Cause filed October 30, 2006, the Directors and The Directors Guild of America, Inc. stated they do not object to an order dismissing their remaining claims as moot. Similarly, the Motion Picture Studios' Response to Order to Show Cause, also filed October 30, 2006, stated they stipulate to the dismissal of all remaining claims in this action. No other responses were filed. It is therefore

ORDERED that all remaining claims and counterclaims not adjudicated by the Memorandum Opinion and Order dated July 6, 2006 are dismissed as moot.

DATED: October 31, 2006

                                        BY THE COURT:

                                        s/Richard P. Matsch
                                        _____
                                        Richard P. Matsch, Senior District Judge