AO 121 (06/90)

| TO: Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, DC 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |
|---|---|

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☒ ACTION   ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| DOCKET NO.<br>02-M-1662 (MJW) | DATE FILED<br>08/29/02 | U.S. District Court for the District of Colorado<br>1929 Stout Street, C-145, Denver, CO 80294 |

| PLAINTIFF(S)<br>Robert Huntsman, et al. | DEFENDANT(S)<br>Steven Soderbergh, et al. |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | Please see copy of complaint attached hereto. |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading |
|---|---|

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OF WORK |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☒ Order   ☒ Judgment | WRITTEN OPINION ATTACHED<br>☒ Yes   ☐ No | DATE RENDERED<br>7/6/2006 |
|---|---|---|
| CLERK<br>~~JAMES R. MANSPEAKER~~<br>GREGORY C. LANGHAM | BY DEPUTY CLERK,<br>*[signature] Susan Rivas* | DATE<br>11/6/2006 |

Copy 1 (white) - Upon initiation of action, mail this copy to Register of Copyrights
Copy 2 (yellow) - Upon filing of document adding copyright(s), mail this copy to Register of Copyrights
Copy 3 (blue) - Upon termination of action, mail this copy to Register of Copyrights
Copy 4 (green) - In the event of an appeal, forward this copy to the Appellate Court so they can prepare a new AO 121 for the appeal
Copy 5 (pink) - Case file copy