FFICE OF THE CLERK
;TATES DISTRICT COURT
ED A. ARRAJ COURTHOUSE
)1-19TH ST., ROOM A105
ENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO
31 OCT 2006
Mailed From 80202

CANNOT LOCATE
02 CV-1662 #336
RPM

Play It Clean Video, LLC
Joann Moulton
Play It Clean Video
1036 Sk
Saint Ge

NIXIE  841  1  01 11/11/06
RETURN TO SENDER
NO SUCH STREET
UNABLE TO FORWARD

BC: 80294250151  *1920-07931-31-43

## Other Orders/Judgments
1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al

### U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 10/31/2006 at 1:43 PM MST and filed on 10/31/2006
**Case Name:** Huntsman, et al v. Soderbergh, et al
**Case Number:** 1:02-cv-1662
**Filer:**
**WARNING: CASE CLOSED on 10/31/2006**
**Document Number:** 336

**Docket Text:**
ORDER of DISMISSAL as Moot. All remaining claims and counterclaims not adjudicated by the Memorandum Opinion and Order dated 7/6/06 are dismissed as moot. Signed by Judge Richard P. Matsch on 10/31/06. (gms, )


**1:02-cv-1662 Notice has been electronically mailed to:**
James W. Hubbell jhubbell@khgk.com, randerson@khgk.com
Thomas Buchan Kelley tkelley@faegre.com, chenning@faegre.com
Scott Joseph Mikulecky (Terminated) Smikulec@sah.com, efiling@sah.com
Darwin (D.J.) K. Poyfair djpoyfair@stklaw.com, hroyall@stklaw.com
Mark A. Wielga (Terminated) wielga@twhlaw.com, fisk@twhlaw.com
Erika Zimmer Enger erika.enger@encana.com
Andrew P. Bridges abridges@winston.com
Natalie Marie Hanlon-Leh nhanlon-leh@faegre.com, dcamp@faegre.com
Nathan Michael Longenecker longenecker@twhlaw.com, fisk@twhlaw.com
David N. Schachter dschachter@sah.com
Bennett L. Cohen bcohen@stklaw.com
Carolyn J. Fairless fairless@wtklaw.com, hart@wtklaw.com, sweeney@wtklaw.com
Christopher P. Beall cbeall@faegre.com, treed@faegre.com
Thomas P. Howard thoward@gdhlaw.com, msimes@gdhlaw.com
Jonathan Zavin jzavin@loeb.com
Jacques M. Rimokh jrimokh@loeb.com
H. Troy Romero tromero@rpwfirm.com, kkoback@rpwfirm.com
Mark Yablonovich (Terminated) myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

**1:02-cv-1662 Notice has been mailed by the filer to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

Family Flix, U.S.A., L.L.C.(Terminated)
c/o Richard Teraci, Former Manager
3214 North University Avenue
Suite 341
Provo, UT 84604

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street