OFFICE OF THE CLERK
**STATES DISTRICT COURT**
RED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

DENVER CO 802
06 NOV 2006


$0.39
11/06/2006
Mailed From 80202

CANNOT LOCATE
02-CV-1662
#337
RPM

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Bc    NIXIE   850   1    40 11/11/06
Carefre    RETURN TO SENDER
           ATTEMPTED - NOT KNOWN
           UNABLE TO FORWARD
           BC: 80294250099    *3020-12591-06-44

## Other Documents

1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al **CASE CLOSED on 10/31/2006**
TERMED

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/6/2006 at 11:32 AM MST and filed on 11/6/2006
**Case Name:** Huntsman, et al v. Soderbergh, et al
**Case Number:** 1:02-cv-1662
**Filer:**
**WARNING: CASE CLOSED on 10/31/2006**
**Document Number:** 337

**Docket Text:**
REPORT on the determination of an action mailed to Register of Copyrights. (llr, )


**1:02-cv-1662 Notice has been electronically mailed to:**
James W. Hubbell jhubbell@khgk.com, randerson@khgk.com
Thomas Buchan Kelley tkelley@faegre.com, chenning@faegre.com
Scott Joseph Mikulecky (Terminated) Smikulec@sah.com, efiling@sah.com
Darwin (D.J.) K. Poyfair djpoyfair@stklaw.com, hroyall@stklaw.com
Mark A. Wielga (Terminated) wielga@twhlaw.com, fisk@twhlaw.com
Erika Zimmer Enger erika.enger@encana.com
Andrew P. Bridges abridges@winston.com
Natalie Marie Hanlon-Leh nhanlon-leh@faegre.com, dcamp@faegre.com
Nathan Michael Longenecker longenecker@twhlaw.com, fisk@twhlaw.com
David N. Schachter dschachter@sah.com
Bennett L. Cohen bcohen@stklaw.com
Carolyn J. Fairless fairless@wtklaw.com, hart@wtklaw.com, sweeney@wtklaw.com
Christopher P. Beall cbeall@faegre.com, treed@faegre.com
Thomas P. Howard thoward@gdhlaw.com, msimes@gdhlaw.com
Jonathan Zavin jzavin@loeb.com
Jacques M. Rimokh jrimokh@loeb.com
H. Troy Romero tromero@rpwfirm.com, kkoback@rpwfirm.com
Mark Yablonovich (Terminated) myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

**1:02-cv-1662 Notice has been mailed by the filer to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631