OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
02-CV-1662
#337
RPM

DENVER CO 802
06 NOV 2006 PM

11/06/2006
Mailed From 80202

Play It Clean Video, L.L.C.
Joann Moulton
Play I
1036
Saint

NIXIE        941        1        01 11/15/06
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151       *3020-12874-06-44

## Other Documents

1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al **CASE CLOSED on 10/31/2006**
TERMED

### U.S. District Court

### District of Colorado

## Notice of Electronic Filing

The following transaction was entered on 11/6/2006 at 11:32 AM MST and filed on 11/6/2006
**Case Name:** Huntsman, et al v. Soderbergh, et al
**Case Number:** 1:02-cv-1662
**Filer:**
**WARNING: CASE CLOSED on 10/31/2006**
**Document Number:** 337

**Docket Text:**
REPORT on the determination of an action mailed to Register of Copyrights. (llr, )


**1:02-cv-1662 Notice has been electronically mailed to:**
James W. Hubbell   jhubbell@khgk.com, randerson@khgk.com
Thomas Buchan Kelley   tkelley@faegre.com, chenning@faegre.com
Scott Joseph Mikulecky (Terminated)   Smikulec@sah.com, efiling@sah.com
Darwin (D.J.) K. Poyfair   djpoyfair@stklaw.com, hroyall@stklaw.com
Mark A. Wielga (Terminated)   wielga@twhlaw.com, fisk@twhlaw.com
Erika Zimmer Enger   erika.enger@encana.com
Andrew P. Bridges   abridges@winston.com
Natalie Marie Hanlon-Leh   nhanlon-leh@faegre.com, dcamp@faegre.com
Nathan Michael Longenecker   longenecker@twhlaw.com, fisk@twhlaw.com
David N. Schachter   dschachter@sah.com
Bennett L. Cohen   bcohen@stklaw.com
Carolyn J. Fairless   fairless@wtklaw.com, hart@wtklaw.com, sweeney@wtklaw.com
Christopher P. Beall   cbeall@faegre.com, treed@faegre.com
Thomas P. Howard   thoward@gdhlaw.com, msimes@gdhlaw.com
Jonathan Zavin   jzavin@loeb.com
Jacques M. Rimokh   jrimokh@loeb.com
H. Troy Romero   tromero@rpwfirm.com, kkoback@rpwfirm.com
Mark Yablonovich (Terminated)   myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

**1:02-cv-1662 Notice has been mailed by the filer to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631