OFFICE OF THE CLERK
TED STATES DISTRICT COURT
ALFRED A. ARRAJ COURTHOUSE
901-19TH ST., ROOM A105
DENVER, CO 80294-3589

OFFICIAL BUSINESS

CANNOT LOCATE
02-CV-1662
#336
RPM

Clean Cut Cinemas
℅ Marlo Garrett
7275 E. ——— Street #D102
P. O. B—
Carefre—

NIXIE   850   1   40 01/12/07
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 80294250151   *1879-01018-12-23

## Other Orders/Judgments
1:02-cv-01662-RPM Huntsman, et al v. Soderbergh, et al

### U.S. District Court

### District of Colorado

### Notice of Electronic Filing

The following transaction was entered on 10/31/2006 at 1:43 PM MST and filed on 10/31/2006
**Case Name:**     Huntsman, et al v. Soderbergh, et al
**Case Number:**   1:02-cv-1662
**Filer:**
**WARNING: CASE CLOSED on 10/31/2006**
**Document Number:** 336

**Docket Text:**
ORDER of DISMISSAL as Moot. All remaining claims and counterclaims not adjudicated by the Memorandum Opinion and Order dated 7/6/06 are dismissed as moot. Signed by Judge Richard P. Matsch on 10/31/06. (gms, )

**1:02-cv-1662 Notice has been electronically mailed to:**
James W. Hubbell jhubbell@khgk.com, randerson@khgk.com
Thomas Buchan Kelley tkelley@faegre.com, chenning@faegre.com
Scott Joseph Mikulecky (Terminated) Smikulec@sah.com, efiling@sah.com
Darwin (D.J.) K. Poyfair djpoyfair@stklaw.com, hroyall@stklaw.com
Mark A. Wielga (Terminated) wielga@twhlaw.com, fisk@twhlaw.com
Erika Zimmer Enger erika.enger@encana.com
Andrew P. Bridges abridges@winston.com
Natalie Marie Hanlon-Leh nhanlon-leh@faegre.com, dcamp@faegre.com
Nathan Michael Longenecker longenecker@twhlaw.com, fisk@twhlaw.com
David N. Schachter dschachter@sah.com
Bennett L. Cohen bcohen@stklaw.com
Carolyn J. Fairless fairless@wtklaw.com, hart@wtklaw.com, sweeney@wtklaw.com
Christopher P. Beall cbeall@faegre.com, treed@faegre.com
Thomas P. Howard thoward@gdhlaw.com, msimes@gdhlaw.com
Jonathan Zavin jzavin@loeb.com
Jacques M. Rimokh jrimokh@loeb.com
H. Troy Romero tromero@rpwfirm.com, kkoback@rpwfirm.com
Mark Yablonovich (Terminated) myablonovich@initiativelegal.com, ameksavanh@initiativelegal.com

**1:02-cv-1662 Notice has been mailed by the filer to:**

Clean Cut Cinemas
c/o Marlo Garrett
7275 East Easy Street # B102
P.O. Box 2631
Carefree, AZ 85377

Family Flix, U.S.A., L.L.C.(Terminated)
c/o Richard Teraci, Former Manager
3214 North University Avenue
Suite 341
Provo, UT 84604

Ernest J. Getto
Latham & Watkins-San Francisco California
505 Montgomery Street